**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA, *ex rel.* PAUL DORSA,** | ) | |
| **Plaintiff,** | ) | |
| | ) | **Civil Case No. 3:13-cv-01025** |
| **v.** | ) | |
| | ) | **Judge Campbell** |
| **MIRACA LIFE SCIENCES, INC.,** | ) | **Magistrate Judge Frensley** |
| **Defendant.** | ) | |

---

**PLAINTIFF'S MOTION TO EXCLUDE**
**DEFENDANT'S EXPERT CHRISTOPHER ROBINSON**

---

Plaintiff, Paul Dorsa, respectfully moves the Court pursuant to Fed. R. Evid. 702 to exclude Defendant's expert witness, Christopher Robinson, because he does not have the knowledge, educational background, training, or experience necessary to offer expert opinions on the proper methodology for calculating lost earnings in an employment case or how to determine the length of the loss period in such a case. In the alternative, Dorsa moves the Court to exclude Robinson's opinions that (1) it is reasonable to assume Dorsa would have stopped working for Miraca Life Sciences, Inc. ("Miraca), on January 8, 2014, (2) it is reasonable to assume that the loss period ended on January 14, 2020, and (3) Dorsa failed to mitigate his damages after January 14, 2020, because those opinions are unreliable. The Court should also exclude Robinson's opinion that Dorsa failed to mitigate his damages because that opinion constitutes an improper legal conclusion and is premised on non-expert analysis that is within the common understanding of a lay juror.

Wherefore, for the reasons set forth herein and in the accompanying Memorandum, Dorsa respectfully requests that the Court grant his Motion and exclude Robinson.

## CERTIFICATION OF CONFERENCE

Pursuant to LR 7.01(a)(1) and this Court's Order (D.E. 224, Mar. 19, 2024), the undersigned counsel for Plaintiff hereby certifies that they conferred with counsel for Defendant regarding whether Defendant opposed the foregoing Motion. Defendant opposes this Motion.

Respectfully submitted,

**NEAL & HARWELL, PLC**

By: /s/ James F. Sanders
James F. Sanders, #005267
William T. Ramsey, #009245
Kendra E. Samson, #018976
Nathan C. Sanders, #033520
1201 Demonbreun St., Suite 1000
Nashville, TN 37203
Telephone: (615) 244-1713
Facsimile: (615) 726-0573
jsanders@nealharwell.com
wtr@nealharwell.com
ksamson@nealharwell.com
nsanders@nealharwell.com

*Counsel for Plaintiff Paul Dorsa*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing has been served by operation of the Court's electronic filing system on the following counsel of record, this the 18th day of November, 2024:

Matthew M. Curley, *Esq.*
Bass, Berry & Sims PLC
150 Third Avenue South, Suite 2800
Nashville, TN 37201
(615) 742-6200
mcurley@bassberry.com

David Barmak, *Esq.*
Danielle Bereznay, *Esq*
Mintz, Levin, Cohn, Ferris, Glovsky & Popeo, P.C.
555 12th Street NW, Suite 1100
Washington, D.C. 20004
(202) 434-7300
DBarmak@mintz.com
DMBereznay@mintz.com

Natashia Tidwell, *Esq.*
Mintz, Levin, Cohn, Ferris, Glovsky & Popeo, P.C.
One Financial Center
Boston, MA 02111
(617) 348-1810
NTidwell@mintz.com

*Counsel for Defendant Miraca Life Sciences, Inc.*

/s/ James F. Sanders
*Plaintiff Paul Dorsa*