# Exhibit 1

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* PAUL DORSA,<br>Plaintiff,<br>v.<br>MIRACA LIFE SCIENCES, INC.,<br>Defendant. | Civil Case No. 3:13-cv-01025<br><br>Judge Campbell<br>Magistrate Judge Frensley |

**Supplemental Expert Report of**
**Christopher B. Robinson, CPA**
October 23, 2024

**TABLE OF CONTENTS**

**I. SCOPE OF ENGAGEMENT .......... 3**

**II. ANALYSIS OF DEFICIENCIES IN DR. BOHM CASE 1 AND 2 .......... 3**

*A. Dr. Bohm's Assumption of a Loss Period Subsequent to January 14, 2020 is Flawed and Unreliable Because it Contradicts his Loss Period Assumption in the Bohm Original Report, Is Not Supported by Any New Information that was not Available to Dr. Bohm at the time Bohm Original Report was Issued, is Contradicted by Evidence Related to Dorsa's Efforts to Seek Employment, and is Contradicted by Dorsa's Contemporaneous Acknowledgement that he had Retired .......... 4*

*B. Dr. Bohm Does Not Explain Why it is Reasonable to Assume Dorsa would have Retained Employment at Miraca through its own "Corporate Acquisitions and Subsequent Management Turnover" When Dr. Bohm Acknowledges Dorsa was Terminated at both IntegraMed and CDI for Those Reasons .......... 9*

*C. Dr. Bohm's Assumption that Dorsa would have been Employed with Miraca through 2022 is Inconsistent with Executive Turnover at Miraca, Inconsistent with Dorsa's Recent Employment History Prior to his Employment with Miraca, Inconsistent with Dorsa's Testimony that There is a Fair Amount of Turnover in Positions that Included Responsibilities He Held at Miraca and Inconsistent with Dorsa's Testimony that he was Always Looking for a Job While Employed Throughout his Career .......... 10*

**VII. CONCLUSION .......... 12**

## I. SCOPE OF ENGAGEMENT

1. Counsel for Miraca Life Sciences, Inc. ("Miraca") in this action asked me to review and respond to the Expert Witness Disclosure of Robert A. Bohm, Ph.D dated August 18, 2023 (the "Bohm Original Report").

2. On September 20, 2023, I submitted an expert report in connection with that assignment ("Robinson Original Report"). As also noted in that report, I understand from reviewing the Second Amended Complaint in this action and from discussions with Counsel, that Plaintiff alleges that Miraca is liable for Paul Dorsa's ("Dorsa") back-pay from his alleged wrongful termination date to the date of judgment, including, but not limited to, long-term incentive payments Dorsa would have received under his Employment Agreement with Miraca had he not been terminated.[1]

3. On January 29, 2024, Dr. Bohm together with Dr. Geoffrey S. Lea, Ph.D submitted a second report, wherein it states that this second report "updates and revises our previous report"[2] (the "Bohm Revised Report"). Consequently, I understand the Bohm Revised Report to effectively replace, rather than supplement, opinions to the Bohm Original Report. In other words, I understand Dr. Bohm is no longer asserting as estimates of back-pay the results from the three cases detailed in the Bohm Original Report. To the extent the purpose of the Bohm Revised Report is inconsistent with my current understanding, I reserve the right to supplement or amend this report.

4. Counsel for Miraca in this action have asked me to review and respond to the Bohm Revised Report,[3] including:

   a. Dr. Bohm's Case 1 estimate of back-pay net loss detailed in the Bohm Revised Report ("Dr. Bohm Case 1"), which he estimates to be $4,581,516, and

   b. Dr. Bohm's Case 2 estimate of back-pay net loss detailed in the Bohm Revised Report ("Dr. Bohm Case 2"), which he estimates to be $3,381,987, (collectively referred herein as "Dr. Bohm Case 1 and 2").[4]

## II. ANALYSIS OF DEFICIENCIES IN DR. BOHM CASE 1 AND 2

5. In order to explain further (and measure the effect of) each of the deficiencies underlying Dr. Bohm Case 1 and 2, I begin with the *unadjusted* Dr. Bohm Case 1 and 2, which is shown in Exhibit 1 and 2.

6. In preparing Exhibit 1 and 2, I note that Dr. Bohm used as inputs:

---

1 *See, for example,* Second Amended Complaint at ¶155.

2 Bohm Revised Report at 1.

3 All defined terms, unless otherwise defined here, have the definitions ascribed to them in the Bohm Revised Report. The fact that I do not address in this Report any particular opinion in the Bohm Revised Report should not be taken to mean I agree with that opinion.

4 A more detailed explanation of the underlying methodology employed by Dr. Bohm related to Dr. Bohm Case 1 and 2 is detailed in Appendix III.

a. Dorsa's 2013 base salary of $350,000

b. Dorsa's targeted STI bonus (60%)

c. Dorsa's targeted 2016-2019 LTI bonus ($75,000)

d. 2014-2022 wage inflation rates from an Occupational Employment and Wage Statistics ("OEWS") survey published by the Bureau of Labor Statistics ("BLS") ("BLS Survey"), which I note Dr. Bohm acknowledges is predicated on a broad range of management compensation where there appeared to be no sub-category that matched Dorsa's type of work very closely.[5]

e. Dorsa's 2014-2022 IntegraMed Fertility, CDI, and Williamson County Government Medicare Wages and Tips (W-2 Box 5)

f. Salary increase, retention bonus, and LTI/STI target and funding data compiled by Miraca, which I understand was applicable broadly to Miraca executives and provided to Plaintiff's Counsel on September 18, 2023 ("Miraca Executive Historical Performance Data").

g. Salary increase, salary decrease, retention bonus and STI bonus information obtained from individual executives' earnings statements, check registers, and an amendment to an employment agreement, each applicable to specific Miraca executives.

7. Each sub-section below details new deficiencies I found related to Dr. Bohm Case 1 and 2 of the Bohm Revised Report, which were not addressed in the Robinson Original Report:

## A. Dr. Bohm's Assumption of a Loss Period Subsequent to January 14, 2020 is Flawed and Unreliable Because it Contradicts his Loss Period Assumption in the Bohm Original Report, Is Not Supported by Any New Information that was not Available to Dr. Bohm at the time Bohm Original Report was Issued, is Contradicted by Evidence Related to Dorsa's Efforts to Seek Employment, and is Contradicted by Dorsa's Contemporaneous Acknowledgement that he had Retired

8. As noted in the Bohm Revised Report, for certain periods subsequent to his alleged wrongful termination, Dorsa obtained full-time employment with IntegraMed Fertility (March 10, 2014 through October 31, 2015) and with CDI (March 31, 2016 through January 14, 2020).[6]

---

5 Bohm Revised Report at 3-4.

6 Bohm Revised Report at 10. *See also*, Bohm Revised Report at Tables 6 and 7.

9. As noted in the Robinson Original Report, the first of the three cases Dr. Bohm provides in the Bohm Original Report assumes a loss period "through an apparent early retirement from employment in 2020."[7] Specifically, the Bohm Original Report states that Dorsa:

> "*…appears to have retired upon leaving employment with [CDI] on January 14, 2020, as he had no W-2 income in 2021 and virtually none in 2022, indicating that he was no longer in the workforce – certainly not full-time*"[8]

10. The Bohm Original Report also acknowledges that Dorsa "had indicated" that he planned to retire upon reaching his 67th birthday.[9]

11. As noted in Appendix III, Dr. Bohm Case 1 and 2 both assume a loss period through December 31, 2022. The only support Dr. Bohm references for this specific date is limited to what was marked as his occupation (i.e., retired) on his 2022 tax return. In an apparent attempt to further support this assumption, Dr. Bohm notes that:

    a. Dorsa indicated that he planned to work until age 67, which is later than Dr. Bohm's assumed loss period end date, and,

    b. The end of Dorsa's worklife expectancy was 67.14 years, which is also later than Dr. Bohm's loss period end date.

12. I note that Dorsa's 2022 tax return, planned retirement date, and worklife expectancy were all either:

    a. Available to Dr. Bohm at the time the Bohm Original Report was issued, or,

    b. Explicitly acknowledged by Dr. Bohm in the Bohm Original Report.[10]

13. In summary:

    a. Dr. Bohm chose to assume a loss period in the Bohm Revised Report that is nearly three years later than what Dr. Bohm acknowledged was Dorsa's indicated retirement date in the Bohm Original Report, and,

    b. The only three bases he provides in support of the loss period assumption detailed in the Bohm Revised Report were either available to him at the time the Bohm Original Report was issued or explicitly acknowledged in the Bohm Original Report.

---

[7] Bohm Original Report at 1.

[8] Bohm Original Report at 1.

[9] Bohm Original Report at 1.

[10] Specifically, Dorsa's 2022 Tax Return was prepared on June 8, 2023, over two months prior to the issue date of the Bohm Original Report. *See* DORSA-0001605. Dorsa's worklife expectancy is sourced from a 2019 publication, Journal of Forensic Economics. *See* Bohm Revised Report at 1. The Bohm Original Report notes that "he [Dorsa] had indicated" that he planned to retire upon reaching his 67th birthday. *See* Bohm Original Report at 1.

14. These facts, in and of themselves, call into question the credibility of Dr. Bohm's loss period assumption, particularly when the impact of that assumption alone, all else equal, nearly doubles Dr. Bohm's Case 1 and 2 estimates.[11]

15. Published guidance on economic damages indicates that a forensic economist must be careful in relying on representations from the plaintiff that he or she intended to work until a certain age.[12] This guidance also states that:

> *"wanting to work until age 67 is not the only or even most relevant significant factor in determining whether someone will work until age 67."* [Emphasis Added][13]

> *"depending on the facts of the case, it may be unreasonable to assume that the plaintiff's damages continue until retirement age is reached."*[14]

16. Published guidance on economic damages also states that the plaintiff is generally required to exercise reasonable care to avoid lost earnings, cannot recover economic damages reasonable efforts could have reduced or eliminated, and that the plaintiff has a duty to mitigate his or her damages in employment litigation.[15]

17. The Bohm Original Report and Bohm Revised Report both make clear that:

    a. Dorsa was "functionally unemployed" after January 14, 2020, and,

    b. Dorsa's total W-2 wages earned during the nearly three-year period between January 14, 2020 and December 31, 2022 totaled $4,461 and did not include full-time work.[16]

18. These two facts call into question whether Dorsa exercised reasonable care to avoid (or fulfilled a duty to mitigate) the lost earnings Dr. Bohm calculates in Dr. Bohm Case 1 and 2 during the nearly three-year period between January 14, 2020 and December 31, 2022.

19. Based on my review of Dr. Bohm's index of documents considered attached to the Bohm Revised Report, Dr. Bohm did not consider any documents produced in this matter that could substantiate whether Dorsa actually made reasonable efforts to obtain full-time employment subsequent to his alleged wrongful termination.

20. As further detailed in Appendix IV, I reviewed 479 files produced in this matter which primarily contain e-mail communications between Dorsa and potential employers or recruiting firms. Based on my review, I note three distinct time periods where these communications primarily occurred:

---

11 Specifically, Dr. Bohm's Case 1 and 2 estimates are increased by $2,281,237 and $1,574,090, respectively, when assuming a loss period ending on January 14, 2020 instead of December 31, 2022. *See,* Bohm Revised Report at Tables 6 and 7, wherein these specific amounts are calculated as the sum of the 'Net Loss' columns related to the periods from January 15, 2020 through December 31, 2022.

12 Nancy J. Fannon et al., *The Comprehensive Guide to Economic Damages* (6th ed. 2020) at 796 and 817.

13 Nancy J. Fannon et al., *The Comprehensive Guide to Economic Damages* (6th ed. 2020) at 796 and 817.

14 Sharp, Holly and American Institute of Certified Public Accountants, *Measuring damages involving individuals: a CPA's litigation service guide with case studies* (2004) at 77.

15 Nancy J. Fannon et al., *The Comprehensive Guide to Economic Damages* (6th ed. 2020) at 796 and 817.

16 *See* Bohm Original Report at 1, 4 and Table 4. *See also,* Bohm Revised Report at 11 and Table 5.

a. September 12, 2013 – February 20, 2014 (“IntegraMed Period”)

b. August 19, 2015 – February 26, 2016 (“CDI Period”)

c. January 12, 2020 – December 31, 2022 (“Post CDI Period”)

21. Table 1 below summarizes my findings with respect to the communications I reviewed between Dorsa and potential employers or recruiting firms.

**TABLE 1**
**Summary of E-mail Communications Between Dorsa and Potential Employers or Recruiting Firms**

| Description | IntegraMed Period | CDI Period | Post CDI Period |
|---|---|---|---|
| Period Begin Date | September 12, 2013 | August 19, 2015 | January 12, 2020 |
| Period End Date | February 20, 2014 | February 26, 2016 | December 31, 2022 |
| Days Between Period Begin and End Dates | 162 | 192 | 1,085 |
| Date Full Time Employment Obtained | March 10, 2014 | March 31, 2016 | N/A |
| Unique Communications Sent by Dorsa | 153 | 95 | 13 |
| Unique Communications Received by Dorsa | 154 | 99 | 8 |
| Total | 307 | 194 | 21 |

22. Based on the information shown in Table 1 above, Dorsa sent 86% fewer communications to potential employers or recruiting firms during the Post CDI Period than during the CDI Period, even though the Post CDI Period is nearly 5.7 times longer than the CDI Period.

23. Further details regarding the 21 communications I identified as occurring during the Post CDI Period are as follows:

a. A January 12, 2020 outreach from a managing director at an executive search firm, MalinHughes, to Dorsa requesting Dorsa’s knowledge of anyone in his professional network that may be interested in a Vice President, Strategy and Business Development role. Dorsa responded on January 14, 2020 that he would be interested in hearing more about the opportunity.[17]

b. Two September 21, 2020 e-mails from Dorsa to a contact at APO Holdings in response to an opportunity provided by APO Holdings related to a position on American CryoStem Corp’s board of directors. Notably, Dorsa in one of the e-mails states “I retired from CDI this last January.”[18]

c. An August 31, 2021 through September 10, 2021 chain of 12 e-mails stemming from an outreach by a managing associate from an executive search firm, Korn Ferry, to Dorsa related to a Senior Vice President of Business Development at Rothman Orthopedics. The e-mails subsequent to the initial outreach relate to clarification

[17] *See* [DORSA-0000257].

[18] *See* [DORSA-0001319] and [DORSA-0001325].

about the position, scheduling a call with the managing associate about the position, and Dorsa providing his resume.[19]

d. A November 18, 2021 outreach from a manager of recruiting at an executive search firm, Gallagher Executive Search and Leadership Advisors, related to a Vice President Business Development role at South Georgia Dental Management. Dorsa responded on November 19, 2021 that he may be interested.[20]

e. A January 10, 2022 outreach from a director of recruiting at an executive search firm, Gallagher Executive Search and Leadership Advisors, related to a VP Business Development role. Dorsa responded the same day requesting a time to discuss the opportunity.[21]

f. A May 19, 2022 response from Dorsa related to an outreach from a Tom Neal at Highlands-Cashiers Hospital indicating Dorsa is interested in assisting Tom and Highlands-Cashiers Hospital.[22]

24. In summary and based on the 479 documents I reviewed, during the approximately three-year period coinciding with Dorsa's termination from CDI and the date through which Dr. Bohm calculates lost earnings:

a. Dorsa was meaningfully less active in his communications with potential employers or recruiting firms compared to his IntegraMed Period and CDI Period. See Table 1 above.

b. There is no indication Dorsa ever made an initial outreach to any potential employer or recruiting firm.

c. Dorsa indicated to the provider of a September 21, 2020 opportunity that he "retired from CDI last January."

25. For the reasons detailed above, in my opinion, it is improper to assume a loss period that should extend beyond January 14, 2020, and a more reasonable assumption would be to assume a loss period that ends on January 14, 2020. When I make that adjustment, Dr. Bohm Case 1 and 2 is reduced to $1,496,775 ("Scenario 1").[23]

---

19 *See* [DORSA-0001340] and [DORSA-0001335].

20 *See* [DORSA-0000254].

21 *See* [DORSA-0000252].

22 *See* [DORSA-0001330].

23 *See* Exhibit 4A. This amount also includes the impact of my adjustments for 1) Dr. Bohm's improper wage Inflation, STI and LTI assumptions in Dr. Bohm Case 1, which are meaningfully inconsistent with actual salary increases, actual STI compensation, and actual LTI compensation provided to Miraca Executives from 2014 through 2022 and 2) Dr. Bohm's improper inclusion of retention bonuses that, at the time the retention bonuses were paid, were not provided to executives that were or would eventually perform Dorsa's job duties. *See* Exhibit 2 and 3.

## B. Dr. Bohm Does Not Explain Why it is Reasonable to Assume Dorsa would have Retained Employment at Miraca through its own "Corporate Acquisitions and Subsequent Management Turnover" When Dr. Bohm Acknowledges Dorsa was Terminated at both IntegraMed and CDI for Those Reasons

26. The Bohm Revised Report states:

> *"[Dorsa] left IntegraMed and CDI because of corporate acquisitions and subsequent management turnover. In neither case was he terminated for cause."*[24]

27. The Bohm Revised Report does not make reference to the fact that:

   a. Avista Capital Partners completed its acquisition of Miraca in November of 2017.[25]

   b. Miraca experienced significant management turnover in connection with the acquisition. Notably:

      - The two Miraca executives who had performed Dorsa's duties subsequent to Dorsa's termination at Miraca (John Norkett ("Norkett") and Thomas Zaves ("Zaves")), left Miraca on March 20, 2018 and July 17, 2018, respectively.
      - Several other Miraca executives left positions at Miraca effective July 17, 2018.[26]

28. As noted above, published guidance on economic damages indicates that a forensic economist must be careful in relying on representations from the plaintiff that he or she intended to work until a certain age.[27] This guidance further states that:

> *"wanting to work until age 67 is not the only or even most relevant significant factor in determining whether someone will work until age 67."* [Emphasis Added][28]

29. Additional published guidance for financial experts engaged in litigation services state:

> *"the probability that a person will work at a specific job is less than the probability of the person working at any job."* [Emphasis Added][29]

30. Dr. Bohm does not explain why it would be reasonable to assume that Dorsa would have maintained his employment at Miraca subsequent to July 17, 2018, when significant management turnover occurred at Miraca. Dr. Bohm's assumption regarding the Dr. Bohm Case 1 and 2 loss period is unreasonable because:

   a. Both executives that were performing Dorsa's duties subsequent to his termination were among those who did not retain their positions at Miraca, and,

---

24 Bohm Revised Report at 10.

25 *See* https://www.avistacap.com/news_item/avista-capital-partners-completes-acquisition-of-miraca-life-sciences/

26 *See* Miraca_00001938.

27 Nancy J. Fannon et al., *The Comprehensive Guide to Economic Damages* (6th ed. 2020) at 796 and 817.

28 Nancy J. Fannon et al., *The Comprehensive Guide to Economic Damages* (6th ed. 2020) at 796 and 817.

29 Roman L. Weil et al., *Litigation Services Handbook: The Role of the Financial Expert* (6th ed. 2017) at 13-15.

b. According to Dr. Bohm, Dorsa was actually terminated at IntegraMed and CDI for those reasons.[30]

31. I understand that Dorsa's Employment Agreement provides that if Dorsa is terminated without cause, he is entitled to severance equal to 15 months of his then current salary, 15 months of continued benefits, and any annual bonus that otherwise would have been due for the fiscal year.[31]

32. A more reasonable assumption would be to assume Dorsa would have left Miraca no later than July 17, 2018, when several members of Miraca's senior management did not retain their positions in connection with the Avista Capital Partners acquisition of Miraca. As part of this assumption, I further assume that Dorsa would have been entitled to severance equal to 15 months of his then current salary, any annual bonus that otherwise would have been due for the fiscal year, and the value certain other benefits for the period within 15 months of July 17, 2018 prior to being employed by another employer.[32] When I make these adjustments, Dr. Bohm Case 1 and 2 is reduced to $1,982,793 ("Scenario 2").[33]

### C. <u>Dr. Bohm's Assumption that Dorsa would have been Employed with Miraca through 2022 is Inconsistent with Executive Turnover at Miraca, Inconsistent with Dorsa's Recent Employment History Prior to his Employment with Miraca, Inconsistent with Dorsa's Testimony that There is a Fair Amount of Turnover in Positions that Included Responsibilities He Held at Miraca and Inconsistent with Dorsa's Testimony that he was Always Looking for a Job While Employed Throughout his Career</u>

33. As discussed in Sections II.A and II.B above, Dr. Bohm does not explain why it is reasonable to assume Dorsa would have been able to maintain his employment at Miraca for over 10 years (i.e., through December 31, 2022) in both the Dr. Bohm Case 1 and 2, particularly considering:

a. Prior to his employment with Miraca, Dorsa was employed for less than 4 years at each of his three previous employers.[34]

---

30 *See also* Deposition of Paul Dorsa dated September 21, 2023 at Tr. 66:23 to 67:17, wherein Dorsa testifies his employment at CDI ended in connection with a transaction involving the acquisition CDI. *See also*, Deposition of Paul Dorsa dated September 21, 2023 at Tr. 67:23 to 68:1 and Tr. 85:18 to 85:22, wherein Dorsa testifies that it is common in his experience that changes in the executive team occur when "there is a new owner" and that in his experience, there is a fair amount of turnover in corporate development roles.

31 *See* Dorsa's Employment Agreement with Miraca effective August 20, 2012 at [DORSA-0000009].

32 Dr. Bohm applies an employment period for Dorsa related to his employment with CDI of April 1, 2017 through January 14, 2020. Consistent with Dr. Bohm's assumption, I assume the value of other benefits Dorsa would have obtained subsequent to July 17, 2018 are offset by the value of the benefits Dorsa obtained through his employment with CDI.

33 *See also*, Exhibit 4B. This amount also includes the impact of my adjustments for 1) Dr. Bohm's improper wage Inflation, STI and LTI assumptions in Dr. Bohm Case 1, which are meaningfully inconsistent with actual salary increases, actual STI compensation, and actual LTI compensation provided to Miraca Executives from 2014 through 2022 and 2) Dr. Bohm's improper inclusion of retention bonuses that, at the time the retention bonuses were paid, were not provided to executives that were or would eventually perform Dorsa's job duties. *See* Exhibit 2 and 3.

34 *See* Exhibit 4 to Deposition of Paul Dorsa dated September 21, 2023 [Printout from Paul Dorsa's LinkedIn Profile].

b. Dorsa's testimony that there is a fair amount of turnover in positions that included responsibilities he held while employed at Miraca.[35]

c. Dorsa's testimony that he was always looking for a job while employed throughout his career.[36]

34. Dr. Bohm also fails to perform any analysis of how long other Miraca executives were able to maintain employment with Miraca. Publications that serve as guides for financial experts engaged in litigation services indicate that wrongful termination cases require special consideration in deciding the length of the damages period, and that an examination of employee turnover can help answer the question of how long a person would have stayed with a particular employer but-for the alleged wrongful termination.[37]

35. Between 2014 and 2022, I calculate the average tenure of five Miraca executives who assumed Dorsa's job duties as 506 days.[38] In my opinion, a reasonable assumption would be to assume Dorsa would have been employed for a period of time consistent with the average period of time these other Miraca executives were employed by Miraca or its corporate successor, but-for the alleged wrongful termination (i.e., 506 days from his hire date of August 20, 2012, which is January 8, 2014). As part of this assumption, I further assume that Dorsa would have been entitled to severance equal to 15 months of his then current salary, any annual bonus that otherwise would have been due for the fiscal year, and the value certain other benefits for the period within 15 months of January 8, 2014 prior to when he was employed by another employer.[39] When I make these adjustments, Dr. Bohm Case 1 and 2 is reduced to $732,298 ("Scenario 3").[40]

---

35 Dorsa acknowledged in his September 21, 2023 deposition that there is a fair amount of turnover in corporate development roles, which he described as including responsibilities to "source and complete transactions" and is a "transactional role." *See* Deposition of Paul Dorsa dated September 21, 2023 at Tr. 85:15-22 and Tr. 66:14-22. *See also,* Exhibit 4 to Deposition of Paul Dorsa dated September 21, 2023 [Printout from Paul Dorsa's LinkedIn Profile] wherein Dorsa describes his role at Miraca as being, in part, "*responsible for the United States growth strategy including merger and acquisition development*."

36 Dorsa testified that he was *"always looking for a job while I was employed throughout my career"* while also testifying that *"my intention was always to remain at Miraca."* *See* Deposition of Paul Dorsa dated September 21, 2023 at Tr. 60:3-4 and Tr. 91:25-92:1. Asserting that one is always looking for a job while employed is not consistent with an assertion that one intends to always remain at a current employer.

37 Roman L. Weil et al., *Litigation Services Handbook: The Role of the Financial Expert* (6th ed. 2017) at 13-15.

38 *See* Miraca's Second Amended and Supplemental Interrogatory Responses dated September 1, 2023 at ¶10. *See also,* Average Tenure Workpaper.

39 As further detailed in Exhibit 4C, Dr. Bohm assumes Dorsa's employment with IntegraMed Fertility began March 10, 2014. Consistent with Dr. Bohm's assumption, I assume the value of other benefits Dorsa would have obtained subsequent to March 10, 2014 are offset by the value of the benefits Dorsa obtained through his employment with IntegraMed.

40 *See also*, Exhibit 4C. This amount also includes the impact of my adjustments for 1) Dr. Bohm's improper wage Inflation, STI and LTI assumptions in Dr. Bohm Case 1, which are meaningfully inconsistent with actual salary increases, actual STI compensation, and actual LTI compensation provided to Miraca Executives from 2014 through 2022 and 2) Dr. Bohm's improper inclusion of retention bonuses that, at the time the retention bonuses were paid, were not provided to executives that were or would eventually perform Dorsa's job duties. *See* Exhibit 2 and 3.

## VII. CONCLUSION

36. After correcting for the deficiencies identified in Dr. Bohm Case 1 and 2, in my opinion:

a. Dr. Bohm Case 1 and 2 would be $1,496,775 under Scenario 1, which includes an assumed loss period ending on January 14, 2020, the date Dr. Bohm indicated in the Bohm Original Report "appears to have retired," the last date Dr. Bohm admits in the Bohm Revised Report that Dorsa was "functionally employed," when Dorsa's efforts to seek alternative employment effectively ended, and when Dorsa contemporaneously acknowledged that he had retired.

b. Dr. Bohm Case 1 and 2 would be $1,982,793 under Scenario 2, which includes an assumed loss period ending on July 17, 2018 when significant management turnover occurred at Miraca due to a corporate acquisition in connection with Miraca's acquisition by Avista Capital Partners. Notably, both executives who had assumed Dorsa's job duties subsequent to his termination left Miraca as part of this management turnover.

c. Dr. Bohm Case 1 and 2 would be $732,298 under Scenario 3, which includes an assumed loss period ending on January 8, 2014, based on the 506 day average tenure of five Miraca executives who assumed Dorsa's job duties (i.e., 506 days subsequent to Dorsa's hire date).

By:

Christopher B. Robinson
Date: October 23, 2024

## LIST OF EXHIBITS, APPENDICES AND WORKPAPERS

**Appendices**

**Appendix I – Robinson CV**

**Appendix II – Documents Considered**

**Appendix III – Summary of the Underlying Methodologies Dr. Bohm Employs in Dr. Bohm Case 1 and 2**

**Appendix IV – Summary of Documents Containing Dorsa's Efforts to Obtain Employment**

**Exhibits**

**Exhibit 1 – Reconciliation to Dr. Bohm Case 1**

**Exhibit 2 – Reconciliation to Dr. Bohm Case 2**

**Exhibit 3 – Dr. Bohm Case 2, Adjusted to Assume that Dorsa Would Have Received Retention Bonuses Consistent with Those that were Actually Paid to the Executive that was Performing the Duties Dorsa Would have been Performing at the Time the Retention Bonuses were Paid**

**Exhibit 4A – Dr. Bohm Case 2, Further Adjusted to Exclude Estimated Losses Subsequent to January 14, 2020; The Date the Original Bohm Report Acknowledges Dorsa Retired, When Dorsa's Efforts to Seek Alternative Employment Effectively Ended, and when Dorsa Contemporaneously Acknowledged that he had Retired**

**Exhibit 4B – Dr. Bohm Case 2, Further Adjusted to Exclude Estimated Losses Subsequent to July 17, 2018; The Date Significant Management Turnover Occurred at Miraca Due to a Corporate Acquisition**

**Exhibit 4C – Dr. Bohm Case 2, Further Adjusted to Reflect Dorsa's Employment with Miraca to be Consistent with Other Miraca Executives**

**Workpapers**

**Average Tenure Workpaper**

**Dorsa's Efforts to Obtain Employment Workpaper**

Secretariat



**Chris Robinson**, CPA

Managing Director

500 W Madison Street
Suite 1000
Chicago, IL 60661
Phone: +1 847 217 0244
email: crobinson@secretariat-intl.com

Christopher ("Chris") Robinson, CPA is a Managing Director in the Chicago office with over 18 years of experience providing financial advisory, valuation and accounting services to boards, independent trustees, corporate management, internal counsel, and external counsel.

Chris's areas of expertise include valuation and accounting issues, damages in complex commercial litigation, financial and forensic accounting investigations, tax controversy matters and post-acquisition disputes where he has significant experience preparing forensic and other accounting related analyses, identifying potential accounting issues, unwinding inappropriate accounting transactions, quantifying the impact of adjustments to internal and external financial statements, and quantifying damages for litigation purposes.

Chris also has extensive experience preparing business valuation analyses for a variety of purposes, including for transactions (mergers, acquisitions, and divestitures), related party transactions, damages calculations and other litigation purposes. Chris has been retained as a neutral valuation expert and issued binding written determinations as to the fair market value of partnership interests in dispute. Chris is a Certified Public Accountant (licensed in Illinois).

## EDUCATION

- BS, Accounting and Finance, Indiana University

## CERTIFICATIONS

- Certified Public Accountant

## ASSOCIATIONS

- Illinois CPA Society
- The American Institute of Certified Public Accountants

## REPRESENTATIVE EXPERIENCE

### Financial Advisory, Valuation, and Commercial Disputes

- Engaged as neutral valuation expert by a general partner and limited partner in a dispute related to the fair market value of the limited partner's interest in a closely held partnership whose investments included significant interests in companies engaged in the distribution of appliance

parts and equipment. Issued expert written determination to both the general partner and the limited partner.

- Engaged by counsel on behalf of a life sciences company to assist in the calculation of damages under a former employees' employment agreements stemming from an alleged wrongful termination.
- Engaged by counsel for a biotechnology and clinical laboratory company to assist in the preparation of submissions to an independent arbitrator in connection with a post-acquisition earn-out dispute involving revenue recognition under ASC 606 and related party transactions under ASC 850.
- Engaged by counsel to assist an online job portal operator in a post-acquisition earn-out dispute related to its acquisition of an employee benefit administration services provider. Work included quantifying rescission and expectancy damages related to allegations of pre-merger financial statement fraud, breaches of fiduciary duty, and various breaches of the purchase agreement.
- On behalf the estate of bankrupt battery manufacturing company, assisted counsel in the preparation of submissions to the Bankruptcy Court in connection with a post-acquisition working capital dispute related to the sale of certain assets and equity interests out of bankruptcy.
- Engaged by counsel on behalf of a private hedge fund to assess, under the applicable accounting guidance, the materiality of alleged violations in the application of ASC 820 related to complex structured financial products.
- Engaged on behalf of a company involved in the promotion, hosting, and sale of cryptocurrency asset mining products. Performed in-depth analysis of the crypto mining process from the procurement, sale, and hosting of mining assets to the ultimate harvesting and distribution of crypto assets. Performed significant forensic accounting analysis and financial statement reconstruction for several of the company's operating subsidiaries over several years, including numerous transactions conducted in cryptocurrencies.
- On behalf of one of the world's largest global diversified financial institutions, engaged to assist counsel in quantifying rescission and expectancy damages related to a post-acquisition dispute that included allegations of fraud and various breaches of the applicable purchase agreement.
- Engaged by counsel on behalf of a national bus transportation company to quantify damages related to allegations of breaches of interline and other agreements with a regional bus transportation company.
- Engaged by counsel on behalf of a multi-national pharmaceutical company to assist in the preparation of responses to information requests from the IRS regarding transactions subject to intercompany license and cost sharing agreements.
- On behalf of one of the world's largest global diversified financial institutions, engaged to assist counsel in quantifying damages related to allegations of breaches of contract and alleged violations of the N.Y. Uniform Commercial Code.
- Engaged on behalf of an asset management company to provide accounting and damages analysis related to an alleged breach of fiduciary duties involving a publicly traded company in the investment banking and brokerage services industry. To quantify potential damages, assessed the Company's pre- and post-IPO financial performance in the context of expectations, performed market analyses on relevant portions of the brokerage services industry, performed valuation and forensic accounting analyses of related parties, and analyzed market transactions for comparability.
- On behalf of a fortune 100 chemical manufacturer, submitted an expert report in connection with the alleged breach of contract with a major business partner. Opinions related to the quantification of expectancy damages and proper accounting under GAAP for right-of-use intangible assets (ASC 842) and leasehold improvements.

- On behalf of a fortune 100 chemical manufacturer, prepared cost accounting and damages analyses that were presented at arbitration related to an alleged breach of contract with a major business partner.
- On behalf of one of the world's largest global diversified financial institutions, engaged to assist counsel regarding allegations that the financial institution financial institution knew that certain of its RMBS would default at exceptionally high rates. Work included data analysis of trading data and independent valuations of the RMBS at issue during the relevant period.
- Engaged by counsel for a regional bank to assist in the preparation of an ability-to-pay analysis related to a potential civil monetary penalty. Work included quantifying the direct and indirect impacts of a range of potential civil monetary penalties on the bank's projected financial performance as well as its projected regulatory capital ratios.
- On behalf of an agriculture and nutrition products company, assisted counsel in the preparation of submissions to an independent arbitrator in connection with a post-acquisition working capital dispute involving the net realizable value of acquired inventory.
- Engaged on behalf of a large social media company to assist in the valuation of international subsidiaries in connection with the intercompany transfer of intangible property. Prepared detailed market and discounted cash flow valuation analyses that were presented at trial in federal tax court.
- Engaged by counsel for a large media company to assist in the determination of whether a divestiture of a subsidiary qualified as a tax-free corporate reorganization. Prepared detailed financial analyses that were presented at trial in federal tax court related to the timeliness and amounts of interest and principal payments required under the governing operating and loan agreements as well as forensic accounting analyses to support the tax treatment of the divestiture.
- On behalf of a company engaged in the engineering and manufacturing of metal castings for use in automotive parts, engaged to assist counsel regarding allegations of accounting irregularities with respect to the pre-transaction financial statements and a dispute over amounts subject to a post-acquisition earn-out. Quantified damages based on the impact of the alleged the accounting irregularities on the pre-transaction financial statements. Also quantified damages based on contractual amounts subject to a post-acquisition earn-out calculation.
- Engaged by counsel on behalf of a multi-national pharmaceutical company to assess the economic viability of a subsidiary, which included an assessment of its ability to function as a centralized manager of intercompany investments in affiliate entities and paying its ongoing intercompany obligations.
- Assisted counsel on behalf of a company in the engineering and construction services sector involving allegations of accounting irregularities with respect to the pre-transaction financial statements. Quantified damages based on the impact of the alleged the accounting irregularities on the pre-transaction financial statements.
- Engaged on behalf of a professional services provider for alleged fraud and violation of federal securities laws regarding their professional support of a health care services company. Reviewed the work performed by the professional services provider and performed an independent analysis of the company's quality of earnings and valuation of accounts receivable. Work also included analysis of the standard of care employed by the professional services firm.
- Assisted counsel on behalf of a private equity firm in a post-merger dispute by quantifying damages related to allegations of pre-merger financial statement fraud. Prepared valuation analyses based on contemporaneous projections and adjusted projections of the pre-merger entities to quantify the difference in value as of the date of the transaction.

- Engaged by counsel to assist a boxing promoter in a dispute involving allegations of anti-competitive practices. Work included quantifying lost profits stemming from allegations of anti-competitive harm under several hypothetical scenarios.
- On behalf of a global auto industry company, assisted counsel in a dispute over the “arms-length” nature of refinancing and restructuring debt transactions and resulting interest payments after an acquisition. Completed ability to service debt analyses (senior, junior and contingent tranches), analyzed financial elements of loan covenants (e.g., leverage ratios and interest coverage ratios). Prepared cash flow and valuation modeling based on industry and company-specific operational value drivers, financing alternatives, fair value balance sheet, and company-specific and industry leverage and credit risk metrics to value corporate holdings and interests.
- In one of the largest docketed cases in the history of the United States Tax Court, assisted a diversified manufacturing and service conglomerate with primary operations in the United States but domiciled in Ireland in a dispute over the “arms-length” nature of intercompany debt transactions and resulting interest payments made between affiliates. For many of the primary U.S. based operating subsidiaries, completed financial analyses of earnings available to meet annual debt service requirements, detailed cash flow analyses to determine how to each subsidiary met operating, investing, and financing requirements, and analyses that detailed the timeliness and amounts of interest and principal payments required under the agreements for the intercompany loans at issue.
- On behalf of global leaders in healthcare products, global pharmaceuticals, and electronic parts manufacturing, assisted in the examination of capital structures through ratings, leverage and debt repayment analyses to determine estimated S&P debt ratings for various intercompany debt issuances totaling over $10 billion.
- Assisted a multinational telecommunications company in a contract dispute with the State of California. Designed a financial model to quantify the incremental costs of adding public, educational and government use channels as linear channels to existing video hub offices throughout California. The model utilized various cost components, market analyses, projected commercial channel requirements, and system capacity limitations.
- On behalf of a manufacturer of lighting products, prepared various damages calculations assuming an infringement on various trademarks and patents. The damages model utilized various reasonable royalty assumptions, sales data for trademarked and patented products, and various fixed and variable cost considerations.
- On behalf of a technology support services company, assisted in the calculation of damages under several former employees’ non-compete agreements. The damages model utilized various revenue and cost data, assumptions about future lost profits, and other financial information and assumptions.
- Assisted a Fortune 100 client to design, develop, execute, and validate a “purge” process to eliminate valuable intellectual property that it had allegedly retained inappropriately after having been spun off from a former parent. Responsibilities included the assessment of risk for responsive repositories; design a cost-effective and comprehensive purge process; deployment strategic testing methodology to reasonably ensure compliance; and documentation of the results so that they could be audited by the plaintiff. Assisted in the analysis of terabytes of data and hundreds of thousands of hard-copy documents contained in various engineering systems, the ERP system, email and shared servers, backup systems and physical locations such as offices and factories. Assisted the client in complying with the terms of a mediation agreement and rebuilding its business relationship with its former parent. The former parent gained sufficient comfort with the effectiveness of our work that it waived its option to retain separate auditors to independently assess our client’s compliance.

- Engaged to assist counsel on behalf of a commercial and residential mortgage finance company in a dispute regarding alleged breaches of contract and violations of the Maryland Consumer Protections Act. Prepared various analyses quantifying potential damages amounts under a series of hypothetical scenarios provided by counsel.
- Engaged to assist counsel on behalf of a multinational systems software provider in a transfer pricing dispute with the IRS. Work included the development of database models and financial analyses to support the taxpayer's tax position.

**Forensic Accounting & Investigations**

- On behalf of a professional sports franchise, performed and provided to team personnel, external auditors, and external counsel forensic accounting analyses to support the team's accounting treatment for certain complex transactions. Personally responsible for the preparation of eight of the team's financial statements in connection with the team's league and lending reporting requirements.
- On behalf of a government sponsored provider of mortgage financing, engaged to analyze detailed accounting records to assist counsel in determining whether a large borrower complied with certain financial terms of the applicable loan agreements. Provided memorandum of findings and supporting analyses to internal and external counsel.
- On behalf of a government sponsored provider of mortgage financing, engaged to analyze financial information provided during underwriting to assist counsel in determining whether indications of fraud existed at the time the applicable multi-family mortgage loans were underwritten and whether certain contractual breaches may have occurred. Provided memorandums of findings and supporting analyses to internal and external counsel.
- Engaged by counsel on behalf of a pharmaceutical company to assess the proper accounting under ASC 450 and other accounting guidance related to a contractual royalty guarantee based on information known or knowable at the various points in time, including when the applicable drug received regulatory approval and was commercially launched.
- Assisted the audit committee of a publicly traded manufacturing company by investigating an embezzlement of over $10 million by a former accounts payable employee who had been arrested on federal wire fraud charges. Work included tracing funds, conducting investigative interviews, preserving, and analyzing various types of electronic data, assessing material weaknesses in internal controls, conducting background searches, and locating recoverable assets.
- Assisted a private equity firm in an investigation into the pre-transaction accounting practices and policies of an acquisition target in the medical transport industry. The investigation uncovered inconsistencies in the company's revenue recognition, valuation of accounts receivable and expense accruals. Assisted counsel in the quantifying the impact of the inconsistencies and the impact on the ultimate transaction consideration. Included in quantifying the impact of the inconsistencies was an analysis of GAAP requirements related to revenue recognition and valuation of accounts receivable.
- On behalf of the Board of Directors of a major medical device company, investigated anonymous allegations related to personal conduct of the CEO. Responsibilities included the review and analysis of data stores spanning almost a decade from the CEO's corporate and personal email accounts, hard drives, internet history, expense accounts, flight charters, phone records, and ground transportation charters.
- On behalf of a global hedge fund, assisted in reviewing forensically preserved hard drives, network files, phone records, chat logs, Bloomberg e-mails, expense reports, HR records, security access logs, URL activity, and key stroke logging software for evidence of potential non-

compliance by certain former employees with non-compete, non-solicitation, and partnership agreement obligations.

- Engaged by a global leader in warehousing, transportation, and logistics solutions to the food industry, investigated allegations of improper accounting treatment related to revenue recognition, cost capitalization, operating leases, and employee benefits. Work included the identification and analysis of unsupported journal entries and accounting errors as well as the proposal of adjusting journal entries to unwind the net financial statement impact. Provided findings, support analyses, and proposed adjusting journal entry schedules in a series of memorandums to the internal audit director and chief accounting officer.
- Engaged by a regional mortgage originator to investigate a breach of its customer data warehouse. Reviewed various data sources to quantify the unauthorized data accessed and individual customers impacted. Prepared analyses and reports of findings to regulators and mortgage customers. Provided summaries of findings to federal law enforcement personnel in an effort to identify the individuals responsible for the data breaches.
- On behalf of defense counsel representing a fund administrator and custodian who served several fund of funds of Bernard Madoff Investment Services, assisted in analyzing certain transactions in connection with various allegations of irregularity and fraud. Investigated alleged discrepancies between market data and alleged trades executed by Bernard Madoff Investment Services.
- Engaged by the special litigation committee of a major manufacturer of packaged consumer goods to investigate various allegations of misconduct, including channel stuffing, improper extensions of credit, failure to disclose environmental liabilities, and overstating receivables. Accounting issues included SEC Staff Accounting Bulletin No. 101 (SAB 101: Revenue Recognition in Financial Statements), SEC Staff Accounting Bulletin No. 104 (2003) (Revenue Recognition), Regulation S-K disclosure requirements, and FASB Statement No. 48 (Revenue Recognition When Right of Return Exists).
- Assisted a court appointed Receiver, on behalf of a failed Trust Company whose employees were alleged to have committed securities fraud. Responsibilities included verifying transactions as recorded in the Trust's accounting system to transactions recorded on various third party bank or broker statements. Responsible for extracting, managing, and updating thousands of customer transactions from the Trust's accounting system in order to create and execute upon an equitable distribution plan for the benefit of the trust's customers.
- On behalf of a road construction defendant in one of the largest corruption and highway bid rigging trials in Kentucky's history, assisted counsel by enriching calling data to validate the identity of the custodians of phone numbers of interest. Analyzed the enriched data to determine the timing, sequencing, and frequency of communications between parties of interest. Created and managed a calling database, which was used to create summary analyses and relied upon for expert testimony at trial.
- Assisted an accounting investigation for a global consulting firm addressing allegations of improper accounting procedures by the United States General Services Administration ("GSA"). Performed comprehensive reviews of accounting procedures and the financial reporting of royalties, rebates, and cash payments. Assisted in the development of comprehensive analyses related to the impact of accounting transactions from the vendor, invoice and customer level that were included in an expert report.

**Bankruptcy/Insolvency**

- On behalf of the principal shareholder of a bankrupt construction lender, assisted in the valuation of real estate properties owned and portfolio of short-term loans receivable. Prepared analyses to support expert opinions of market value of assets and solvency of the business on key dates.

- On behalf of lead lender and collateral agent for two large commercial banks, assisted in the valuation of assets being transferred to a large casino and hospitality company emerging from Chapter 11 under proposed bankruptcy plan for the benefit of the Federal Bankruptcy Court in Nevada. Assets valued included intellectual property, proprietary customer relationship information, fixed assets, and real property.

### Anti-Money Laundering ("AML") Compliance

- On behalf of a prominent global private bank, assisted in strengthening the bank's compliance with applicable Bank Secrecy Act/Anti-Money Laundering laws and regulations. Work included the interim monitoring of transactions, designing and implementing enhanced "Know Your Customer" due diligence investigative procedures, and the review of a defined group of historical accounts and transactions. Developed comprehensive analyses which were relied upon by bank management, regulators, and third parties.
- On behalf of the compliance department of Canada's second largest bank, assisted with the remediation of certain issues related to its Private Bank identified by Canadian regulators. Responsibilities included performing due diligence on research on Private Banking Clients, including related parties and a transactional review focused on identifying any potentially fraudulent, illegal, or suspicious activity.

## EXPERT REPORTS/TESTIMONY

- *United States of America ex. rel. Paul Dorsa v. Miraca Life Sciences, Inc*.
  District Court of Middle Tennessee - Nashville Division
  (Expert Report)
- *Dow Hydrocarbons and Resources, LLC v. Blue Cube Operations et. al.,*
  AAA Arbitration
  (Expert Report)
- *Exide Holdings, Inc. et al., Debtors*
  United States Bankruptcy Court for The District of Delaware
  (Expert Declaration)

### Other Expert Submissions

- Agriculture and Nutrition Products Company Post-Acquisition Dispute
  (Expert Submissions to Independent Arbitrator)
- Biotechnology and Clinical Laboratory Company Post-Acquisition Dispute
  (Expert Submissions to Independent Arbitrator)

## WORK HISTORY

- Secretariat 2024 – Present
- Ankura 2018 – 2024
- Navigant 2006 – 2018

**List of Documents Considered**
**Supplemental Expert Report of Christopher B. Robinson dated October 23, 2024**

**In addition to the documents cited throughout my report, I considered the following documents in preparing my report:**

**Documents Received from Counsel**

| | | | | | | |
|---|---|---|---|---|---|---|
| DORSA-0000001 | DORSA-0000410 | DORSA-0000556 | DORSA-0000701 | DORSA-0000869 | DORSA-0001068 | DORSA-0001287 |
| DORSA-0000014 | DORSA-0000411 | DORSA-0000558 | DORSA-0000702 | DORSA-0000873 | DORSA-0001070 | DORSA-0001293 |
| DORSA-0000019 | DORSA-0000412 | DORSA-0000560 | DORSA-0000706 | DORSA-0000875 | DORSA-0001071 | DORSA-0001296 |
| DORSA-0000032 | DORSA-0000413 | DORSA-0000561 | DORSA-0000707 | DORSA-0000876 | DORSA-0001072 | DORSA-0001303 |
| DORSA-0000033 | DORSA-0000414 | DORSA-0000562 | DORSA-0000711 | DORSA-0000877 | DORSA-0001074 | DORSA-0001305 |
| DORSA-0000038 | DORSA-0000415 | DORSA-0000565 | DORSA-0000712 | DORSA-0000878 | DORSA-0001078 | DORSA-0001307 |
| DORSA-0000040 | DORSA-0000419 | DORSA-0000568 | DORSA-0000713 | DORSA-0000879 | DORSA-0001079 | DORSA-0001310 |
| DORSA-0000041 | DORSA-0000420 | DORSA-0000572 | DORSA-0000717 | DORSA-0000900 | DORSA-0001081 | DORSA-0001315 |
| DORSA-0000252 | DORSA-0000424 | DORSA-0000573 | DORSA-0000718 | DORSA-0000901 | DORSA-0001082 | DORSA-0001317 |
| DORSA-0000254 | DORSA-0000425 | DORSA-0000577 | DORSA-0000722 | DORSA-0000903 | DORSA-0001083 | DORSA-0001348 |
| DORSA-0000256 | DORSA-0000429 | DORSA-0000578 | DORSA-0000723 | DORSA-0000907 | DORSA-0001084 | DORSA-0001350 |
| DORSA-0000257 | DORSA-0000430 | DORSA-0000582 | DORSA-0000724 | DORSA-0000908 | DORSA-0001088 | DORSA-0001354 |
| DORSA-0000259 | DORSA-0000431 | DORSA-0000586 | DORSA-0000725 | DORSA-0000912 | DORSA-0001089 | DORSA-0001359 |
| DORSA-0000260 | DORSA-0000432 | DORSA-0000587 | DORSA-0000727 | DORSA-0000913 | DORSA-0001090 | DORSA-0001361 |
| DORSA-0000261 | DORSA-0000436 | DORSA-0000588 | DORSA-0000729 | DORSA-0000914 | DORSA-0001091 | DORSA-0001363 |
| DORSA-0000262 | DORSA-0000437 | DORSA-0000590 | DORSA-0000732 | DORSA-0000915 | DORSA-0001093 | DORSA-0001365 |
| DORSA-0000263 | DORSA-0000440 | DORSA-0000596 | DORSA-0000733 | DORSA-0000919 | DORSA-0001095 | DORSA-0001366 |
| DORSA-0000264 | DORSA-0000441 | DORSA-0000597 | DORSA-0000735 | DORSA-0000921 | DORSA-0001097 | DORSA-0001368 |
| DORSA-0000266 | DORSA-0000443 | DORSA-0000598 | DORSA-0000736 | DORSA-0000923 | DORSA-0001098 | DORSA-0001370 |
| DORSA-0000267 | DORSA-0000446 | DORSA-0000599 | DORSA-0000738 | DORSA-0000924 | DORSA-0001099 | DORSA-0001372 |
| DORSA-0000271 | DORSA-0000447 | DORSA-0000600 | DORSA-0000739 | DORSA-0000925 | DORSA-0001103 | DORSA-0001373 |
| DORSA-0000272 | DORSA-0000448 | DORSA-0000601 | DORSA-0000742 | DORSA-0000926 | DORSA-0001107 | DORSA-0001375 |
| DORSA-0000276 | DORSA-0000449 | DORSA-0000602 | DORSA-0000749 | DORSA-0000928 | DORSA-0001110 | DORSA-0001394 |
| DORSA-0000277 | DORSA-0000451 | DORSA-0000606 | DORSA-0000751 | DORSA-0000930 | DORSA-0001111 | DORSA-0001396 |
| DORSA-0000278 | DORSA-0000454 | DORSA-0000611 | DORSA-0000755 | DORSA-0000934 | DORSA-0001112 | DORSA-0001446 |
| DORSA-0000282 | DORSA-0000458 | DORSA-0000614 | DORSA-0000759 | DORSA-0000936 | DORSA-0001116 | DORSA-0001448 |
| DORSA-0000283 | DORSA-0000460 | DORSA-0000615 | DORSA-0000760 | DORSA-0000940 | DORSA-0001117 | DORSA-0001605 |
| DORSA-0000287 | DORSA-0000462 | DORSA-0000616 | DORSA-0000761 | DORSA-0000942 | DORSA-0001118 | DORSA-0001624 |
| DORSA-0000288 | DORSA-0000464 | DORSA-0000617 | DORSA-0000763 | DORSA-0000944 | DORSA-0001119 | DORSA-0001641 |
| DORSA-0000292 | DORSA-0000468 | DORSA-0000618 | DORSA-0000767 | DORSA-0000947 | DORSA-0001127 | DORSA-0001645 |
| DORSA-0000293 | DORSA-0000469 | DORSA-0000619 | DORSA-0000771 | DORSA-0000948 | DORSA-0001129 | DORSA-0001649 |
| DORSA-0000297 | DORSA-0000471 | DORSA-0000621 | DORSA-0000772 | DORSA-0000950 | DORSA-0001131 | DORSA-0001671 |
| DORSA-0000298 | DORSA-0000475 | DORSA-0000622 | DORSA-0000776 | DORSA-0000951 | DORSA-0001134 | DORSA-0001675 |
| DORSA-0000302 | DORSA-0000477 | DORSA-0000623 | DORSA-0000778 | DORSA-0000952 | DORSA-0001135 | DORSA-0001703 |
| DORSA-0000303 | DORSA-0000481 | DORSA-0000626 | DORSA-0000779 | DORSA-0000954 | DORSA-0001136 | DORSA-0001708 |

**List of Documents Considered**
**Supplemental Expert Report of Christopher B. Robinson dated October 23, 2024**

**In addition to the documents cited throughout my report, I considered the following documents in preparing my report:**

**Documents Received from Counsel**

| | | | | | | |
|---|---|---|---|---|---|---|
| DORSA-0000307 | DORSA-0000482 | DORSA-0000628 | DORSA-0000781 | DORSA-0000955 | DORSA-0001137 | DORSA-0001757 |
| DORSA-0000308 | DORSA-0000483 | DORSA-0000630 | DORSA-0000782 | DORSA-0000956 | DORSA-0001139 | DORSA-0001783 |
| DORSA-0000312 | DORSA-0000487 | DORSA-0000631 | DORSA-0000784 | DORSA-0000957 | DORSA-0001140 | DORSA-0001856 |
| DORSA-0000313 | DORSA-0000488 | DORSA-0000632 | DORSA-0000785 | DORSA-0000959 | DORSA-0001143 | DORSA-0001876 |
| DORSA-0000317 | DORSA-0000490 | DORSA-0000634 | DORSA-0000789 | DORSA-0000962 | DORSA-0001144 | DORSA-0001897 |
| DORSA-0000318 | DORSA-0000492 | DORSA-0000636 | DORSA-0000795 | DORSA-0000964 | DORSA-0001145 | DORSA-0001923 |
| DORSA-0000319 | DORSA-0000493 | DORSA-0000638 | DORSA-0000797 | DORSA-0000968 | DORSA-0001148 | DORSA-0001951 |
| DORSA-0000323 | DORSA-0000496 | DORSA-0000641 | DORSA-0000798 | DORSA-0000969 | DORSA-0001149 | DORSA-0001953 |
| DORSA-0000324 | DORSA-0000497 | DORSA-0000642 | DORSA-0000799 | DORSA-0000970 | DORSA-0001150 | DORSA-0001957 |
| DORSA-0000328 | DORSA-0000500 | DORSA-0000645 | DORSA-0000800 | DORSA-0000971 | DORSA-0001158 | DORSA_LAPTOP_00026937 |
| DORSA-0000329 | DORSA-0000502 | DORSA-0000646 | DORSA-0000802 | DORSA-0000975 | DORSA-0001159 | Miraca_00001041 |
| DORSA-0000333 | DORSA-0000505 | DORSA-0000649 | DORSA-0000803 | DORSA-0000980 | DORSA-0001160 | Miraca_00001042 |
| DORSA-0000334 | DORSA-0000508 | DORSA-0000650 | DORSA-0000804 | DORSA-0000981 | DORSA-0001164 | Miraca_00001043 |
| DORSA-0000338 | DORSA-0000509 | DORSA-0000651 | DORSA-0000806 | DORSA-0000982 | DORSA-0001165 | Miraca_00001044 |
| DORSA-0000339 | DORSA-0000510 | DORSA-0000653 | DORSA-0000807 | DORSA-0000985 | DORSA-0001169 | Miraca_00001045 |
| DORSA-0000341 | DORSA-0000511 | DORSA-0000654 | DORSA-0000809 | DORSA-0000988 | DORSA-0001170 | Miraca_00001046 |
| DORSA-0000345 | DORSA-0000512 | DORSA-0000656 | DORSA-0000811 | DORSA-0000991 | DORSA-0001172 | Miraca_00001047 |
| DORSA-0000348 | DORSA-0000515 | DORSA-0000657 | DORSA-0000814 | DORSA-0000995 | DORSA-0001175 | Miraca_00001048 |
| DORSA-0000349 | DORSA-0000517 | DORSA-0000658 | DORSA-0000817 | DORSA-0001000 | DORSA-0001179 | Miraca_00001049 |
| DORSA-0000350 | DORSA-0000518 | DORSA-0000659 | DORSA-0000820 | DORSA-0001005 | DORSA-0001181 | Miraca_00001050 |
| DORSA-0000354 | DORSA-0000520 | DORSA-0000660 | DORSA-0000826 | DORSA-0001008 | DORSA-0001182 | Miraca_00001051 |
| DORSA-0000355 | DORSA-0000522 | DORSA-0000661 | DORSA-0000827 | DORSA-0001009 | DORSA-0001187 | Miraca_00001052 |
| DORSA-0000356 | DORSA-0000524 | DORSA-0000662 | DORSA-0000828 | DORSA-0001011 | DORSA-0001188 | Miraca_00001053 |
| DORSA-0000360 | DORSA-0000525 | DORSA-0000663 | DORSA-0000829 | DORSA-0001012 | DORSA-0001191 | Miraca_00001054 |
| DORSA-0000363 | DORSA-0000526 | DORSA-0000664 | DORSA-0000830 | DORSA-0001013 | DORSA-0001192 | Miraca_00001055 |
| DORSA-0000365 | DORSA-0000527 | DORSA-0000667 | DORSA-0000831 | DORSA-0001015 | DORSA-0001205 | Miraca_00001056 |
| DORSA-0000367 | DORSA-0000528 | DORSA-0000668 | DORSA-0000832 | DORSA-0001017 | DORSA-0001220 | Miraca_00001864 |
| DORSA-0000368 | DORSA-0000529 | DORSA-0000669 | DORSA-0000833 | DORSA-0001018 | DORSA-0001319 | Miraca_00001866 |
| DORSA-0000371 | DORSA-0000530 | DORSA-0000670 | DORSA-0000835 | DORSA-0001024 | DORSA-0001320 | Miraca_00001868 |
| DORSA-0000374 | DORSA-0000531 | DORSA-0000671 | DORSA-0000836 | DORSA-0001030 | DORSA-0001324 | Miraca_00001887 |
| DORSA-0000375 | DORSA-0000532 | DORSA-0000673 | DORSA-0000837 | DORSA-0001031 | DORSA-0001325 | Miraca_00001900 |
| DORSA-0000376 | DORSA-0000533 | DORSA-0000674 | DORSA-0000840 | DORSA-0001032 | DORSA-0001326 | Miraca_00001928 |
| DORSA-0000377 | DORSA-0000536 | DORSA-0000675 | DORSA-0000844 | DORSA-0001033 | DORSA-0001330 | Miraca_00001936 |
| DORSA-0000379 | DORSA-0000537 | DORSA-0000676 | DORSA-0000848 | DORSA-0001037 | DORSA-0001331 | Miraca_00001937 |
| DORSA-0000383 | DORSA-0000538 | DORSA-0000678 | DORSA-0000849 | DORSA-0001039 | DORSA-0001335 | Miraca_00001938 |
| DORSA-0000384 | DORSA-0000539 | DORSA-0000680 | DORSA-0000850 | DORSA-0001040 | DORSA-0001336 | Miraca_00001941 |
| DORSA-0000385 | DORSA-0000540 | DORSA-0000681 | DORSA-0000852 | DORSA-0001041 | DORSA-0001340 | Miraca_00001942 |
| DORSA-0000387 | DORSA-0000541 | DORSA-0000683 | DORSA-0000854 | DORSA-0001042 | DORSA-0001223 | Miraca_00001993 |
| DORSA-0000389 | DORSA-0000543 | DORSA-0000684 | DORSA-0000855 | DORSA-0001047 | DORSA-0001225 | Miraca_00001994 |
| DORSA-0000391 | DORSA-0000545 | DORSA-0000686 | DORSA-0000856 | DORSA-0001052 | DORSA-0001241 | Miraca_00001995 |

**List of Documents Considered**
**Supplemental Expert Report of Christopher B. Robinson dated October 23, 2024**

**In addition to the documents cited throughout my report, I considered the following documents in preparing my report:**

**Documents Received from Counsel**

| | | | | | | |
|---|---|---|---|---|---|---|
| DORSA-0000393 | DORSA-0000546 | DORSA-0000687 | DORSA-0000858 | DORSA-0001054 | DORSA-0001249 | Miraca_00001996 |
| DORSA-0000395 | DORSA-0000547 | DORSA-0000691 | DORSA-0000859 | DORSA-0001056 | DORSA-0001256 | Miraca_00001997 |
| DORSA-0000396 | DORSA-0000548 | DORSA-0000692 | DORSA-0000860 | DORSA-0001057 | DORSA-0001258 | Miraca_00001998 |
| DORSA-0000397 | DORSA-0000550 | DORSA-0000693 | DORSA-0000861 | DORSA-0001058 | DORSA-0001265 | Miraca_00001999 |
| DORSA-0000399 | DORSA-0000551 | DORSA-0000697 | DORSA-0000862 | DORSA-0001059 | DORSA-0001267 | Miraca_00002000 |
| DORSA-0000401 | DORSA-0000552 | DORSA-0000698 | DORSA-0000863 | DORSA-0001063 | DORSA-0001273 | Miraca_00002001 |
| DORSA-0000405 | DORSA-0000554 | DORSA-0000699 | DORSA-0000865 | DORSA-0001066 | DORSA-0001279 | Miraca_00002036 |
| DORSA-0000406 | DORSA-0000555 | DORSA-0000700 | DORSA-0000867 | DORSA-0001067 | DORSA-0001284 | Miraca_00002037 |
| Tom Zaves Employment Agreement.pdf | | | | | | Rasmussen_00000001 |
| 2012 Miraca Employee Benefits Guide.pdf | | | | | | |
| 2013-2014 Employee Benefits Guide.pdf | | | | | | |
| 2014-2015 Employee Benefits Guide.pdf | | | | | | |
| 2015-2016 Employee Benefits Guide - final.pdf | | | | | | |
| Short Term Incentive Plan - Revised.docx | | | | | | |
| September 19, 2023 E-mail to Plaintiff Counsel containing Miraca compiled information about executive merit increases and LTI/STI | | | | | | |
| Second Amended Complaint dated March 2, 2017 | | | | | | |
| Miraca's Second Amended and Supplemental Interrogatory Responses dated September 1, 2023 | | | | | | |
| Expert Witness Disclosure of Robert A. Bohm, Ph.D dated August 18, 2023 | | | | | | |
| Deposition and Accompanying Exhibits of Paul Dorsa dated September 21, 2023 | | | | | | |
| Supplemental of Expert Report of Robert A. Bohm, Ph.D and Geoffrey S. Lea, Ph.D dated January 29, 2024 | | | | | | |

**Publicly Available Documents**

| |
|---|
| Press Release "Avista Capital Partners to Acquire Miraca Life Sciences" avaliable at https://www.avistacap.com/news_item/avista-capital-partners-completes-acquisition-of-miraca-life-sciences/ |
| Press Release "Avista Capital Partners announces name change to Inform Diagnostics" avaliable at https://www.avistacap.com/news_item/miraca-life-sciences-announces-company-name-change-to-inform-diagnostics/ |
| AICPA's Statement on Standards for Consulting Services No. 1 avaliable at https://www.aicpa-cima.com/resources/download/statement-on-standards-for-consulting-services-no-1 |
| Sharp, Holly and American Institute of Certified Public Accountants, Measuring damages involving individuals: a CPA's litigation service guide with case studies (2004) |
| Roman L. Weil et al., Litigation Services Handbook: The Role of the Financial Expert (6th ed. 2017) |
| Nancy J. Fannon et al., The Comprehensive Guide to Economic Damages (6th ed. 2020) |

**Appendix III**
**Summary of the Underlying Methodologies Dr. Bohm Employs in Dr. Bohm Case 1 and 2**

**TABLE OF CONTENTS – APPENDIX III**

A. The Underlying Methodology Dr. Bohm Employs Related to Dr. Bohm Case 1, Which he Describes as "a High-End Estimate of Mr. Dorsa's Lost Earnings" ...................................... 1

B. The Underlying Methodology Dr. Bohm Employs related to Dr. Bohm Case 2, Which he Describes as his "Attempt[] to Bring Together Alleged Historical Compensation Practices at Miraca and its Successor, Inform Diagnostics, to Inform an Estimation of the Earnings Mr. Dorsa has Reason to Have Expected had he not Been Terminated in September, 2013."...... 4

---

## A. The Underlying Methodology Dr. Bohm Employs Related to Dr. Bohm Case 1, Which he Describes as "a High-End Estimate of Mr. Dorsa's Lost Earnings"

1. *First*, under Dr. Bohm Case 1, Dr. Bohm calculates what he estimates to be Dorsa's back-pay loss, before mitigation, from September 25, 2013 through December 31, 2022. He estimates these amounts to total $6,099,870.[1] In doing so:

   a. Dr. Bohm assumes Dorsa would have earned salary and wages in connection with his employment with Miraca from the date of his alleged wrongful termination (September 25, 2013) through December 31, 2022, based on the end of the year in which Dr. Bohm notes that Dorsa marked "retired" as his occupation on his 2022 tax return.[2] Importantly, Dr. Bohm also specifically notes that his assumed retirement date of December 31, 2022 is prior to the end of both:

      - Dorsa's statistical worklife expectancy (on or about January 20, 2024), and
      - Dorsa's planned retirement date (on or about November 28, 2023).[3]

   b. From September 25, 2013 through December 31, 2013, Dr. Bohm assumes that Dorsa would have earned a pro-rata share of the salary and wages that Dorsa actually earned, based on his then current salary of $350,000.[4] Dr. Bohm estimates Dorsa's total back-pay loss from September 25, 2013 through December 31, 2013 totals $94,231.[5]

---

[1] Bohm Revised Report at Table 1. $6,099,870 is the sum of amounts shown in the 'Total' column of Dr. Bohm's Table 1.

[2] Bohm Revised Report at 1-2 and Tables 1-7. Dr. Bohm specifically states, *"We have, therefore, included the entirety of 2022 in our calculation of lost earnings and benefits, considering Mr. Dorsa retired as of December 31, 2022. We can, of course, alter our estimate for an earlier date, if such information were made available to us.*

[3] Bohm Revised Report at 1. Dr. Bohm specifically notes that Mr. Dorsa's worklife expectancy date and planned retirement date was 10.32 years and 10.18 years after the date of his termination, respectively. Applying those years to Dorsa's September 25, 2013 alleged wrongful termination would result in assumed retirement dates of January 20, 2024 and November 28, 2023, respectively.

[4] Bohm Revised Report at 3.

[5] Bohm Revised Report at 3. Specifically, Dr. Bohm calculates Dorsa's estimated total back-pay loss of $94,231 as Dorsa's $350,000 divided by the number of weeks in a year (52 weeks) multiplied by the number of weeks between September 25, 2013 through December 31, 2013 (14 weeks).

c. From 2014 through 2022, Dr. Bohm assumes Dorsa would have earned annual inflation-adjusted base salaries ranging from $363,160 to $397,293 based on his 2013 base salary of $350,000[6] and assumed wage inflation rates ranging from (4.11%) to 4.68% each year from 2014 through 2022. The wage inflation rates Dr. Bohm applies to Dorsa's base salary each year from 2014 through 2022 is sourced from the BLS Survey.[7] In total, Dr. Bohm estimates Dorsa would have earned base salaries from 2014 through 2022 of $3,436,056.[8]

d. Dr. Bohm assumes Dorsa would have earned short-term incentive ("STI") compensation equal to 60% of his inflation-adjusted base salary each year from 2014 through 2022.[9] In total, Dr. Bohm estimates Dorsa would have earned STI from 2014 through 2022 of $2,044,584.[10]

e. Dr. Bohm assumes Dorsa would have earned long-term incentive ("LTI") compensation equal to $75,000 beginning in 2016. In total, Dr. Bohm estimates Dorsa would have earned LTI from 2016 through 2022 of $525,000.[11]

2. *Second*, Dr. Bohm adds to his back-pay loss estimate of $6,099,870 amounts to account for lost benefits Dorsa would have received from September 25, 2013 through December 31, 2022. He estimates these amounts to total $475,967. In doing so:

a. Dr. Bohm assumes that from September 25, 2013 through December 31, 2022 Dorsa would have received employer retirement contribution benefits equal to 4% of Dorsa's estimated back-pay losses ($6,099,870), or $243,995.[12]

b. Dr. Bohm assumes that for periods from September 25, 2013 through December 31, 2022 when Dorsa was not employed by another employer, Dorsa would have received other employment benefits valued at 16% of Dorsa's applicable base salaries, excluding bonuses.[13] Those amounts total $231,972.[14]

c. Dr. Bohm assumes that for periods from September 25, 2013 through December 31, 2022 when Dorsa was employed by another employer, the value of other

---

6 Bohm Revised Report at 3 and Table 1.

7 Bohm Revised Report at 3-4. I note that Dr. Bohm acknowledges the BLS Survey data he utilizes is based a broad range of management compensation where there appeared to be no sub-category that matched Mr. Dorsa's type of work very closely.

8 Bohm Revised Report at Table 1.

9 Bohm Revised Report at 3 and Table 1.

10 Bohm Revised Report at Table 1.

11 Bohm Revised Report at Table 1.

12 Bohm Revised Report at 10 and Table 6.

13 Bohm Revised Report at 10-11 and Table 6. When discussing the 16% employment benefits Dr. Bohm assumes, he states that: *"…over the time we are considering, from September 25, 2013 to December 31, 2022, there are three periods during which Mr. Dorsa was functionally unemployed and did not receive any such benefits, and so we must account for that loss in our calculations." These are (a) from September 25, 2013, to March 10, 2014, (b) from November 1, 2015 to April 1, 2016, and (c) from January 15, 2020, through December 31, 2022."* In doing so, Dr. Bohm acknowledges that Dorsa's $4,461 of total W-2 income he received in 2022 was during a period when he was *"functionally unemployed."*

14 Bohm Revised Report at Table 6.

employment benefits Dorsa would have received at Miraca were offset by benefits Dorsa actually received while employed by another employer.[15]

3. *Third*, Dr. Bohm deducts from his back-pay loss and lost benefits estimates amounts Dorsa earned through other employment from September 25, 2013 through December 31, 2022. The amounts Dr. Bohm assumes are sourced from Dorsa's W-2s from 2014 through 2022.[16] He calculates these amounts to be $1,917,788.[17]

4. *Finally*, Dr. Bohm further deducts from his back-pay loss and lost benefits estimates employer retirement contribution benefits Dr. Bohm estimates Dorsa received through other employment from September 25, 2013 through December 31, 2022. Dr. Bohm assumes those amounts to be equal to 4% of salary and wages earned through other employment. He calculates these amounts to be $76,533.[18]

5. Table 1 below summarizes the Dr. Bohm Case 1:

**TABLE 1**
**Summary of Dr. Bohm Case 1**

| Time Period | Description | Amount |
|---|---|---|
| September 25, 2013 - December 31, 2013 | Back-Pay | $ 94,231 |
| January 1, 2014 - December 31, 2022 | Inflation-Adjusted Base Salary | 3,436,056 |
| January 1, 2014 - December 31, 2022 | STI | 2,044,584 |
| January 1, 2014 - December 31, 2022 | LTI | 525,000 |
| | Total Back-Pay | $ 6,099,870 |
| | | |
| September 25, 2013 - December 31, 2022 | Employer Retirement Contribution Benefits | $ 243,995 |
| September 25, 2013 - December 31, 2022 | Other Employment Benefits | 231,972 |
| | Total Benefits | $ 475,967 |
| | Total Estimated Back-Pay Losses | $ 6,575,838 |
| | | |
| September 25, 2013 - December 31, 2022 | Mitigating Salary and Wages | $(1,917,788) |
| September 25, 2013 - December 31, 2022 | Mitigating Employer Retirement Contribution Benefits | (76,533) |
| | Total Mitigation | $(1,994,321) |
| | **Dr. Bohm's Estimated Back-Pay Net Losses, Case 1** | **$ 4,581,516** |

15 Bohm Revised Report at 10-11 and Table 6.

16 *See* Dorsa W-2s [Dorsa-0001363], [Dorsa-0001365], [Dorsa-0001366], [Dorsa-0001370], [Dorsa-0001372], [Dorsa-0001373] [Dorsa-0001394], and [Dorsa-0001396].

17 Bohm Revised Report at Table 6.

18 Bohm Revised Report at 10-11 and Table 6.

**B. The Underlying Methodology Dr. Bohm Employs related to Dr. Bohm Case 2, Which he Describes as his "Attempt[] to Bring Together Alleged Historical Compensation Practices at Miraca and its Successor, Inform Diagnostics, to Inform an Estimation of the Earnings Mr. Dorsa has Reason to Have Expected had he not Been Terminated in September, 2013."**

6. *First*, under Dr. Bohm Case 2, Dr. Bohm calculates what he estimates to be Dorsa's back-pay loss, before mitigation, from September 25, 2013 through December 31, 2022. He estimates these amounts to total $4,941,282.[19] In doing so:

   a. Dr. Bohm assumes Dorsa would have earned salary and wages in connection with his employment with Miraca from the date of his alleged wrongful termination (September 25, 2013) through December 31, 2022, based on the end of the year in which Dr. Bohm notes that Dorsa marked "retired" as his occupation on his 2022 tax return.[20] Importantly, Dr. Bohm also specifically notes that his assumed retirement date of December 31, 2022 is prior to the end of both:

      - Dorsa's statistical worklife expectancy (on or about January 20, 2024), and
      - Dorsa's planned retirement date (on or about November 28, 2023).[21]

   b. From September 25, 2013 through December 31, 2013, Dr. Bohm assumes that Dorsa would have earned a pro-rata share of the salary and wages that Dorsa actually earned, based on his then current salary of $350,000.[22] Dr. Bohm estimates Dorsa's total back-pay loss from September 25, 2013 through December 31, 2013 totals $94,231.[23]

   c. From 2014 through 2022, Dr. Bohm assumes Dorsa would have earned annual base salaries ranging from $361,048 to $390,501, based on:

      - Merit increases of 1.5%, 3.0%, and 3.0% in 2016, 2021, and 2022, respectively, based the Miraca Executive Historical Performance Data.[24]

---

19 Bohm Revised Report at Table 4. $4,941,282 is the sum of amounts shown in the 'Total' column of Dr. Bohm's Table 4.

20 Bohm Revised Report at 1-2 and Tables 1-7. Dr. Bohm specifically states, *"We have, therefore, included the entirety of 2022 in our calculation of lost earnings and benefits, considering Mr. Dorsa retired as of December 31, 2022. We can, of course, alter our estimate for an earlier date, if such information were made available to us.*

21 Bohm Revised Report at 1. Dr. Bohm specifically notes that Mr. Dorsa's worklife expectancy date and planned retirement date was 10.32 years and 10.18 years after the date of his termination, respectively. Applying those years to Dorsa's September 25, 2013 alleged wrongful termination would result in assumed retirement dates of January 20, 2024 and November 28, 2023, respectively.

22 Bohm Revised Report at 3.

23 Bohm Revised Report at 3. Specifically, Dr. Bohm calculates Dorsa's estimated total back-pay loss of $94,231 as Dorsa's $350,000 divided by the number of weeks in a year (52 weeks) multiplied by the number of weeks between September 25, 2013 through December 31, 2013 (14 weeks).

24 Bohm Revised Report at 6 and Table 2.

- A one-time salary increase of $14,730 in 2014 based on average salary increases provided to multiple Miraca executives and sourced from the Miraca Executive Historical Performance Data,[25] and

- A one-time salary increase of $20,000 in 2015 based on what Dr. Bohm identified as a salary increase provided to Zaves, another executive employed by Miraca at the time.[26]

- A one-time, temporary salary reduction totaling $21,087 in 2020 based on a negotiated April 1, 2020 through August 30, 2020 temporary salary reduction for Mr. Kevin O'Janovac, another executive employed by Miraca at the time.[27]

In total, Dr. Bohm estimates Dorsa would have earned base salaries from 2014 through 2022 of $3,477,744.[28]

d. From 2014 through 2022, Dr. Bohm assumes Dorsa would have earned STI compensation based on:

- Base salaries Dr. Bohm calculates above, totaling $3,477,744,

- Annual STI bonus funding levels ranging from 0% to 94.07% from 2014 through 2021 based on the Miraca Executive Historical Performance Data.[29]

- Annual STI bonus target percentages ranging from 0% to 100% from 2014 through 2021 based on the Miraca Executive Historical Performance Data.[30]

- An additional annual STI bonus funding level of 33% applicable to 2019 based on what Dr. Bohm identified as an STI bonus that was paid to Mr. Greg Andreola, another executive employed by Miraca at the time,[31] and,

- An assumed annual STI bonus target percentage of 100% applicable to 2019.[32]

---

25 Bohm Revised Report at 6 and Table 2.

26 Bohm Revised Report at 7 and Table 4.

27 Bohm Revised Report at 9 and Table 4.

28 Bohm Revised Report at Table 4.

29 Bohm Revised Report at Table 2.

30 Bohm Revised Report at Table 2.

31 Bohm Revised Report at 8 and Table 4.

32 Bohm Revised Report at 9 and footnote 25.

In total, Dr. Bohm estimates Dorsa would have earned STI from 2014 through 2022 of $656,354.[33]

e. From 2016 through 2022, Dr. Bohm assumes Dorsa would have earned LTI compensation based on Dorsa's target LTI of $75,000 and annual funding levels ranging from 0% to 94.09%.[34] In total, Dr. Bohm estimates Dorsa would have earned LTI from 2016 through 2022 of $106,523.[35]

f. From 2014 through 2018, Dr. Bohm assumes Dorsa would have earned retention bonuses based on:

- A 2016 retention bonus of $20,100 paid to Miraca executives, sourced from the Miraca Executive Historical Performance Data.[36]
- Three additional retention bonuses paid to Zaves of $9,900, $260,000, and $140,000, on October 10, 2014, November 21, 2017, and January 12, 2018, respectively.[37]

In total, Dr. Bohm estimates Dorsa would have earned retention bonuses from 2014 through 2018 of $430,000.[38]

g. From 2020 through 2022, Dr. Bohm assumes Dorsa would have earned COVID profit sharing awards based on:

- Funding levels ranging from 23% to 35% sourced from the Miraca Executive Historical Performance Data.[39]
- Target percentages of 60%, sourced from the Miraca Executive Historical Performance Data,[40] and,
- Nine and twelve months for 2020 and 2021, respectively, of base salary calculated by Dr. Bohm and sourced from the Miraca Executive Historical Performance Data.

In total, Dr. Bohm estimates Dorsa would have earned would have earned COVID profit sharing awards from 2020 through 2022 of $176,430.[41]

---

33 Bohm Revised Report at Table 4.

34 Bohm Revised Report at Table 2.

35 Bohm Revised Report at Table 4.

36 Bohm Revised Report at Table 2.

37 Bohm Revised Report at 7-8 and Table 4.

38 Bohm Revised Report at Table 4.

39 Bohm Revised Report at Table 2.

40 Bohm Revised Report at 6.

41 Bohm Revised Report at Table 4.

7. *Second*, Dr. Bohm adds to his back-pay loss estimate of $4,941,282 amounts to account for lost benefits Dorsa would have received from September 25, 2013 through December 31, 2022. He estimates these amounts to total $435,026. In doing so:

   a. Dr. Bohm assumes that from September 25, 2013 through December 31, 2022 Dorsa would have received employer retirement contribution benefits equal to 4% of Dorsa's estimated back-pay losses ($4,941,282), or $197,651.[42]

   b. Dr. Bohm assumes that for periods from September 25, 2013 through December 31, 2022 when Dorsa was not "functionally" employed by another employer, Dorsa would have received other employment benefits valued at 16% of Dorsa's applicable base salaries, excluding bonuses.[43] Those amounts total $237,374.[44]

   c. Dr. Bohm assumes that for periods from September 25, 2013 through December 31, 2022 when Dorsa was employed by another employer, the value of other employment benefits Dorsa would have received at Miraca were offset by benefits Dorsa actually received while employed by another employer.[45]

8. *Third*, Dr. Bohm deducts from his back-pay loss and lost benefits estimates amounts Dorsa earned through other employment from September 25, 2013 through December 31, 2022. The amounts Dr. Bohm assumes are sourced from Dorsa's W-2s from 2014 through 2022.[46] He calculates these amounts to be $1,917,788.[47]

9. *Finally*, Dr. Bohm further deducts from his back-pay loss and lost benefits estimates employer retirement contribution benefits Dr. Bohm estimates Dorsa received through other employment from September 25, 2013 through December 31, 2022. Dr. Bohm assumes those amounts to be equal to 4% of salary and wages earned through other employment. He calculates these amounts to be $76,533.[48]

10. Table 2 below summarizes the Dr. Bohm Case 2 Net Losses:

---

42 Bohm Revised Report at 10-11 and Table 7.

43 Bohm Revised Report at 10-11 and Table 7. When discussing the 16% employment benefits Dr. Bohm assumes, he states that: *"...over the time we are considering, from September 25, 2013 to December 31, 2022, there are three periods during which Mr. Dorsa was functionally unemployed and did not receive any such benefits, and so we must account for that loss in our calculations." These are (a) from September 25, 2013, to March 10, 2014, (b) from November 1, 2015 to April 1, 2016, and (c) from January 15, 2020, through December 31, 2022."* In doing so, Dr. Bohm acknowledges that Dorsa's $4,461 of total W-2 income he received in 2022 was during a period when he was *"functionally unemployed."*

44 Bohm Revised Report at Table 7.

45 Bohm Revised Report at 10-11 and Table 7.

46 *See* Dorsa W-2s [Dorsa-0001363], [Dorsa-0001365], [Dorsa-0001366], [Dorsa-0001370], [Dorsa-0001372], [Dorsa-0001373] [Dorsa-0001394], and [Dorsa-0001396].

47 Bohm Revised Report at Table 7.

48 Bohm Revised Report at 10-11 and Table 7.

## Appendix III
## Summary of the Underlying Methodologies Dr. Bohm Employs in Dr. Bohm Case 1 and 2

### TABLE 2
### Summary of Dr. Bohm Case 2

| Time Period | Description | Amount |
|---|---|---|
| September 25, 2013 - December 31, 2013 | Back-Pay | $ 94,231 |
| January 1, 2014 - December 31, 2022 | Base Salary | 3,477,744 |
| January 1, 2014 - December 31, 2022 | STI | 656,354 |
| January 1, 2014 - December 31, 2022 | LTI | 106,523 |
| January 1, 2014 - December 31, 2022 | Retention Bonuses | 430,000 |
| January 1, 2014 - December 31, 2022 | COVID Profit Sharing | 176,430 |
| | Total Back-Pay | $ 4,941,282 |
| | | |
| September 25, 2013 - December 31, 2022 | Employer Retirement Contribution Benefits | $ 197,651 |
| September 25, 2013 - December 31, 2022 | Other Employment Benefits | 237,374 |
| | Total Benefits | $ 435,025 |
| | Total Estimated Back-Pay Losses | $ 5,376,308 |
| | | |
| September 25, 2013 - December 31, 2022 | Mitigating Salary and Wages | $(1,917,788) |
| September 25, 2013 - December 31, 2022 | Mitigating Employer Retirement Contribution Benefits | (76,533) |
| | Total Mitigation | $(1,994,321) |
| | **Dr. Bohm's Estimated Back-Pay Net Losses, Case 2** | **$ 3,381,987** |

**Appendix IV**
**Summary of Documents Containing Dorsa's Efforts to Obtain Employment**

I reviewed 479 files which primarily contain e-mail communications between Dorsa and potential employers or recruiting firms. In connection with that review, I prepared the 'Dorsa's Efforts to Obtain Employment Workpaper' which identifies each of the 479 files I reviewed, and in summary:

1. For each of the 479 files I reviewed, I first identified whether each file contains one or more e-mail communications. I found that 108 of the 479 files did not contain e-mail correspondence. Rather, those files contained various e-mail attachments, including copies of Dorsa's resume, recommendation letters, contact information, and calendar appointments.

2. In my review of each of the remaining 371 files that did contain at least one e-mail correspondence, I note that certain files contain chains of multiple e-mails, while others contained only one e-mail correspondence. In total, I identified 1,129 e-mail correspondences within the remaining 371 files. I documented the following with respect to each e-mail correspondence:

    a. A unique e-mail identification number to each e-mail correspondence.

    b. The date each e-mail correspondence was sent.

    c. The potential employer or executive recruiting firm.

    d. The individuals who sent and received the e-mail correspondence.

3. I further identified 544 of the 1,129 e-mail correspondences were contained on more than one of the 371 files. That is, I identified 544 duplicate e-mails. Where I identified a duplicate e-mail, I cross referenced that duplicate e-mail to the unique e-mail identification number where I first identified the duplicate e-mail. After excluding e-mails I identified as duplicate e-mails, 585 e-mails remained.

4. Of the remaining 585 e-mails, I identified 27 e-mails where either:

    a. Dorsa was <u>both</u> the sender and recipient *(e.g., Dorsa forwarded an e-mail from his corporate e-mail to his personal e-mail.*), or,

    b. Dorsa was not the sender or the recipient *(e.g., the e-mail was sent and received by individuals associated with the potential employer or recruiting firm)*

5. Dr. Bohm states that Dorsa obtained employment with IntegraMed and CDI on March 10, 2014 and March 31, 2016, respectively.[1] Dr. Bohm also indicates Dorsa's

[1] Bohm Revised Report at 10.

employment with IntegraMed and CDI ended on October 31, 2015 and January 14, 2020, respectively.[2] With respect to the remaining 558 e-mails that were either sent to or from Dorsa and a prospective employer or recruiting firm, my review indicated that:

a. 307 e-mails were sent or received between September 12, 2013 and February 20, 2014, which generally coincide with Dorsa's termination at Miraca (September 25, 2013) through a date immediately prior to Dorsa's employment with IntegraMed.[3,4]

b. 194 e-mails were sent or received between August 19, 2015 and February 26, 2016, which generally coincide with Dorsa's termination at IntegraMed through a date immediately prior to Dorsa's employment with CDI.[5]

c. 21 e-mails were sent or received between January 12, 2020 and December 31, 2022, which generally coincides with Dorsa's termination at CDI through December 31, 2022, the date through which Dr. Bohm calculates lost earnings.

---

2 Bohm Revised Report at 11.

3 I also identified two e-mails sent in May 2013 while Dorsa was still employed at Miraca.

4 I also identified two e-mails sent in March 2015 while Dorsa was still employed at IntegraMed.

5 I also identified 32 e-mails sent in between August 2016 and October 2019 while Dorsa was still employed at CDI and several months prior to his termination from CDI on January 14, 2020.

**EXHIBIT 1**
**Reconciliation to Dr. Bohm Case 1**
*Dr. Bohm Inputs Highlighted in Blue*

**Table 1**

| Notes: | [1] | [2] | [3] | [4] | |
|---|---|---|---|---|---|
| Reference: | [A] | [B] | [C]=[B]*60% | [D] | [E]=[B]+[C]+[D] |
| **Year** | **Inflation Rate** | **Inflation-Adjusted Base Salary** | **STI** | **LTI** | **Total** |
| | | 350,000 | | | 350,000 |
| 2014 | 3.76% | 363,160 | 210,000 | - | 573,160 |
| 2015 | 4.68% | 380,156 | 217,896 | - | 598,052 |
| 2016 | 2.66% | 390,268 | 228,094 | 75,000 | 693,362 |
| 2017 | 1.80% | 397,293 | 234,161 | 75,000 | 706,454 |
| 2018 | -3.52% | 383,308 | 238,376 | 75,000 | 696,684 |
| 2019 | -0.70% | 380,625 | 229,985 | 75,000 | 685,610 |
| 2020 | 2.31% | 389,417 | 228,375 | 75,000 | 692,792 |
| 2021 | -4.11% | 373,412 | 233,650 | 75,000 | 682,063 |
| 2022 | 1.34% | 378,416 | 224,047 | 75,000 | 677,464 |

**Table 5**

| Notes: | | [5] |
|---|---|---|
| Reference: | | [F] |
| **Year** | **Non-Miraca Employer** | **Actual Medicare Wages and Tips** |
| 2013 | None | - |
| 2014 | IntegraMed Fertility | 242,110 |
| 2015 | IntegraMed Fertility | 435,128 |
| 2016 | CDI | 195,935 |
| 2017 | CDI | 275,776 |
| 2018 | CDI | 316,523 |
| 2019 | CDI | 312,544 |
| 2020 | CDI | 135,312 |
| 2021 | None | - |
| 2022 | Williamson County Govt | 4,461 |

**Table 6**

| Notes: | | [6] | | [7] | | [8] | |
|---|---|---|---|---|---|---|---|
| Reference: | | [G]=[E] (Pro-Rata) | [H]=[G]*4% | [I]=[B]*16% (Pro-Rata) | [J]=[F] | [K]=[J]*4% | [L]=[G]+[H]+[I]-[J]-[K] |
| **Year** | **Dates** | **Lost Earnings** | **4%** | **16%** | **Mitigation** | **4%** | **Net Loss** |
| 2013 | 9/25-12/31 | 94,231 | 3,769 | 15,077 | - | - | 113,077 |
| 2014 | 1/1-3/9 | 108,900 | 4,356 | 11,040 | - | - | 124,296 |
| 2014 | 3/10-12/31 | 464,260 | 18,570 | - | 242,110 | 9,684 | 231,036 |
| 2015 | 1/1-10/31 | 498,377 | 19,935 | - | 435,128 | 17,405 | 65,779 |
| 2015 | 11/1-12/31 | 99,675 | 3,987 | 10,137 | - | - | 113,800 |
| 2016 | 1/1-3/31 | 173,340 | 6,934 | 15,611 | - | - | 195,885 |
| 2016 | 4/1-12/31 | 520,021 | 20,801 | - | 195,935 | 7,837 | 337,050 |
| 2017 | 1/1-12/31 | 706,454 | 28,258 | - | 275,776 | 11,031 | 447,905 |
| 2018 | 1/1-12/31 | 696,684 | 27,867 | - | 316,523 | 12,661 | 395,367 |
| 2019 | 1/1-12/31 | 685,610 | 27,424 | - | 312,544 | 12,502 | 387,988 |
| 2020 | 1/1-1/14 | 27,712 | 1,108 | - | 135,312 | 5,412 | (111,904) |
| 2020 | 1/15-12/31 | 665,081 | 26,603 | 59,815 | - | - | 751,498 |
| 2021 | 1/1-12/31 | 682,063 | 27,283 | 59,746 | - | - | 769,091 |
| 2022 | 1/1-12/31 | 677,464 | 27,099 | 60,547 | 4,461 | - | 760,648 |
| | | | | | | **Total** | **4,581,516** |

**Notes**

[1] Dr. Bohm's Inflation Rates are sourced from the BLS Survey.
[2] Dr. Bohm's Inflation-Adjusted Base Salaries are calculated as the prior year's salary multiplied by 1 plus the current year's Inflation Rate.
[3] Dr. Bohm's STI is calculated as the prior year's salary multiplied by 60%.
[4] Dr. Bohm's LTI calculation begins in 2016 and assumes $75,000 each year.
[5] Dr. Bohm's Actual Medicare Wages and Tips amounts are sourced from Dorsa's 2014-2022 IntegraMed, CDI, and Williamson County Government Medicare Wages and Tips (W-2 Box 5).
[6] Dr. Bohm's Back-Pay Losses are sourced from the Total column of Table 1 and pro-rated based on the number of days in the Dates column of Table 6.
[7] Dr. Bohm includes in his Net Loss calculation 16% of Back-Pay Loss related to certain lost benefits during periods when Dorsa was "functionally unemployed" (i.e., during periods where Dr. Bohm does not show mitigating earnings with the exception of 2022, where Dr. Bohm implies Dorsa's employment with the Williamson County Government would not or did not entitle him to the applicable benefits).
[8] Dr. Bohm does not include mitigation related to employer contribution benefits in 2022, presumably because 2022 is a period Dr. Bohm states Dorsa was "functionally unemployed" and would not or did not receive the applicable benefits.

**EXHIBIT 2**
**Reconciliation to Dr. Bohm Case 2**
*Dr. Bohm Inputs Highlighted in Blue*

| Notes: | [1] | [2] | [3] | [4] | [5] | [6] |
|---|---|---|---|---|---|---|
| Reference: | [A] | [B] | [C] | [D] | [E] | [F] |
| **Inputs (Table 2 & Table 4)** | | | | | | |
| **Year** | **Merit** | **One-Time Salary** | **Retention Bonus** | **Temporary Salary Reduction** | **Funding Level** | **STI Target** |
| | | | | | | |
| 2014 | 0.00% | 14,730 | 9,900 | - | 0.00% | 0.00% |
| 2015 | 0.00% | 20,000 | - | - | 33.15% | 75.00% |
| 2016 | 1.50% | - | 20,100 | - | 83.11% | 100.00% |
| 2017 | 0.00% | - | 260,000 | - | 94.09% | 100.00% |
| 2018 | 0.00% | - | 140,000 | - | 47.94% | 100.00% |
| 2019 | 0.00% | - | - | - | 33.00% | 100.00% |
| 2020 | 0.00% | - | - | (21,087) | 0.00% | 0.00% |
| 2021 | 3.00% | - | - | - | 23.00%, 31.00% | 0.00% |
| 2022 | 3.00% | - | - | - | 35.00% | 0.00% |

| Reference: | [G] | [H]=[C] | [I] | [J] | [K] | [L] | |
|---|---|---|---|---|---|---|---|
| **Table 4** | | | | | | | |
| **Year** | **Base Salary** | **Retention** | **STI Value** | **LTI Value** | **COVID Value** | **Total** | |
| 2013 | 94,231 | | | | | 94,231 | [7] |
| 2014 | 361,048 | 9,900 | - | - | - | 370,948 | [8] |
| 2015 | 379,730 | - | 54,409 | - | - | 434,139 | [9] |
| 2016 | 388,135 | 20,100 | 191,849 | - | - | 600,084 | [10] |
| 2017 | 390,501 | 260,000 | 220,453 | 70,568 | - | 941,522 | [11] |
| 2018 | 390,501 | 140,000 | 112,324 | 35,955 | - | 678,780 | [12] |
| 2019 | 390,501 | - | 77,319 | - | - | 467,820 | [13] |
| 2020 | 369,414 | - | - | - | - | 369,414 | [14] |
| 2021 | 399,404 | - | - | - | 96,526 | 495,930 | [15] |
| 2022 | 408,511 | - | - | - | 79,904 | 488,415 | [16] |

| Notes: | | [17] |
|---|---|---|
| Reference: | | [M] |
| **Table 5** | | |
| **Year** | **Non-Miraca Employer** | **Actual Medicare Wages and Tips** |
| 2013 | None | - |
| 2014 | IntegraMed Fertility | 242,110 |
| 2015 | IntegraMed Fertility | 435,128 |
| 2016 | CDI | 195,935 |
| 2017 | CDI | 275,776 |
| 2018 | CDI | 316,523 |
| 2019 | CDI | 312,544 |
| 2020 | CDI | 135,312 |
| 2021 | None | - |
| 2022 | Williamson County Govt | 4,461 |

| Notes: | | [18] | | [19] | | [20] | | |
|---|---|---|---|---|---|---|---|---|
| Reference: | | [N]=[L] (Pro-Rata) | [O]= [N]*4% | [P] | [Q]=[M] | [R]= [Q]*4% | [S]=[N]+[O] +[P]-[Q]-[R] | |
| **Table 7** | | | | | | | | |
| **Year** | **Dates** | **Lost Earnings** | **4%** | **16%** | **Mitigation** | **4%** | **Net Loss** | |
| 2013 | 9/25-12/31 | 94,231 | 3,769 | 15,077 | - | - | 113,077 | [21] |
| 2014 | 1/1-3/9 | 70,480 | 2,819 | 10,640 | - | - | 83,939 | [22] |
| 2014 | 3/10-12/31 | 300,467 | 12,019 | - | 242,110 | 9,684 | 60,692 | |
| 2015 | 1/1-10/31 | 361,782 | 14,471 | - | 435,128 | 17,405 | (76,279) | |
| 2015 | 11/1-12/31 | 72,356 | 2,894 | 10,259 | - | - | 85,510 | [23] |
| 2016 | 1/1-3/31 | 150,021 | 6,001 | 15,389 | - | - | 171,411 | [24] |
| 2016 | 4/1-12/31 | 450,063 | 18,003 | - | 195,935 | 7,837 | 264,293 | |
| 2017 | 1/1-12/31 | 941,522 | 37,661 | - | 275,776 | 11,031 | 692,376 | |
| 2018 | 1/1-12/31 | 678,780 | 27,151 | - | 316,523 | 12,661 | 376,747 | |
| 2019 | 1/1-12/31 | 467,820 | 18,713 | - | 312,544 | 12,502 | 161,487 | |
| 2020 | 1/1-1/14 | 14,777 | 591 | - | 135,312 | 5,412 | (125,357) | |
| 2020 | 1/15-12/31 | 354,637 | 14,185 | 56,742 | - | - | 425,565 | [25] |
| 2021 | 1/1-12/31 | 495,930 | 19,837 | 63,905 | - | - | 579,672 | [26] |
| 2022 | 1/1-12/31 | 488,415 | 19,537 | 65,362 | 4,461 | - | 568,852 | [27] |
| | | | | | | **Total** | **3,381,987** | |

**Notes**

[1] Dr. Bohm's merit increases are sourced from the Miraca Executive Historical Performance Data.
[2] Dr. Bohm's one-time salary increase of $14,730 is sourced from the Miraca Executive Historical Performance Data. Dr. Bohm's one-time salary increase of $20,000 is based on compensation data contained within Zaves' earning statements. See [Miraca_00001041] and [Miraca_00001042].
[3] Dr. Bohm's retention bonuses are based on compensation data contained within Zaves' earning statements (2014: [Miraca 00001942]), Zaves's check registers (2017 and 2018: [Miraca 00001936] and [Miraca 00001994]), and the Miraca Executive Historical Performance Data (2016).
[4] Dr. Bohm's temporary salary reduction is based on a March 29, 2020 amendment to the employment agreement of Kevin O'Janovac. See [Miraca_00001864].
[5] Dr. Bohm's funding levels are sourced from the Miraca Executive Historical Performance Data (2014-2018, 2020-2022) and based on Greg Andreola's check register and employment agreement. See [Miraca_00001996] and [Miraca_00001900].
[6] Dr. Bohm's STI targets are sourced from the Miraca Executive Historical Performance Data (2014-2018) and assumed as 100% in 2019.
[7] See Exhibit 1.
[8] 2014 Base Salary is calculated as Dorsa's base salary as of January 1, 2014 ($350,000) applied to 25% of the year and Dorsa's base salary effective on or about April 1, 2014 ($364,730) applied to 75% of the year.
[9] 2015 Base Salary is calculated as Dorsa's base salary as of January 1, 2015 ($364,730) applied to 25% of the year and Dorsa's base salary effective on or about April 1, 2015 ($384,730) applied to 75% of the year.
[9] 2015 STI is calculated as Dorsa's base salary as of January 1, 2015 ($364,730) multiplied by the 2015 funding level (33.15%), STI target (75%), and Dorsa's Target (60%).
[10] 2016 Base Salary is calculated as Dorsa's base salary as of January 1, 2016 ($384,730) applied to 41% of the year and Dorsa's base salary effective on or about May 29, 2016 ($390,501) applied to 59% of the year.
[10] 2016 STI is calculated as Dorsa's base salary as of January 1, 2016 ($384,730) multiplied by the 2016 funding level (83.11%), STI target (100%), and Dorsa's Target (60%).
[11] 2017 STI is calculated as Dorsa's base salary as of January 1, 2017 ($390,501) multiplied by the 2017 funding level (94.09%), STI target (100%), and Dorsa's Target (60%).
[11] 2017 LTI is calculated as Dorsa's base salary as of $75,000 multiplied by the 2017 funding level (94.09%).
[12] 2018 STI is calculated as Dorsa's base salary as of January 1, 2018 ($390,501) multiplied by the 2018 funding level (47.94%), STI target (100%), and Dorsa's Target (60%).
[12] 2018 LTI is calculated as Dorsa's base salary as of $75,000 multiplied by the 2018 funding level (47.94%).
[13] 2019 STI is calculated as Dorsa's base salary as of January 1, 2019 ($390,501) multiplied by the 2019 funding level (33%), STI target (100%), and Dorsa's Target (60%).
[14] 2020 Base Salary is calculated by applying a reduction totaling $21,087 relative to Dorsa's base salary as of applicable to 2019.
[15] 2021 Base Salary is calculated as Dorsa's base salary as of January 1, 2021 ($390,501) applied to 24% of the year and Dorsa's base salary effective on or about March 28, 2021 ($402,216) applied to 76% of the year.
[15] The first portion of the 2021 COVID Value is calculated as Dorsa's base salary as of January 1, 2021 ($390,501) multiplied by the first funding level (23%), Dorsa's Target (60%) applied to 9 of 12 months.
[15] The second portion of the 2021 COVID Value is calculated as Dorsa's base salary as of March 28, 2021 ($402,216) multiplied by the second funding level (31%), Dorsa's Target (60%) applied to 9 of 12 months.
[16] 2022 Base Salary is calculated as Dorsa's 2021 base salary ($399,404) applied to 24% of the year and Dorsa's base salary effective on or about March 27, 2022 (calculated by Dr. Bohm as a 3% increase to Dorsa's 2021 base salary, or $411,387) applied to 76% of the year.
[16] 2022 COVID Value is calculated as Dorsa's 2020 base salary ($369,414) increased by 3%, and futher multiplied by the 2022 funding level (35%) and Dorsa's Target (60%).
[17] Dr. Bohm's Actual Medicare Wages and Tips amounts are sourced from Dorsa's 2014-2022 IntegraMed Fertility, CDI, and Williamson County Govt Medicare Wages and Tips (W-2 Box 5).
[18] Dr. Bohm's Back-Pay Losses are sourced from the Total column of Table 4 and pro-rated based on the number of days in the Dates column of Table 7.
[19] Dr. Bohm includes in his Net Loss calculation 16% of Back-Pay Loss related to certain lost benefits during periods when Dorsa was "functionally unemployed" (i.e., during periods where Dr. Bohm does not show mitigating earnings with the exception of 2022, where Dr. Bohm implies Dorsa's employment with the Williamson County Government would not or did not entitle him to the applicable benefits).
[20] Dr. Bohm does not include mitigation related to employer contribution benefits in 2022, presumably because 2022 is a period Dr. Bohm states Dorsa was "functionally unemployed" and would not or did not receive the applicable benefits.
[21] Dr. Bohm's "16%" column for 2013 is calculated as Dorsa's 2013 lost earnings ($94,231) multiplied by 16%.
[22] Dr. Bohm's "16%" column for January 1, 2014 through March 9, 2014 is calculated as Dorsa's base salary as of January 1, 2014 ($350,000) multiplied by 16% and applied to 19% of the year.
[23] Dr. Bohm's "16%" column for November 1, 2015 through December 31, 2015 is calculated as Dorsa's base salary as of April 1, 2015 ($384,730) multiplied by 16% and applied to approximately 16.7% of the year.
[24] Dr. Bohm's "16%" column for January 1, 2016 through March 31, 2016 is calculated as Dorsa's base salary as of January 1, 2016 ($384,730) multiplied by 16% and applied to 25% of the year.
[25] Dr. Bohm's "16%" column for January 15, 2020 through December 31, 2020 is calculated as Dorsa's base salary applicable to 2020 ($369,414) multiplied by 16% and applied to 96% of the year.
[26] Dr. Bohm's "16%" column for January 1, 2021 through December 31, 2021 is calculated as Dorsa's base salary as of January 1, 2021 ($390,501) multiplied by 16% and applied to 24% of the year plus Dorsa's base salary effective on or about March 28, 2021 ($402,216) multiplied by 16% and applied to 76% of the year.
[27] Dr. Bohm's "16%" column for January 1, 2022 through December 31, 2022 is calculated as Dorsa's 2022 base salary ($399,404) multiplied by 16% and applied to 24% of the year plus Dorsa's base salary effective on or about March 27, 2022 (calculated by Dr. Bohm as a 3% increase to Dorsa's 2022 base salary, or $411,387) multiplied by 16% and applied to 76% of the year.

**EXHIBIT 3**
**Dr. Bohm Case 2**
**Adjusted to Assume that Dorsa Would Have Received Retention Bonuses Consistent with Those that were Actually Paid to the Executive that was Performing the Duties Dorsa Would have been Performing at the Time the Retention Bonuses were Paid**

**Inputs (Table 2 & Table 4)**

| | Notes: | | [1] | | | |
|---|---|---|---|---|---|---|
| **Reference:** | **[A]** | **[B]** | **[C]** | **[D]** | **[E]** | **[F]** |
| **Year** | **Merit** | **One-Time Salary** | **Retention Bonus** | **Temporary Salary Reduction** | **Funding Level** | **STI Target** |
| 2014 | 0.00% | 14,730 | 9,900 | - | 0.00% | 0.00% |
| 2015 | 0.00% | 20,000 | - | - | 33.15% | 75.00% |
| 2016 | 1.50% | - | 20,100 | - | 83.11% | 100.00% |
| 2017 | 0.00% | - | 60,000 | - | 94.09% | 100.00% |
| 2018 | 0.00% | - | 40,000 | - | 47.94% | 100.00% |
| 2019 | 0.00% | - | - | - | 33.00% | 100.00% |
| 2020 | 0.00% | - | - | (21,087) | 0.00% | 0.00% |
| 2021 | 3.00% | - | - | - | 23.00%, 31.00% | 0.00% |
| 2022 | 3.00% | - | - | - | 35.00% | 0.00% |

**Table 4**

| | [G] | [H]=[C] | [I] | [J] | [K] | [L] |
|---|---|---|---|---|---|---|
| **Year** | **Base Salary** | **Retention** | **STI Value** | **LTI Value** | **COVID Value** | **Total** |
| 2013 | 94,231 | | | | | 94,231 |
| 2014 | 361,048 | 9,900 | - | - | - | 370,948 |
| 2015 | 379,730 | - | 54,409 | - | - | 434,139 |
| 2016 | 388,135 | 20,100 | 191,849 | - | - | 600,084 |
| 2017 | 390,501 | 60,000 | 220,453 | 70,568 | - | 741,522 |
| 2018 | 390,501 | 40,000 | 112,324 | 35,955 | - | 578,780 |
| 2019 | 390,501 | - | 77,319 | - | - | 467,820 |
| 2020 | 369,414 | - | - | - | - | 369,414 |
| 2021 | 399,404 | - | - | - | 96,526 | 495,930 |
| 2022 | 408,511 | - | - | - | 79,904 | 488,415 |

**Table 5**

| | | [M] |
|---|---|---|
| **Year** | **Non-Miraca Employer** | **Actual Medicare Wages and Tips** |
| 2013 | None | - |
| 2014 | IntegraMed Fertility | 242,110 |
| 2015 | IntegraMed Fertility | 435,128 |
| 2016 | CDI | 195,935 |
| 2017 | CDI | 275,776 |
| 2018 | CDI | 316,523 |
| 2019 | CDI | 312,544 |
| 2020 | CDI | 135,312 |
| 2021 | None | - |
| 2022 | Williamson County Govt | 4,461 |

**Table 7**

| | | [N]=[L] (Pro-Rata) | [O]= [N]*4% | [P] | [Q]=[M] | [R]= [Q]*4% | [S]=[N]+[O] +[P]-[Q]-[R] |
|---|---|---|---|---|---|---|---|
| **Year** | **Dates** | **Lost Earnings** | **4%** | **16%** | **Mitigation** | **4%** | **Net Loss** |
| 2013 | 9/25-12/31 | 94,231 | 3,769 | 15,077 | - | - | 113,077 |
| 2014 | 1/1-3/9 | 70,480 | 2,819 | 10,640 | - | - | 83,939 |
| 2014 | 3/10-12/31 | 300,467 | 12,019 | - | 242,110 | 9,684 | 60,692 |
| 2015 | 1/1-10/31 | 361,782 | 14,471 | - | 435,128 | 17,405 | (76,279) |
| 2015 | 11/1-12/31 | 72,356 | 2,894 | 10,259 | - | - | 85,510 |
| 2016 | 1/1-3/31 | 150,021 | 6,001 | 15,389 | - | - | 171,411 |
| 2016 | 4/1-12/31 | 450,063 | 18,003 | - | 195,935 | 7,837 | 264,293 |
| 2017 | 1/1-12/31 | 741,522 | 29,661 | - | 275,776 | 11,031 | 484,376 |
| 2018 | 1/1-12/31 | 578,780 | 23,151 | - | 316,523 | 12,661 | 272,747 |
| 2019 | 1/1-12/31 | 467,820 | 18,713 | - | 312,544 | 12,502 | 161,487 |
| 2020 | 1/1-1/14 | 14,777 | 591 | - | 135,312 | 5,412 | (125,357) |
| 2020 | 1/15-12/31 | 354,637 | 14,185 | 56,742 | - | - | 425,565 |
| 2021 | 1/1-12/31 | 495,930 | 19,837 | 63,905 | - | - | 579,672 |
| 2022 | 1/1-12/31 | 488,415 | 19,537 | 65,362 | 4,461 | - | 568,852 |
| | | | | | | **Total** | **3,069,987** |

**Notes**

[1] Retention bonuses are typically one-time bonuses offered as an incentive to keep a key employee on the job. Retention bonuses typically have reimbursement terms that require the employee to pay back some or all of the retention bonus should the employee voluntarily terminate their employment with their employer prior to certain dates or fail to achieve other benchmarks specified in the applicable retention agreement.

As noted in Appendix III, Dr. Bohm Case 2 includes two retention bonuses paid to Zaves of $260,000 and $140,000 on November 21, 2017 and January 12, 2018, respectively. As noted in the Robinson Original Report, Zaves assumed Dorsa's duties from February 2014 through September 5, 2016. Subsequent to September 5, 2016, Zaves took on a new role and became the Senior Vice President and General Manager of Strategic Operations. See 'Average Tenure Workpaper' attached to the Robinson Original Report. The same workpaper is attached to this report. Absent information to the contrary, in my opinion it is reasonable to assume these retention bonuses paid to Zaves were paid to keep him in his then current role, which I understand **did not** include performing Dorsa's duties.

However, as noted in the Bohm Revised Report, Norkett, another Miraca executive, was paid two retention bonuses of $60,000 and $40,000 on November 21, 2017 and January 12, 2018, respectively. See Bohm Revised Report at 8. See also 'Average Tenure Workpaper.' Absent information to the contrary, in my opinion it is reasonable to assume these retention bonuses paid to Norkett were paid to keep him in his then current role, which I understand **did** include performing Dorsa's duties.

In my opinion, a more reasonable assumption would be to assume that, but-for the alleged wrongful termination, Dorsa would have received retention bonuses consistent with those that were actually paid to the executive that was performing the duties Dorsa would have been performing at the time the retention bonuses were paid.

**EXHIBIT 4A**
**Dr. Bohm Case 2**
**Further Adjusted to Exclude Estimated Losses Subsequent to January 14, 2020;**
**The Date the Original Bohm Report Acknowledges Dorsa Retired, When Dorsa's Efforts to Seek Alternative Employment Effectively Ended, and and When Dorsa Contemporaneously Acknowledged that he had Retired [1]**

**Inputs (Table 2 & Table 4)**

| Reference: | [A] | [B] | [C] | [D] | [E] | [F] |
|---|---|---|---|---|---|---|
| **Year** | **Merit** | **One-Time Salary** | **Retention Bonus** | **Temporary Salary Reduction** | **Funding Level** | **STI Target** |
| 2014 | 0.00% | 14,730 | 9,900 | - | 0.00% | 0.00% |
| 2015 | 0.00% | 20,000 | - | - | 33.15% | 75.00% |
| 2016 | 1.50% | - | 20,100 | - | 83.11% | 100.00% |
| 2017 | 0.00% | - | 60,000 | - | 94.09% | 100.00% |
| 2018 | 0.00% | - | 40,000 | - | 47.94% | 100.00% |
| 2019 | 0.00% | - | - | - | 33.00% | 100.00% |
| 2020 | 0.00% | - | - | - | 0.00% | 0.00% [2] |
| 2021 | | | | | | |
| 2022 | | | | | | |

**Table 4**

| Reference: | [G] | [H]=[C] | [I] | [J] | [K] | [L] |
|---|---|---|---|---|---|---|
| **Year** | **Base Salary** | **Retention** | **STI Value** | **LTI Value** | **COVID Value** | **Total** |
| 2013 | 94,231 | | | | | 94,231 |
| 2014 | 361,048 | 9,900 | - | - | - | 370,948 |
| 2015 | 379,730 | - | 54,409 | - | - | 434,139 |
| 2016 | 388,135 | 20,100 | 191,849 | - | - | 600,084 |
| 2017 | 390,501 | 60,000 | 220,453 | 70,568 | - | 741,522 |
| 2018 | 390,501 | 40,000 | 112,324 | 35,955 | - | 578,780 |
| 2019 | 390,501 | - | 77,319 | - | - | 467,820 |
| 2020 | 390,501 | - | - | - | - | 390,501 |
| 2021 | | | | | | |
| 2022 | | | | | | |

**Table 5**

| Reference: | | [M] |
|---|---|---|
| **Year** | **Non-Miraca Employer** | **Actual Medicare Wages and Tips** |
| 2013 | None | - |
| 2014 | IntegraMed Fertility | 242,110 |
| 2015 | IntegraMed Fertility | 435,128 |
| 2016 | CDI | 195,935 |
| 2017 | CDI | 275,776 |
| 2018 | CDI | 316,523 |
| 2019 | CDI | 312,544 |
| 2020 | CDI | 135,312 |
| 2021 | | |
| 2022 | | |

**Table 7**

| Reference: | | [N]=[L] (Pro-Rata) | [O]=[N]*4% | [P] | [Q]=[M] | [R]=[Q]*4% | [S]=[N]+[O]+[P]-[Q]-[R] |
|---|---|---|---|---|---|---|---|
| **Year** | **Dates** | **Lost Earnings** | **4%** | **16%** | **Mitigation** | **4%** | **Net Loss** |
| 2013 | 9/25-12/31 | 94,231 | 3,769 | 15,077 | - | - | 113,077 |
| 2014 | 1/1-3/9 | 70,480 | 2,819 | 10,640 | - | - | 83,939 |
| 2014 | 3/10-12/31 | 300,467 | 12,019 | - | 242,110 | 9,684 | 60,692 |
| 2015 | 1/1-10/31 | 361,782 | 14,471 | - | 435,128 | 17,405 | (76,279) |
| 2015 | 11/1-12/31 | 72,356 | 2,894 | 10,259 | - | - | 85,510 |
| 2016 | 1/1-3/31 | 150,021 | 6,001 | 15,389 | - | - | 171,411 |
| 2016 | 4/1-12/31 | 450,063 | 18,003 | - | 195,935 | 7,837 | 264,293 |
| 2017 | 1/1-12/31 | 741,522 | 29,661 | - | 275,776 | 11,031 | 484,376 |
| 2018 | 1/1-12/31 | 578,780 | 23,151 | - | 316,523 | 12,661 | 272,747 |
| 2019 | 1/1-12/31 | 467,820 | 18,713 | - | 312,544 | 12,502 | 161,487 |
| 2020 | 1/1-1/14 | 15,620 | 625 | - | 135,312 | 5,412 | (124,480) [3] |
| 2020 | | | | | | | |
| 2021 | | | | | | | |
| 2022 | | | | | | | |
| | | | | | | **Total** | **1,496,775** |

**Notes**

[1] The foundation for Dr. Bohm's assumption of a loss period through December 31, 2022, which Dr. Bohm applies in both Dr. Bohm Case 1 and 2 contradicts his loss period assumption in the Bohm Original Report, is not supported by any new information that was not available to Dr. Bohm at the time the Bohm Original Report was issued, is contradicted by evidence related to Dorsa's efforts to seek employment, and is contradicted by Dorsa's contemporaneous acknowledgement that he had retired. In my opinion, a more reasonable assumption would be to assume a loss period no later than January 14, 2020, the date Dr. Bohm acknowledged in the Bohm Original Report Dorsa "appears to have retired," when Dorsa's effort to seek alternative employment effectively ended, and when Dorsa contemporaneously acknowledged that he had retired.

[2] Dr. Bohm assumes a one-time, temporary salary reduction totaling $21,087 in 2020 based on a negotiated April 1, 2020 through August 30, 2020 temporary salary reduction for Mr. Kevin O'Janovac, another executive employed by Miraca at the time who, from April 1, 2020 through August 30, 2020, was performing Dorsa's duties. See 'Average Tenure Workpaper.' Consistent with my assumption of a loss period ending on January 14, 2020, I exclude the impact of this salary reduction because the applicable salary reduction occured subsequent to the end of my loss period assumption.

[3] I note that Dorsa's Employment Agreement states that upon voluntary termination, the "Company's obligation to the Executive shall be limited solely to the payment of accrued and unpaid Annual Salary earned up to the date of termination." See [DORSA-0000008]. Consequently, I do not assume Dorsa would have been entitled to severance, as Dorsa's loss period ends on January 14, 2020, the date he effectively retired (i.e., his efforts to seek alternative employment effectively ended).

Case 3:13-cv-01025 Document 258-1 Filed 11/18/24 Page 38 of 64 PageID #: 4147

**EXHIBIT 4B**
**Dr. Bohm Case 2**
**Further Adjusted to Exclude Estimated Losses Subsequent to July 17, 2018;**
**The Date Significant Management Turnover Occurred at Miraca Due to a Corporate Acquisition [1]**

**Inputs (Table 2 & Table 4)**

| Reference: | [A] | [B] | [C] | [D] | [E] | [F] |
|---|---|---|---|---|---|---|
| Year | Merit | One-Time Salary | Retention Bonus | Temporary Salary Reduction | Funding Level | STI Target |
| 2014 | 0.00% | 14,730 | 9,900 | - | 0.00% | 0.00% |
| 2015 | 0.00% | 20,000 | - | - | 33.15% | 75.00% |
| 2016 | 1.50% | - | 20,100 | - | 83.11% | 100.00% |
| 2017 | 0.00% | - | 60,000 | - | 94.09% | 100.00% |
| 2018 | 0.00% | - | 40,000 | - | 47.94% | 100.00% |
| 2019 | | | | | | |
| 2020 | | | | | | |
| 2021 | | | | | | |
| 2022 | | | | | | |

**Table 4**

| | [G] | [H]=[C] | [I] | [J] | [K] | [L] |
|---|---|---|---|---|---|---|
| Year | Base Salary | Retention | STI Value | LTI Value | COVID Value | Total |
| 2013 | 94,231 | | | | | 94,231 |
| 2014 | 361,048 | 9,900 | - | - | - | 370,948 |
| 2015 | 379,730 | - | 54,409 | - | - | 434,139 |
| 2016 | 388,135 | 20,100 | 191,849 | - | - | 600,084 |
| 2017 | 390,501 | 60,000 | 220,453 | 70,568 | - | 741,522 |
| 2018 | 390,501 | 40,000 | 112,324 | 35,955 | - | 578,780 |
| 2019 | | | | | | |
| 2020 | | | | | | |
| 2021 | | | | | | |
| 2022 | | | | | | |

**Table 5**

| | | [M] |
|---|---|---|
| Year | Non-Miraca Employer | Actual Medicare Wages and Tips |
| 2013 | None | - |
| 2014 | IntegraMed Fertility | 242,110 |
| 2015 | IntegraMed Fertility | 435,128 |
| 2016 | CDI | 195,935 |
| 2017 | CDI | 275,776 |
| 2018 | CDI | 316,523 |
| 2019 | | |
| 2020 | | |
| 2021 | | |
| 2022 | | |

**Table 7**

| | | [N]=[L] (Pro-Rata) | [O]= [N]*4% | [P] | [Q]=[M] | [R]= [Q]*4% | [S]=[N]+[O] +[P]-[Q]-[R] | |
|---|---|---|---|---|---|---|---|---|
| Year | Dates | Lost Earnings | 4% | 16% | Mitigation | 4% | Net Loss | |
| 2013 | 9/25-12/31 | 94,231 | 3,769 | 15,077 | - | - | 113,077 | |
| 2014 | 1/1-3/9 | 70,480 | 2,819 | 10,640 | - | - | 83,939 | |
| 2014 | 3/10-12/31 | 300,467 | 12,019 | - | 242,110 | 9,684 | 60,692 | |
| 2015 | 1/1-10/31 | 361,782 | 14,471 | - | 435,128 | 17,405 | (76,279) | |
| 2015 | 11/1-12/31 | 72,356 | 2,894 | 10,259 | - | - | 85,510 | |
| 2016 | 1/1-3/31 | 150,021 | 6,001 | 15,389 | - | - | 171,411 | |
| 2016 | 4/1-12/31 | 450,063 | 18,003 | - | 195,935 | 7,837 | 264,293 | |
| 2017 | 1/1-12/31 | 741,522 | 29,661 | - | 275,776 | 11,031 | 484,376 | |
| 2018 | 1/1-7/17 | 399,149 | 15,966 | - | 170,922 | 6,837 | 237,356 | [2],[3] |
| SEVERANCE | | 558,416 | - | - | - | - | 558,416 | [4],[5],[6] |
| 2020 | | | | | | | | |
| 2020 | | | | | | | | |
| 2021 | | | | | | | | |
| 2022 | | | | | | | | |
| | | | | | | Total | 1,982,793 | |

**Notes**

[1] The reasons Dr. Bohm asserts Dorsa left IntegraMed and CDI (i.e., corporate acquisitions and subsequent management turnover) were both prevalent at Miraca in late 2017 and mid-2018 in connection with Avista Capital Partners' acquisition of Miraca. Dr. Bohm fails to address or explain why it would be reasonable to assume Dorsa would not have left Miraca for the same reasons Dr. Bohm acknowledges Dorsa left IntegraMed and CDI. In my opinion, a more reasonable assumption would be to assume Dorsa would have left Miraca no later than July 17, 2018, the month when several members of Miraca's senior management team left Miraca. Notably, both executives who had assumed Dorsa's job duties subsequent to his termination left Miraca as part of this management turnover.

[2] I adjust Dr. Bohm's calculation of Dorsa's 2018 lost earnings to include:
1) Dorsa's estimated base salary, pro-rated from January 1, 2018 to July 17, 2018 of $210,871 ($390,501 for approximately 54% of the year).
2) Dorsa's STI, LTI, and retention bonus Dr. Bohm assumes would have been paid in 2018 but prior to July 17, 2018 of $188,279 (Table 4 values of $112,324+$35,955+$40,000).

[3] I adjust Dr. Bohm's calculation of Dorsa's 2018 mitigation to include only the portion of Dorsa's earnings applicable to January 1, 2018 through July 17, 2018 of $170,922 ($316,523 for approximately 54% of the year).

[4] I understand that Dorsa's Employment Agreement provides that if Dorsa is terminated without cause, he is entitled to severance equal to 15 months of his then current salary, 15 months of continued benefits, and any annual bonus that otherwise would have been due for the fiscal year. E-mail correspondence and check registers regarding Zaves's July 17, 2018 severance indicate that Zaves was paid 12 months of salary, plus a pro-rated bonus based on a 100% funded STI and Zaves's STI bonus target. See [Miraca_00001998] and [Miraca_00001928]. Consequently, I assume that Dorsa's employment at Miraca would have ended on July 17, 2018, and that Dorsa would receive severance in a manner consistent with Zaves. Consistent with that assumption, I calculate:
1) 15 months of Dorsa's base salary as of July 17, 2018 of $488,126 ($390,501*1.25)
2) A pro-rated STI bonus based on a 100% funded STI and Dorsa's STI bonus target from April 1, 2018 to July 17, 2018 of $70,290 ($390,501 multiplied by Dorsa's 60% target applied to approximately 30% of the year).

[5] Per the Dorsa Employment Agreement, the 15 months of continued benefits does not appear to include employer contributions to retirement (i.e., Miraca's 401(k) plan participation). In addition, I note that Zaves' August 10, 2018 check register, which contains his severance payments, does not indicate he was entitled to employer contributions to retirement in connection with his severance. See [Miraca_00001998]. Accordingly, I do not include the value of employer contributions to Dorsa's estimated severance.

[6] Dr. Bohm includes in his calculation the value of certain lost benefits during periods when Dorsa was not employed (i.e., during periods where Dr. Bohm does not show mitigating earnings). Consistent with Dr. Bohm's assumption, the value of these other benefits are offset by the value of the benefits Dorsa obtained through his employment with CDI.

**EXHIBIT 4C**
**Dr. Bohm Case 2**
**Further Adjusted to Reflect Dorsa's Employment with Miraca to be Consistent with Other Miraca Executives [1]**

| Inputs (Table 2 & Table 4) | | | | | | |
|---|---|---|---|---|---|---|
| Reference: | [A] | [B] | [C] | [D] | [E] | [F] |
| Year | Merit | One-Time Salary | Retention Bonus | Temporary Salary Reduction | Funding Level | STI Target |
| 2014 | 0.00% | - | - | - | 0.00% | 0.00% |
| 2015 | | | | | | |
| 2016 | | | | | | |
| 2017 | | | | | | |
| 2018 | | | | | | |
| 2019 | | | | | | |
| 2020 | | | | | | |
| 2021 | | | | | | |
| 2022 | | | | | | |

| Table 4 | | | | | | |
|---|---|---|---|---|---|---|
| Reference: | [G] | [H]=[C] | [I] | [J] | [K] | [L] |
| Year | Base Salary | Retention | STI Value | LTI Value | COVID Value | Total |
| 2013 | 94,231 | | | | | 94,231 |
| 2014 | 350,000 | - | - | - | - | 350,000 |
| 2015 | | | | | | |
| 2016 | | | | | | |
| 2017 | | | | | | |
| 2018 | | | | | | |
| 2019 | | | | | | |
| 2020 | | | | | | |
| 2021 | | | | | | |
| 2022 | | | | | | |

| Table 5 | | |
|---|---|---|
| Reference: | | [M] |
| Year | Non-Miraca Employer | Actual Medicare Wages and Tips |
| 2013 | None | - |
| 2014 | IntegraMed Fertility | 242,110 |
| 2015 | | |
| 2016 | | |
| 2017 | | |
| 2018 | | |
| 2019 | | |
| 2020 | | |
| 2021 | | |
| 2022 | | |

| Table 7 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Reference: | | [N]=[L] (Pro-Rata) | [O]= [N]*4% | [P] | [Q]=[M] | [R]= [Q]*4% | [S]=[N]+[O] +[P]-[Q]-[R] | |
| Year | Dates | Lost Earnings | 4% | 16% | Mitigation | 4% | Net Loss | |
| 2013 | 9/25-12/31 | 94,231 | 3,769 | 15,077 | - | - | 113,077 | |
| 2014 | 1/1-1/8 | 7,000 | 280 | 1,120 | - | - | 8,400 | [2],[3] |
| SEVERANCE | | 601,300 | - | 9,520 | - | - | 610,820 | [4],[5],[6] |
| 2015 | | | | | | | | |
| 2015 | | | | | | | | |
| 2016 | | | | | | | | |
| 2016 | | | | | | | | |
| 2017 | | | | | | | | |
| 2018 | | | | | | | | |
| 2019 | | | | | | | | |
| 2020 | | | | | | | | |
| 2020 | | | | | | | | |
| 2021 | | | | | | | | |
| 2022 | | | | | | | | |
| | | | | | | **Total** | **732,298** | |

**Notes**

[1] Dr. Bohm does not properly support why it is reasonable to assume Dorsa would have been able to maintain his employment at Miraca through 2022 in both the Dr. Bohm Case 1 and 2. Dr. Bohm also fails to perform any analysis of how long other Miraca executives were able to maintain employment with Miraca, nor does he explain why such information would not be relevant in estimating how long Dorsa reasonably would have been able to maintain employment with Miraca. Moreover, between 2014 and 2022, the average tenure of five Miraca executives who assumed Dorsa's job duties was 506 days. In my opinion, a more reasonable assumption would be to assume Dorsa's tenure at Miraca would have lasted 506 days from the date he was hired, consistent with the average tenure of the five Miraca executives. If Dorsa's tenure lasted 506 days from his date of hire, his employment at Miraca would have ended on or about January 8, 2014. See 'Average Tenure Workpaper.'

[2] I adjust Dr. Bohm's calculation of Dorsa's 2014 lost earnings to include:
1) Dorsa's estimated annual base salary as of January 1, 2014, pro-rated from January 1, 2014 to January 8, 2014 of $7,000 ($350,000 for approximately 2% of the year).
2) An assumption that Dorsa would not have received a $9,900 retention bonus retention bonus Dr. Bohm assumes Dorsa would have received because that retention bonus was paid on October 10, 2014, a date subsequent to Dorsa's assumed termination date of January 8, 2014.
3) An assumption that Dorsa would not have received a $14,730 salary increase Dr. Bohm assumes Dorsa would have received because that salary increase was effective April 1, 2014, a date subsequent to Dorsa's assumed termination date of January 8, 2014.

[3] Dr. Bohm's calculations apply a begin date of March 10, 2014 in connection with Dorsa's employment at IntegraMed. Consistent with that assumption, I do not apply mitigation to the period of January 1, 2014 through January 8, 2014 related to Dorsa's IntegraMed employment.

[4] I understand that Dorsa's Employment Agreement provides that if Dorsa is terminated without cause, he is entitled to severance equal to 15 months of his then current salary, 15 months of continued benefits, and any annual bonus that otherwise would have been due for the fiscal year. E-mail correspondence and check registers regarding Zaves's July 17, 2018 severance indicate that Zaves was paid 12 months of salary, plus a pro-rated bonus based on a 100% funded STI and Zaves's STI bonus target. See [Miraca_00001998] and [Miraca_00001928]. Consequently, I assume that Dorsa's employment at Miraca would have ended on January 8, 2014, and that Dorsa would receive severance in a manner consistent with Zaves. Consistent with that assumption, I calculate:
1) 15 months of Dorsa's base salary as of January 8, 2014 of $437,500 ($350,000*1.25).
2) A pro-rated STI bonus based on a 100% funded STI and Dorsa's STI bonus target from April 1, 2013 to January 8, 2014 of $163,800 ($350,000 multiplied by Dorsa's 60% target applied to approximately 78% of the fiscal year).

[5] Per the Dorsa Employment Agreement, the 15 months of continued benefits does not appear to include employer contributions to retirement (i.e., Miraca's 401(k) plan participation). In addition, I Zaves' August 10, 2018 check register, which contains his severance payments, does not indicate he was entitled to employer contributions to retirement in connection with his severance. See [Miraca_00001998]. Accordingly, I do not include the value of employer contributions to Dorsa's estimated severance.

[6] Dr. Bohm includes in his calculation the value of certain lost benefits during periods when Dorsa was not employed (i.e., during periods where Dr. Bohm does not show mitigating earnings). Consistent with Dr. Bohm's assumption, I calculate the value of these lost benefits as 16% of Dorsa's January 8, 2014 salary for the period of January 8, 2014 through March 9, 2014 ($350,000*16% for approximately 17% of the year). Also consistent with Dr. Bohm's assumption, beginning on March 10, 2014 the value of the other benefits are offset by the value of the benefits Dorsa obtained through his employment with IntegraMed.

**Average Tenure Workpaper**

| Name | Role | [A] Begin Date | [B] End Date | [C]=[B]-[A] Days |
|---|---|---|---|---|
| Tom Zaves | SVP - Strategy, Sales and Marketing | 2/15/2014 | 9/5/2016 | 933 |
| John Norkett | SVP - Sales | 9/6/2016 | 3/15/2018 | 555 |
| Greg Andreola | SVP - Sales & Marketing | 6/25/2018 | 4/16/2019 | 295 |
| Kevin O'Janovac | Chief Commercial Officer | 3/15/2020 | 3/15/2021 | 365 |
| Patty Sipes | SVP - Chief Commercial Officer | 3/29/2021 | 4/15/2022 | 382 |
| | | | **Average Tenure** | **506** |
| | | | Dorsa Hire Date | 8/20/2012 |
| | | | **Assumed Dorsa End Date** | **1/8/2014** |

**EMPLOYMENT AGREEMENT**

This Employment Agreement ("***Agreement***"), dated as of this 20th day of August, 2012 (the "***Effective Date***"), is made between Miraca Life Sciences, Inc., a Delaware corporation (the "***Company***"), and Paul Dorsa (the "***Executive***").

**<u>RESPONSE:</u>** Subject to the General and Specific Objections, in February 2014, Tom Zaves (Senior Vice President, Strategic Operations), in addition to his own duties, assumed Plaintiff's duties, and he received a new title of Senior Vice President, Strategy, Sales and Marketing. In that position, Mr. Zaves performed Plaintiff's sales duties in addition to his duties in the Strategic Planning and Product Management Department. In 2014, Mr. Zaves's salary was $250,000. On September 5, 2016, Mr. Zaves took on a new role at Miraca. He became Senior Vice President and General Manager of Strategic Operations. Miraca states that, to the best of its knowledge, information, and belief, the following individuals had a senior sales role, but generally had more expansive responsibilities than Plaintiff had. Miraca was acquired in November 2017.

- John Norkett, Senior Vice President, Sales
  - Dates: September 6, 2016 – March 2018
  - Salary: $270,000
- Don Mooney, Board Member (interim)
- Greg Andreola, Senior Vice President, Sales & Marketing (successor company)
  - Dates: June 25, 2018 – April 16, 2019
  - Salary: $295,000
- Kevin O'Janovac, Chief Commercial Officer (successor company)
  - Effective Date: March 2020 – March 2021
  - Salary: $275,000 (reduced by 20% for 90 days beginning April 1, 2020, and again from June 23, 2020 to August 30, 2020)
- Patty Sipes, SVP, Chief Commercial Officer (successor company). The company did not have a Vice President of Sales.
  - Effective date: March 29, 2021 – April 2022

**Dorsa's Efforts to Obtain Employment Workpaper**

| File | Email Unique ID | Year | Date | Firm | From | To | Duplicate | No Dorsa or Dorsa to Dorsa | Year/ Month |
|---|---|---|---|---|---|---|---|---|---|
| DORSA-0000252.pdf | 1 | 2022 | 1/10/2022 | Gallagher Executive Search and Leadership Advisors | Dorsa | Jamie Frame | | No | 202201 |
| DORSA-0000252.pdf | 2 | 2022 | 1/10/2022 | Gallagher Executive Search and Leadership Advisors | Jamie Frame | Dorsa | | No | 202201 |
| DORSA-0000254.pdf | 3 | 2021 | 11/19/2021 | Gallagher Executive Search and Leadership Advisors | Dorsa | Catherine Herro | | No | 202111 |
| DORSA-0000254.pdf | 4 | 2021 | 11/18/2021 | Gallagher Executive Search and Leadership Advisors | Catherine Herro | Dorsa | | No | 202111 |
| DORSA-0000256.pdf | 5 | 2019 | 10/1/2019 | Covenant SP | Dorsa | Chad Stevens | | No | 201910 |
| DORSA-0000257.pdf | 6 | 2020 | 1/14/2020 | MalinHughes | Dorsa | Mark Amelio | | No | 202001 |
| DORSA-0000257.pdf | 7 | 2020 | 1/12/2020 | MalinHughes | Mark Amelio | Dorsa | | No | 202001 |
| DORSA-0000259.pdf | 8 | 2015 | 8/19/2015 | Davita | Dorsa | Kent Thiry | | No | 201508 |
| DORSA-0000260.pdf | 9 | 2015 | 8/21/2015 | Davita | Kent Thiry | Dorsa | | No | 201508 |
| DORSA-0000260.pdf | 10 | 2015 | 8/19/2015 | Davita | Dorsa | Kent Thiry | 8 | | 201508 |
| DORSA-0000261.pdf | 11 | 2015 | 8/22/2015 | h3gm | Ernie Hyne | Dorsa | | No | 201508 |
| DORSA-0000261.pdf | 12 | 2015 | 8/21/2015 | h3gm | Internal | Internal | | Yes | 201508 |
| DORSA-0000262.pdf | 13 | 2015 | 8/22/2015 | h3gm | Ernie Hyne | Dorsa | | No | 201508 |
| DORSA-0000262.pdf | 14 | 2015 | 8/21/2015 | h3gm | Ernie Hyne | Dorsa | 11 | | 201508 |
| DORSA-0000262.pdf | 15 | 2015 | 8/21/2015 | h3gm | Internal | Internal | 12 | | 201508 |
| DORSA-0000263.pdf | 16 | 2015 | 8/22/2015 | h3gm | Dorsa | Ernie Hyne | | No | 201508 |
| DORSA-0000263.pdf | 17 | 2015 | 8/22/2015 | h3gm | Ernie Hyne | Dorsa | 13 | | 201508 |
| DORSA-0000263.pdf | 18 | 2015 | 8/21/2015 | h3gm | Ernie Hyne | Dorsa | 11 | | 201508 |
| DORSA-0000263.pdf | 19 | 2015 | 8/21/2015 | h3gm | Internal | Internal | 12 | | 201508 |
| DORSA-0000264.pdf | 20 | 2015 | 8/22/2015 | h3gm | Ernie Hyne | Dorsa | | No | 201508 |
| DORSA-0000264.pdf | 21 | 2015 | 8/22/2015 | h3gm | Dorsa | Ernie Hyne | 16 | | 201508 |
| DORSA-0000264.pdf | 22 | 2015 | 8/22/2015 | h3gm | Ernie Hyne | Dorsa | 13 | | 201508 |
| DORSA-0000264.pdf | 23 | 2015 | 8/21/2015 | h3gm | Ernie Hyne | Dorsa | 11 | | 201508 |
| DORSA-0000264.pdf | 24 | 2015 | 8/21/2015 | h3gm | Internal | Internal | 12 | | 201508 |
| DORSA-0000266.pdf | 25 | 2015 | 8/23/2015 | Kindred | Dorsa | Dorsa | | Yes | 201508 |
| DORSA-0000266.pdf | 26 | 2015 | 8/22/2015 | Kindred | Dorsa | Kent Wallace | | No | 201508 |
| DORSA-0000267.pdf | Email Attachment - Resume | | | | | | | | |
| DORSA-0000271.pdf | 27 | 2015 | 8/24/2015 | h3gm | Dorsa | Mark Manner | | No | 201508 |
| DORSA-0000272.pdf | Email Attachment - Resume | | | | | | | | |
| DORSA-0000276.pdf | 28 | 2015 | 8/24/2015 | h3gm | Mark Manner | Dorsa | | No | 201508 |
| DORSA-0000276.pdf | 29 | 2015 | 8/24/2015 | h3gm | Dorsa | Mark Manner | 27 | | 201508 |
| DORSA-0000277.pdf | 30 | 2015 | 8/24/2015 | h3gm | Dorsa | Ernie Hyne | | No | 201508 |
| DORSA-0000277.pdf | 31 | 2015 | 8/24/2015 | h3gm | Dorsa | Mark Manner | 27 | | 201508 |
| DORSA-0000278.pdf | Email Attachment - Resume | | | | | | | | |
| DORSA-0000282.pdf | 32 | 2015 | 8/24/2015 | Caldwell Partners | Dorsa | Dorsa | | Yes | 201508 |
| DORSA-0000282.pdf | 33 | 2015 | 8/24/2015 | Caldwell Partners | Dorsa | N. Maslan | | No | 201508 |
| DORSA-0000283.pdf | Email Attachment - Resume | | | | | | | | |
| DORSA-0000287.pdf | 34 | 2015 | 8/25/2015 | BakerHostetler | Dorsa | Sameer Mohan | | No | 201508 |
| DORSA-0000288.pdf | Email Attachment - Resume | | | | | | | | |
| DORSA-0000292.pdf | 35 | 2015 | 8/25/2015 | Allergy Services of America | Dorsa | Dick Wright | | No | 201508 |
| DORSA-0000293.pdf | Email Attachment - Resume | | | | | | | | |
| DORSA-0000297.pdf | 36 | 2015 | 8/25/2015 | Korn Ferry | Dorsa | Michael Kennedy | | No | 201508 |
| DORSA-0000298.pdf | Email Attachment - Resume | | | | | | | | |
| DORSA-0000302.pdf | 37 | 2015 | 8/25/2015 | Kingsley Group | Dorsa | Dorsa | | Yes | 201508 |
| DORSA-0000302.pdf | 38 | 2015 | 8/25/2015 | Kingsley Group | Dorsa | Rick Blum | | No | 201508 |
| DORSA-0000303.pdf | Email Attachment - Resume | | | | | | | | |
| DORSA-0000307.pdf | 39 | 2015 | 8/25/2015 | NSH Inc./Surgery Partners | Dorsa | Dorsa | | Yes | 201508 |
| DORSA-0000307.pdf | 40 | 2015 | 8/25/2015 | NSH Inc./Surgery Partners | Dorsa | B. Jacobs | | No | 201508 |
| DORSA-0000308.pdf | Email Attachment - Resume | | | | | | | | |
| DORSA-0000312.pdf | 41 | 2015 | 8/26/2015 | Apex Exectuive Search LLC | Dorsa | Kim Doud | | No | 201508 |
| DORSA-0000312.pdf | 42 | 2015 | 8/24/2015 | Apex Exectuive Search LLC | Kim Doud | Dorsa | | No | 201508 |
| DORSA-0000313.pdf | Email Attachment - Resume | | | | | | | | |
| DORSA-0000317.pdf | 43 | 2015 | 8/27/2015 | Methodist Hospital | Steven Sisto | Dorsa | | No | 201508 |
| DORSA-0000318.pdf | 44 | 2015 | 8/27/2015 | Methodist Hospital | Dorsa | Steven Sisto | | No | 201508 |

**Dorsa's Efforts to Obtain Employment Workpaper**

| File | Email Unique ID | Year | Date | Firm | From | To | Duplicate | No Dorsa or Dorsa to Dorsa | Year/ Month |
|---|---|---|---|---|---|---|---|---|---|
| DORSA-0000318.pdf | 45 | 2015 | 8/27/2015 | Methodist Hospital | Steven Sisto | Dorsa | 43 | | 201508 |
| DORSA-0000319.pdf | Email Attachment - Resume | | | | | | | | |
| DORSA-0000323.pdf | 46 | 2015 | 8/27/2015 | UNKNOWN 1 | Dorsa | Joe UNKNOWN | | No | 201508 |
| DORSA-0000324.pdf | Email Attachment - Resume | | | | | | | | |
| DORSA-0000328.pdf | 47 | 2015 | 8/27/2015 | Lifepoint Health | Dorsa | Paul Hannah | | No | 201508 |
| DORSA-0000329.pdf | Email Attachment - Resume | | | | | | | | |
| DORSA-0000333.pdf | 48 | 2015 | 8/27/2015 | Reed Executive Search | Dorsa | Allen Reed | | No | 201508 |
| DORSA-0000334.pdf | Email Attachment - Resume | | | | | | | | |
| DORSA-0000338.pdf | 49 | 2015 | 8/28/2015 | UNKNOWN 1 | Joe UNKNOWN | Dorsa | | No | 201508 |
| DORSA-0000338.pdf | 50 | 2015 | 8/27/2015 | UNKNOWN 1 | Dorsa | Joe UNKNOWN | 46 | | 201508 |
| DORSA-0000339.pdf | 51 | 2015 | 8/29/2015 | Diversicare Healthcare Services | Kelly Gill | Dorsa | | No | 201508 |
| DORSA-0000339.pdf | 52 | 2015 | 8/24/2015 | h3gm | Mark Manner | Kelly Gill | | Yes | 201508 |
| DORSA-0000339.pdf | 53 | 2015 | 8/24/2015 | h3gm | Dorsa | Mark Manner | 27 | | 201508 |
| DORSA-0000341.pdf | Email Attachment - Resume | | | | | | | | |
| DORSA-0000345.pdf | 54 | 2015 | 8/29/2015 | Diversicare Healthcare Services | Dorsa | Kelly Gill | | No | 201508 |
| DORSA-0000345.pdf | 55 | 2015 | 8/29/2015 | Diversicare Healthcare Services | Kelly Gill | Dorsa | 51 | | 201508 |
| DORSA-0000345.pdf | 56 | 2015 | 8/24/2015 | h3gm | Mark Manner | Kelly Gill | 52 | | 201508 |
| DORSA-0000345.pdf | 57 | 2015 | 8/24/2015 | h3gm | Dorsa | Mark Manner | 27 | | 201508 |
| DORSA-0000348.pdf | 58 | 2015 | 8/28/2015 | Focus Search Partners | Paul Frankenberg | Dorsa | | No | 201508 |
| DORSA-0000348.pdf | 59 | 2015 | 8/29/2015 | Focus Search Partners | Dorsa | Paul Frankenberg | | No | 201508 |
| DORSA-0000349.pdf | 60 | 2015 | 8/29/2015 | McQuire Woods | Dorsa | Jim Riley | | No | 201508 |
| DORSA-0000350.pdf | Email Attachment - Resume | | | | | | | | |
| DORSA-0000354.pdf | 61 | 2015 | 8/31/2015 | McQuire Woods | Jim Riley | Dorsa | | No | 201508 |
| DORSA-0000354.pdf | 62 | 2015 | 8/29/2015 | McQuire Woods | Dorsa | Jim Riley | 56 | | 201508 |
| DORSA-0000355.pdf | 63 | 2015 | 8/31/2015 | National Veterinary Association | Dorsa | Greg Hartmann | | No | 201508 |
| DORSA-0000356.pdf | Email Attachment - Resume | | | | | | | | |
| DORSA-0000360.pdf | 64 | 2015 | 9/1/2015 | Diversicare Healthcare Services | Dorsa | Kelly Gill | | No | 201509 |
| DORSA-0000360.pdf | 65 | 2015 | 8/29/2015 | Diversicare Healthcare Services | Dorsa | Kelly Gill | 54 | | 201508 |
| DORSA-0000360.pdf | 66 | 2015 | 8/29/2015 | Diversicare Healthcare Services | Kelly Gill | Dorsa | 51 | | 201508 |
| DORSA-0000360.pdf | 67 | 2015 | 8/24/2015 | h3gm | Mark Manner | Kelly Gill | 52 | | 201508 |
| DORSA-0000360.pdf | 68 | 2015 | 8/24/2015 | h3gm | Dorsa | Mark Manner | 27 | | 201508 |
| DORSA-0000363.pdf | 69 | 2015 | 9/1/2015 | Davita | Dorsa | Kent Thiry | | No | 201509 |
| DORSA-0000363.pdf | 70 | 2015 | 8/21/2015 | Davita | Kent Thiry | Dorsa | 9 | | 201508 |
| DORSA-0000363.pdf | 71 | 2015 | 8/19/2015 | Davita | Dorsa | Kent Thiry | 8 | | 201508 |
| DORSA-0000365.pdf | 72 | 2015 | 9/1/2015 | Diversicare Healthcare Services | Kelly Gill | Dorsa | | No | 201509 |
| DORSA-0000365.pdf | 73 | 2015 | 9/1/2015 | Diversicare Healthcare Services | Dorsa | Kelly Gill | 64 | | 201509 |
| DORSA-0000365.pdf | 74 | 2015 | 8/29/2015 | Diversicare Healthcare Services | Dorsa | Kelly Gill | 54 | | 201508 |
| DORSA-0000365.pdf | 75 | 2015 | 8/29/2015 | Diversicare Healthcare Services | Kelly Gill | Dorsa | 51 | | 201508 |
| DORSA-0000365.pdf | 76 | 2015 | 8/24/2015 | h3gm | Mark Manner | Kelly Gill | 52 | | 201508 |
| DORSA-0000365.pdf | 77 | 2015 | 8/24/2015 | h3gm | Dorsa | Mark Manner | 27 | | 201508 |
| DORSA-0000367.pdf | Email Attachment - Other | | | | | | | | |
| DORSA-0000368.pdf | 78 | 2015 | 9/1/2015 | Diversicare Healthcare Services | Dorsa | Kelly Gill | | No | 201509 |
| DORSA-0000368.pdf | 79 | 2015 | 9/1/2015 | Diversicare Healthcare Services | Kelly Gill | Dorsa | 72 | | 201509 |
| DORSA-0000368.pdf | 80 | 2015 | 9/1/2015 | Diversicare Healthcare Services | Dorsa | Kelly Gill | 64 | | 201509 |
| DORSA-0000368.pdf | 81 | 2015 | 8/29/2015 | Diversicare Healthcare Services | Dorsa | Kelly Gill | 54 | | 201508 |
| DORSA-0000368.pdf | 82 | 2015 | 8/29/2015 | Diversicare Healthcare Services | Kelly Gill | Dorsa | 51 | | 201508 |
| DORSA-0000368.pdf | 83 | 2015 | 8/24/2015 | h3gm | Mark Manner | Kelly Gill | 52 | | 201508 |
| DORSA-0000368.pdf | 84 | 2015 | 8/24/2015 | h3gm | Dorsa | Mark Manner | 27 | | 201508 |
| DORSA-0000371.pdf | 85 | 2015 | 9/1/2015 | Diversicare Healthcare Services | Kelly Gill | Dorsa | | No | 201509 |
| DORSA-0000371.pdf | 86 | 2015 | 9/1/2015 | Diversicare Healthcare Services | Dorsa | Kelly Gill | 78 | | 201509 |
| DORSA-0000371.pdf | 87 | 2015 | 9/1/2015 | Diversicare Healthcare Services | Kelly Gill | Dorsa | 72 | | 201509 |
| DORSA-0000371.pdf | 88 | 2015 | 9/1/2015 | Diversicare Healthcare Services | Dorsa | Kelly Gill | 64 | | 201509 |
| DORSA-0000371.pdf | 89 | 2015 | 8/29/2015 | Diversicare Healthcare Services | Dorsa | Kelly Gill | 54 | | 201508 |
| DORSA-0000371.pdf | 90 | 2015 | 8/29/2015 | Diversicare Healthcare Services | Kelly Gill | Dorsa | 51 | | 201508 |

**Dorsa's Efforts to Obtain Employment Workpaper**

| File | Email Unique ID | Year | Date | Firm | From | To | Duplicate | No Dorsa or Dorsa to Dorsa | Year/ Month |
|---|---|---|---|---|---|---|---|---|---|
| DORSA-0000371.pdf | 91 | 2015 | 8/24/2015 | h3gm | Mark Manner | Kelly Gill | 52 | | 201508 |
| DORSA-0000371.pdf | 92 | 2015 | 8/24/2015 | h3gm | Dorsa | Mark Manner | 27 | | 201508 |
| DORSA-0000374.pdf | Email Attachment - Other | | | | | | | | |
| DORSA-0000375.pdf | 93 | 2015 | 9/3/2015 | National Veterinary Association | Steven Ager | Dorsa | | No | 201509 |
| DORSA-0000376.pdf | 94 | 2015 | 9/3/2015 | National Veterinary Association | Dorsa | Steven Ager | | No | 201509 |
| DORSA-0000376.pdf | 95 | 2015 | 9/3/2015 | National Veterinary Association | Steven Ager | Dorsa | 93 | No | 201509 |
| DORSA-0000377.pdf | 96 | 2015 | 9/4/2015 | Caldwell Partners | Dorsa | John Blank | | No | 201509 |
| DORSA-0000377.pdf | 97 | 2015 | 9/3/2015 | Caldwell Partners | John Blank | Dorsa | | No | 201509 |
| DORSA-0000379.pdf | Email Attachment - Resume | | | | | | | | |
| DORSA-0000383.pdf | 98 | 2015 | 9/4/2015 | Diversicare Healthcare Services | Dorsa | Kelly Gill | | No | 201509 |
| DORSA-0000384.pdf | 99 | 2015 | 9/4/2015 | h3gm | Dorsa | Mark Manner | | No | 201509 |
| DORSA-0000384.pdf | 100 | 2015 | 8/24/2015 | h3gm | Dorsa | Mark Manner | 27 | | 201508 |
| DORSA-0000385.pdf | 101 | 2015 | 9/4/2015 | h3gm | Dorsa | Mark Manner | | No | 201509 |
| DORSA-0000385.pdf | 102 | 2015 | 9/4/2015 | h3gm | Mark Manner | Dorsa | | No | 201509 |
| DORSA-0000385.pdf | 103 | 2015 | 9/4/2015 | h3gm | Dorsa | Mark Manner | 99 | | 201509 |
| DORSA-0000385.pdf | 104 | 2015 | 8/24/2015 | h3gm | Dorsa | Mark Manner | 27 | | 201508 |
| DORSA-0000387.pdf | 105 | 2015 | 9/4/2015 | h3gm | Mark Manner | Dorsa | | No | 201509 |
| DORSA-0000387.pdf | 106 | 2015 | 9/4/2015 | h3gm | Dorsa | Mark Manner | 101 | No | 201509 |
| DORSA-0000387.pdf | 107 | 2015 | 9/4/2015 | h3gm | Mark Manner | Dorsa | 102 | No | 201509 |
| DORSA-0000387.pdf | 108 | 2015 | 9/4/2015 | h3gm | Dorsa | Mark Manner | 99 | | 201509 |
| DORSA-0000387.pdf | 109 | 2015 | 8/24/2015 | h3gm | Dorsa | Mark Manner | 27 | | 201508 |
| DORSA-0000389.pdf | 110 | 2015 | 9/4/2015 | Diversicare Healthcare Services | Kelly Gill | Dorsa | | No | 201509 |
| DORSA-0000389.pdf | 111 | 2015 | 9/4/2015 | Diversicare Healthcare Services | Dorsa | Kelly Gill | 98 | | 201509 |
| DORSA-0000391.pdf | 112 | 2015 | 9/7/2015 | Davita | Jim Rechtin | Dorsa | | No | 201509 |
| DORSA-0000391.pdf | 113 | 2015 | 8/21/2015 | Davita | Kent Thiry | Dorsa | 9 | | 201508 |
| DORSA-0000391.pdf | 114 | 2015 | 8/19/2015 | Davita | Dorsa | Kent Thiry | 8 | | 201508 |
| DORSA-0000393.pdf | 115 | 2015 | 9/7/2015 | Davita | Dorsa | Jim Rechtin | | No | 201509 |
| DORSA-0000393.pdf | 116 | 2015 | 9/7/2015 | Davita | Jim Rechtin | Dorsa | 111 | | 201509 |
| DORSA-0000393.pdf | 117 | 2015 | 8/21/2015 | Davita | Kent Thiry | Dorsa | 9 | | 201508 |
| DORSA-0000393.pdf | 118 | 2015 | 8/19/2015 | Davita | Dorsa | Kent Thiry | 8 | | 201508 |
| DORSA-0000395.pdf | 119 | 2015 | 9/11/2015 | Reed Executive Search | Allen Reed | Dorsa | | No | 201509 |
| DORSA-0000395.pdf | 120 | 2015 | 8/27/2015 | Reed Executive Search | Dorsa | Allen Reed | 48 | | 201508 |
| DORSA-0000396.pdf | 121 | 2015 | 9/11/2015 | E Plus Cancer Care | Tom Weiss | Dorsa | | No | 201509 |
| DORSA-0000397.pdf | 122 | 2015 | 9/11/2015 | E Plus Cancer Care | Dorsa | Tom Weiss | | No | 201509 |
| DORSA-0000397.pdf | 123 | 2015 | 9/11/2015 | E Plus Cancer Care | Tom Weiss | Dorsa | 120 | | 201509 |
| DORSA-0000399.pdf | 124 | 2015 | 9/11/2015 | E Plus Cancer Care | Dorsa | Tom Weiss | | No | 201509 |
| DORSA-0000399.pdf | 125 | 2015 | 9/11/2015 | E Plus Cancer Care | Tom Weiss | Dorsa | 120 | | 201509 |
| DORSA-0000401.pdf | Email Attachment - Resume | | | | | | | | |
| DORSA-0000405.pdf | 126 | 2015 | 9/14/2015 | UNKNOWN 2 | Dorsa | Doug UNKNOWN | | No | 201509 |
| DORSA-0000406.pdf | Email Attachment - Resume | | | | | | | | |
| DORSA-0000410.pdf | 127 | 2015 | 9/14/2015 | UNKNOWN 2 | Doug UNKNOWN | Dorsa | | No | 201509 |
| DORSA-0000410.pdf | 128 | 2015 | 9/14/2015 | UNKNOWN 2 | Dorsa | Doug UNKNOWN | 125 | | 201509 |
| DORSA-0000411.pdf | 129 | 2015 | 9/14/2015 | UNKNOWN 2 | Dorsa | Doug UNKNOWN | | No | 201509 |
| DORSA-0000411.pdf | 130 | 2015 | 9/14/2015 | UNKNOWN 2 | Doug UNKNOWN | Dorsa | 126 | | 201509 |
| DORSA-0000411.pdf | 131 | 2015 | 9/14/2015 | UNKNOWN 2 | Dorsa | Doug UNKNOWN | 125 | | 201509 |
| DORSA-0000412.pdf | 132 | 2015 | 9/15/2015 | h3gm | Claire Beebe | Dorsa | | No | 201509 |
| DORSA-0000413.pdf | Email Attachment - Recommendation Letter | | | | | | | | |
| DORSA-0000414.pdf | 133 | 2015 | 9/16/2015 | Brident | Dorsa | Jeff Miller | | No | 201509 |
| DORSA-0000415.pdf | Email Attachment - Resume | | | | | | | | |
| DORSA-0000419.pdf | 134 | 2015 | 9/19/2015 | Korn Ferry | Dorsa | Noah Waldman | | No | 201509 |
| DORSA-0000420.pdf | Email Attachment - Resume | | | | | | | | |
| DORSA-0000424.pdf | 135 | 2015 | 9/19/2015 | My Sage Dental | Dorsa | Joseph Garcia | | No | 201509 |
| DORSA-0000425.pdf | Email Attachment - Resume | | | | | | | | |
| DORSA-0000429.pdf | 136 | 2015 | 9/22/2015 | Health Care Partners | Misha Palecek | Dorsa | | No | 201509 |

**Dorsa's Efforts to Obtain Employment Workpaper**

| File | Email Unique ID | Year | Date | Firm | From | To | Duplicate | No Dorsa or Dorsa to Dorsa | Year/ Month |
|---|---|---|---|---|---|---|---|---|---|
| DORSA-0000430.pdf | 137 | 2015 | 9/22/2015 | Health Care Partners | Dorsa | Misha Palecek | | No | 201509 |
| DORSA-0000430.pdf | 138 | 2015 | 9/22/2015 | Health Care Partners | Misha Palecek | Dorsa | | No | 201509 |
| DORSA-0000431.pdf | 139 | 2015 | 9/25/2015 | Health Care Partners | Dorsa | Misha Palecek | | No | 201509 |
| DORSA-0000432.pdf | Email Attachment - Resume | | | | | | | | |
| DORSA-0000436.pdf | 140 | 2015 | 9/28/2015 | Chartwell Partners | Stuart Bush | Dorsa | | No | 201509 |
| DORSA-0000437.pdf | Email Attachment - Other | | | | | | | | |
| DORSA-0000440.pdf | 141 | 2015 | 10/2/2015 | Management Recruiters of Berkeley | Michelle Motta | Dorsa | | No | 201510 |
| DORSA-0000441.pdf | 142 | 2015 | 10/5/2015 | Management Recruiters of Berkeley | Michelle Motta | Dorsa | | No | 201510 |
| DORSA-0000441.pdf | 143 | 2015 | 10/5/2015 | Management Recruiters of Berkeley | Dorsa | Michelle Motta | | No | 201510 |
| DORSA-0000441.pdf | 144 | 2015 | 10/2/2015 | Management Recruiters of Berkeley | Michelle Motta | Dorsa | 140 | | 201510 |
| DORSA-0000443.pdf | 145 | 2015 | 9/24/2015 | Health Care Partners | Dorsa | Marsha Meyer | | No | 201509 |
| DORSA-0000443.pdf | 146 | 2015 | 9/24/2015 | Health Care Partners | Marsha Meyer | Dorsa | | No | 201509 |
| DORSA-0000443.pdf | 147 | 2015 | 9/24/2015 | Health Care Partners | Dorsa | Marsha Meyer | | No | 201509 |
| DORSA-0000443.pdf | 148 | 2015 | 9/23/2015 | Health Care Partners | Marsha Meyer | Dorsa | | No | 201509 |
| DORSA-0000443.pdf | 149 | 2015 | 9/23/2015 | Health Care Partners | Dorsa | Marsha Meyer | | No | 201509 |
| DORSA-0000443.pdf | 150 | 2015 | 9/23/2015 | Health Care Partners | Marsha Meyer | Dorsa | | No | 201509 |
| DORSA-0000443.pdf | 151 | 2015 | 9/22/2015 | Health Care Partners | Dorsa | Misha Palecek | 137 | No | 201509 |
| DORSA-0000443.pdf | 152 | 2015 | 9/22/2015 | Health Care Partners | Misha Palecek | Dorsa | 138 | No | 201509 |
| DORSA-0000446.pdf | Email Attachment - Other | | | | | | | | |
| DORSA-0000447.pdf | Email Attachment - Other | | | | | | | | |
| DORSA-0000448.pdf | 153 | 2015 | 9/28/2015 | Chartwell Partners | Dorsa | Stuart Bush | | No | 201509 |
| DORSA-0000448.pdf | 154 | 2015 | 9/28/2015 | Chartwell Partners | Stuart Bush | Dorsa | 139 | | 201509 |
| DORSA-0000449.pdf | 155 | 2015 | 9/29/2015 | Chartwell Partners | Dorsa | Stuart Bush | | No | 201509 |
| DORSA-0000449.pdf | 156 | 2015 | 9/28/2015 | Chartwell Partners | Stuart Bush | Dorsa | | No | 201509 |
| DORSA-0000449.pdf | 157 | 2015 | 9/28/2015 | Chartwell Partners | Dorsa | Stuart Bush | 152 | | 201509 |
| DORSA-0000449.pdf | 158 | 2015 | 9/28/2015 | Chartwell Partners | Stuart Bush | Dorsa | 139 | | 201509 |
| DORSA-0000451.pdf | 159 | 2015 | 9/29/2015 | Chartwell Partners | Dorsa | Stuart Bush | | No | 201509 |
| DORSA-0000451.pdf | 160 | 2015 | 9/28/2015 | Chartwell Partners | Stuart Bush | Dorsa | | No | 201509 |
| DORSA-0000451.pdf | 161 | 2015 | 9/28/2015 | Chartwell Partners | Dorsa | Stuart Bush | 154 | | 201509 |
| DORSA-0000451.pdf | 162 | 2015 | 9/28/2015 | Chartwell Partners | Stuart Bush | Dorsa | 155 | | 201509 |
| DORSA-0000451.pdf | 163 | 2015 | 9/28/2015 | Chartwell Partners | Dorsa | Stuart Bush | 152 | | 201509 |
| DORSA-0000451.pdf | 164 | 2015 | 9/28/2015 | Chartwell Partners | Stuart Bush | Dorsa | 139 | | 201509 |
| DORSA-0000454.pdf | Email Attachment - Resume | | | | | | | | |
| DORSA-0000458.pdf | 165 | 2015 | 10/2/2015 | Kingsley Group | Dorsa | Richard Blum | | No | 201510 |
| DORSA-0000458.pdf | 166 | 2015 | 10/1/2015 | Kingsley Group | Richard Blum | Dorsa | | No | 201510 |
| DORSA-0000460.pdf | 167 | 2015 | 10/2/2015 | Management Recruiters of Berkeley | Dorsa | Michelle Motta | | No | 201510 |
| DORSA-0000460.pdf | 168 | 2015 | 10/2/2015 | Management Recruiters of Berkeley | Michelle Motta | Dorsa | 140 | | 201510 |
| DORSA-0000462.pdf | 169 | 2015 | 10/5/2015 | Management Recruiters of Berkeley | Dorsa | Michelle Motta | 142 | | 201510 |
| DORSA-0000462.pdf | 170 | 2015 | 10/2/2015 | Management Recruiters of Berkeley | Michelle Motta | Dorsa | 140 | | 201510 |
| DORSA-0000464.pdf | Email Attachment - Resume | | | | | | | | |
| DORSA-0000468.pdf | 171 | 2015 | 10/8/2015 | CDI | Blue Beckham | Dorsa | | No | 201510 |
| DORSA-0000469.pdf | 172 | 2015 | 10/10/2015 | CDI | Dorsa | Mark Arnold | | No | 201510 |
| DORSA-0000469.pdf | 173 | 2015 | 10/8/2015 | CDI | Blue Beckham | Dorsa | 170 | | 201510 |
| DORSA-0000471.pdf | Email Attachment - Resume | | | | | | | | |
| DORSA-0000475.pdf | 174 | 2015 | 10/10/2015 | CDI | Dorsa | Blue Beckham | | No | 201510 |
| DORSA-0000475.pdf | 175 | 2015 | 10/10/2015 | CDI | Dorsa | Mark Arnold | 171 | | 201510 |
| DORSA-0000475.pdf | 176 | 2015 | 10/8/2015 | CDI | Blue Beckham | Dorsa | 170 | | 201510 |
| DORSA-0000477.pdf | Email Attachment - Resume | | | | | | | | |
| DORSA-0000481.pdf | 177 | 2015 | 10/10/2015 | NVA | Dorsa | Steven Ager | | No | 201510 |
| DORSA-0000482.pdf | 178 | 2015 | 10/10/2015 | NVA | Dorsa | Steven Ager | | No | 201510 |
| DORSA-0000482.pdf | 179 | 2015 | 10/10/2015 | NVA | Steven Ager | Dorsa | | No | 201510 |
| DORSA-0000482.pdf | 180 | 2015 | 10/10/2015 | NVA | Dorsa | Steven Ager | 176 | | 201510 |
| DORSA-0000483.pdf | 181 | 2015 | 10/10/2015 | CDI | Dorsa | Blue Beckham | | No | 201510 |
| DORSA-0000483.pdf | 182 | 2015 | 10/10/2015 | CDI | Blue Beckham | Dorsa | | No | 201510 |

**Dorsa's Efforts to Obtain Employment Workpaper**

| File | Email Unique ID | Year | Date | Firm | From | To | Duplicate | No Dorsa or Dorsa to Dorsa | Year/ Month |
|---|---|---|---|---|---|---|---|---|---|
| DORSA-0000483.pdf | 183 | 2015 | 10/10/2015 | CDI | Dorsa | Blue Beckham | | No | 201510 |
| DORSA-0000483.pdf | 184 | 2015 | 10/10/2015 | CDI | Blue Beckham | Dorsa | | No | 201510 |
| DORSA-0000483.pdf | 185 | 2015 | 10/10/2015 | CDI | Dorsa | Blue Beckham | 173 | | 201510 |
| DORSA-0000483.pdf | 186 | 2015 | 10/10/2015 | CDI | Dorsa | Mark Arnold | 171 | | 201510 |
| DORSA-0000483.pdf | 187 | 2015 | 10/8/2015 | CDI | Blue Beckham | Dorsa | 170 | | 201510 |
| DORSA-0000487.pdf | 188 | 2015 | 10/11/2015 | NVA | Dorsa | Steven Ager | | No | 201510 |
| DORSA-0000487.pdf | 189 | 2015 | 10/10/2015 | NVA | Steven Ager | Dorsa | | No | 201510 |
| DORSA-0000488.pdf | 190 | 2015 | 10/12/2015 | CDI | Mark Arnold | Dorsa | | No | 201510 |
| DORSA-0000488.pdf | 191 | 2015 | 10/10/2015 | CDI | Dorsa | Mark Arnold | 171 | | 201510 |
| DORSA-0000488.pdf | 192 | 2015 | 10/8/2015 | CDI | Blue Beckham | Dorsa | 170 | | 201510 |
| DORSA-0000490.pdf | 193 | 2015 | 10/12/2015 | CDI | Dorsa | Mark Arnold | | No | 201510 |
| DORSA-0000490.pdf | 194 | 2015 | 10/12/2015 | CDI | Mark Arnold | Dorsa | 189 | | 201510 |
| DORSA-0000490.pdf | 195 | 2015 | 10/10/2015 | CDI | Dorsa | Mark Arnold | 171 | | 201510 |
| DORSA-0000490.pdf | 196 | 2015 | 10/8/2015 | CDI | Blue Beckham | Dorsa | 170 | | 201510 |
| DORSA-0000492.pdf | 197 | 2015 | 10/12/2015 | Chartwell Partners | Lana Guidry | Dorsa | | No | 201510 |
| DORSA-0000493.pdf | 198 | 2015 | 9/24/2015 | Health Care Partners | Marsha Meyer | Dorsa | 145 | | 201509 |
| DORSA-0000493.pdf | 199 | 2015 | 9/24/2015 | Health Care Partners | Dorsa | Marsha Meyer | 146 | | 201509 |
| DORSA-0000493.pdf | 200 | 2015 | 9/23/2015 | Health Care Partners | Marsha Meyer | Dorsa | 147 | | 201509 |
| DORSA-0000493.pdf | 201 | 2015 | 9/23/2015 | Health Care Partners | Dorsa | Marsha Meyer | 148 | | 201509 |
| DORSA-0000493.pdf | 202 | 2015 | 9/23/2015 | Health Care Partners | Marsha Meyer | Dorsa | 149 | | 201509 |
| DORSA-0000493.pdf | 203 | 2015 | 9/22/2015 | Health Care Partners | Dorsa | Misha Palecek | 150 | | 201509 |
| DORSA-0000493.pdf | 204 | 2015 | 9/22/2015 | Health Care Partners | Misha Palecek | Dorsa | 151 | | 201509 |
| DORSA-0000496.pdf | 205 | 2015 | 10/12/2015 | Chartwell Partners | Lana Guidry | Dorsa | | No | 201510 |
| DORSA-0000496.pdf | 206 | 2015 | 10/12/2015 | Chartwell Partners | Dorsa | Lana Guidry | | No | 201510 |
| DORSA-0000496.pdf | 207 | 2015 | 10/12/2015 | Chartwell Partners | Lana Guidry | Dorsa | 196 | | 201510 |
| DORSA-0000497.pdf | 208 | 2015 | 10/15/2015 | CDI | Mark Arnold | Dorsa | | No | 201510 |
| DORSA-0000497.pdf | 209 | 2015 | 10/15/2015 | CDI | Dorsa | Mark Arnold | | No | 201510 |
| DORSA-0000497.pdf | 210 | 2015 | 10/15/2015 | CDI | Mark Arnold | Dorsa | | No | 201510 |
| DORSA-0000497.pdf | 211 | 2015 | 10/12/2015 | CDI | Dorsa | Mark Arnold | 192 | | 201510 |
| DORSA-0000497.pdf | 212 | 2015 | 10/12/2015 | CDI | Mark Arnold | Dorsa | 189 | | 201510 |
| DORSA-0000497.pdf | 213 | 2015 | 10/10/2015 | CDI | Dorsa | Mark Arnold | 171 | | 201510 |
| DORSA-0000497.pdf | 214 | 2015 | 10/8/2015 | CDI | Blue Beckham | Dorsa | 170 | | 201510 |
| DORSA-0000500.pdf | 215 | 2015 | 10/16/2015 | CDI | Mark Arnold | Dorsa | | No | 201510 |
| DORSA-0000500.pdf | 216 | 2015 | 10/10/2015 | CDI | Dorsa | Mark Arnold | 171 | | 201510 |
| DORSA-0000500.pdf | 217 | 2015 | 10/8/2015 | CDI | Blue Beckham | Dorsa | 170 | | 201510 |
| DORSA-0000502.pdf | 218 | 2015 | 10/16/2015 | CDI | Dorsa | Greg Flittner | | No | 201510 |
| DORSA-0000502.pdf | 219 | 2015 | 10/16/2015 | CDI | Greg Flittner | Dorsa | | No | 201510 |
| DORSA-0000502.pdf | 220 | 2015 | 10/16/2015 | CDI | Mark Arnold | Dorsa | 214 | | 201510 |
| DORSA-0000502.pdf | 221 | 2015 | 10/10/2015 | CDI | Dorsa | Mark Arnold | 171 | | 201510 |
| DORSA-0000502.pdf | 222 | 2015 | 10/8/2015 | CDI | Blue Beckham | Dorsa | 170 | | 201510 |
| DORSA-0000505.pdf | 223 | 2015 | 10/16/2015 | Chartwell Partners | Lana Guidry | Dorsa | | No | 201510 |
| DORSA-0000505.pdf | 224 | 2015 | 10/16/2015 | Chartwell Partners | Dorsa | Lana Guidry | | No | 201510 |
| DORSA-0000505.pdf | 225 | 2015 | 10/16/2015 | Chartwell Partners | Lana Guidry | Dorsa | | No | 201510 |
| DORSA-0000505.pdf | 226 | 2015 | 10/15/2015 | Chartwell Partners | Dorsa | Lana Guidry | | No | 201510 |
| DORSA-0000505.pdf | 227 | 2015 | 10/15/2015 | Chartwell Partners | Lana Guidry | Dorsa | | No | 201510 |
| DORSA-0000505.pdf | 228 | 2015 | 10/15/2015 | Chartwell Partners | Dorsa | Lana Guidry | | No | 201510 |
| DORSA-0000505.pdf | 229 | 2015 | 10/15/2015 | Chartwell Partners | Lana Guidry | Dorsa | | No | 201510 |
| DORSA-0000505.pdf | 230 | 2015 | 10/15/2015 | Chartwell Partners | Dorsa | Lana Guidry | | No | 201510 |
| DORSA-0000505.pdf | 231 | 2015 | 10/12/2015 | Chartwell Partners | Lana Guidry | Dorsa | 204 | | 201510 |
| DORSA-0000505.pdf | 232 | 2015 | 10/12/2015 | Chartwell Partners | Dorsa | Lana Guidry | 205 | | 201510 |
| DORSA-0000505.pdf | 233 | 2015 | 10/12/2015 | Chartwell Partners | Lana Guidry | Dorsa | 196 | | 201510 |
| DORSA-0000508.pdf | 234 | 2015 | 10/19/2015 | Chartwell Partners | Lana Guidry | Dorsa | | No | 201510 |
| DORSA-0000509.pdf | 235 | 2015 | 10/19/2015 | Chartwell Partners | Dorsa | Lana Guidry | | No | 201510 |
| DORSA-0000509.pdf | 236 | 2015 | 10/19/2015 | Chartwell Partners | Lana Guidry | Dorsa | 233 | | 201510 |

**Dorsa's Efforts to Obtain Employment Workpaper**

| File | Email Unique ID | Year | Date | Firm | From | To | Duplicate | No Dorsa or Dorsa to Dorsa | Year/ Month |
|---|---|---|---|---|---|---|---|---|---|
| DORSA-0000510.pdf | 237 | 2015 | 10/19/2015 | NVA | Steven Ager | Dorsa | | No | 201510 |
| DORSA-0000511.pdf | 238 | 2015 | 10/19/2015 | NVA | Dorsa | Steven Ager | | No | 201510 |
| DORSA-0000511.pdf | 239 | 2015 | 10/19/2015 | NVA | Steven Ager | Dorsa | | No | 201510 |
| DORSA-0000512.pdf | 240 | 2015 | 10/15/2015 | CDI | Dorsa | Mark Arnold | 208 | | 201510 |
| DORSA-0000512.pdf | 241 | 2015 | 10/15/2015 | CDI | Mark Arnold | Dorsa | 209 | | 201510 |
| DORSA-0000512.pdf | 242 | 2015 | 10/12/2015 | CDI | Dorsa | Mark Arnold | 192 | | 201510 |
| DORSA-0000512.pdf | 243 | 2015 | 10/12/2015 | CDI | Mark Arnold | Dorsa | 189 | | 201510 |
| DORSA-0000512.pdf | 244 | 2015 | 10/10/2015 | CDI | Dorsa | Mark Arnold | 171 | | 201510 |
| DORSA-0000512.pdf | 245 | 2015 | 10/8/2015 | CDI | Blue Beckham | Dorsa | 170 | | 201510 |
| DORSA-0000515.pdf | 246 | 2015 | 10/19/2015 | NVA | Dorsa | Steven Ager | | No | 201510 |
| DORSA-0000515.pdf | 247 | 2015 | 10/19/2015 | NVA | Steven Ager | Dorsa | | No | 201510 |
| DORSA-0000515.pdf | 248 | 2015 | 10/19/2015 | NVA | Dorsa | Steven Ager | 236 | | 201510 |
| DORSA-0000515.pdf | 249 | 2015 | 10/19/2015 | NVA | Steven Ager | Dorsa | 237 | | 201510 |
| DORSA-0000517.pdf | 250 | 2015 | 10/20/2015 | CDI | Dorsa | Greg Flittner | | No | 201510 |
| DORSA-0000518.pdf | 251 | 2015 | 10/15/2015 | Chartwell Partners | Dorsa | Lana Guidry | 229 | | 201510 |
| DORSA-0000518.pdf | 252 | 2015 | 10/12/2015 | Chartwell Partners | Lana Guidry | Dorsa | 204 | | 201510 |
| DORSA-0000518.pdf | 253 | 2015 | 10/12/2015 | Chartwell Partners | Dorsa | Lana Guidry | 205 | | 201510 |
| DORSA-0000518.pdf | 254 | 2015 | 10/12/2015 | Chartwell Partners | Lana Guidry | Dorsa | 196 | | 201510 |
| DORSA-0000520.pdf | 255 | 2015 | 10/15/2015 | Chartwell Partners | Dorsa | Lana Guidry | 227 | | 201510 |
| DORSA-0000520.pdf | 256 | 2015 | 10/15/2015 | Chartwell Partners | Lana Guidry | Dorsa | 228 | | 201510 |
| DORSA-0000520.pdf | 257 | 2015 | 10/15/2015 | Chartwell Partners | Dorsa | Lana Guidry | 229 | | 201510 |
| DORSA-0000520.pdf | 258 | 2015 | 10/12/2015 | Chartwell Partners | Lana Guidry | Dorsa | 204 | | 201510 |
| DORSA-0000520.pdf | 259 | 2015 | 10/12/2015 | Chartwell Partners | Dorsa | Lana Guidry | 205 | | 201510 |
| DORSA-0000520.pdf | 260 | 2015 | 10/12/2015 | Chartwell Partners | Lana Guidry | Dorsa | 196 | | 201510 |
| DORSA-0000522.pdf | 261 | 2015 | 10/15/2015 | Chartwell Partners | Dorsa | Lana Guidry | 225 | | 201510 |
| DORSA-0000522.pdf | 262 | 2015 | 10/15/2015 | Chartwell Partners | Lana Guidry | Dorsa | 226 | | 201510 |
| DORSA-0000522.pdf | 263 | 2015 | 10/15/2015 | Chartwell Partners | Dorsa | Lana Guidry | 227 | | 201510 |
| DORSA-0000522.pdf | 264 | 2015 | 10/15/2015 | Chartwell Partners | Lana Guidry | Dorsa | 228 | | 201510 |
| DORSA-0000522.pdf | 265 | 2015 | 10/15/2015 | Chartwell Partners | Dorsa | Lana Guidry | 229 | | 201510 |
| DORSA-0000522.pdf | 266 | 2015 | 10/12/2015 | Chartwell Partners | Lana Guidry | Dorsa | 204 | | 201510 |
| DORSA-0000522.pdf | 267 | 2015 | 10/12/2015 | Chartwell Partners | Dorsa | Lana Guidry | 205 | | 201510 |
| DORSA-0000522.pdf | 268 | 2015 | 10/12/2015 | Chartwell Partners | Lana Guidry | Dorsa | 196 | | 201510 |
| DORSA-0000524.pdf | 269 | 2015 | 10/20/2015 | CDI | Dorsa | Greg Flittner | | No | 201510 |
| DORSA-0000524.pdf | 270 | 2015 | 10/20/2015 | CDI | Greg Flittner | Dorsa | | No | 201510 |
| DORSA-0000524.pdf | 271 | 2015 | 10/20/2015 | CDI | Dorsa | Greg Flittner | 248 | | 201510 |
| DORSA-0000525.pdf | 272 | 2015 | 10/22/2015 | NVA | Dorsa | Steven Ager | | No | 201510 |
| DORSA-0000525.pdf | 273 | 2015 | 10/22/2015 | NVA | Steven Ager | Dorsa | | No | 201510 |
| DORSA-0000526.pdf | 274 | 2015 | 10/24/2015 | Chartwell Partners | Dorsa | Stuart Bush | | No | 201510 |
| DORSA-0000527.pdf | 275 | 2015 | 10/26/2015 | NVA | Steven Ager | Dorsa | | No | 201510 |
| DORSA-0000528.pdf | 276 | 2015 | 10/26/2015 | NVA | Dorsa | Steven Ager | | No | 201510 |
| DORSA-0000528.pdf | 277 | 2015 | 10/26/2015 | NVA | Steven Ager | Dorsa | 273 | | 201510 |
| DORSA-0000529.pdf | 278 | 2015 | 10/26/2015 | NVA | Steven Ager | Dorsa | | No | 201510 |
| DORSA-0000529.pdf | 279 | 2015 | 10/26/2015 | NVA | Dorsa | Steven Ager | 274 | | 201510 |
| DORSA-0000529.pdf | 280 | 2015 | 10/26/2015 | NVA | Steven Ager | Dorsa | 273 | | 201510 |
| DORSA-0000530.pdf | 281 | 2015 | 10/28/2015 | Chartwell Partners | Stuart Bush | Dorsa | | No | 201510 |
| DORSA-0000531.pdf | 282 | 2015 | 10/28/2015 | Chartwell Partners | Suzanne Watson | Dorsa | | No | 201510 |
| DORSA-0000532.pdf | 283 | 2015 | 10/28/2015 | Corporate Traveler | Sam Towne | Dorsa | | No | 201510 |
| DORSA-0000532.pdf | 284 | 2015 | 10/28/2015 | Corporate Traveler | Sam Towne | Dorsa | | No | 201510 |
| DORSA-0000533.pdf | Email Attachment - Other | | | | | | | | |
| DORSA-0000536.pdf | Email Attachment - Appointment | | | | | | | | |
| DORSA-0000537.pdf | Email Attachment - Appointment | | | | | | | | |
| DORSA-0000538.pdf | Email Attachment - Appointment | | | | | | | | |
| DORSA-0000539.pdf | Email Attachment - Appointment | | | | | | | | |
| DORSA-0000540.pdf | 285 | 2015 | 3/23/2015 | Camden Group | Jim Agnew | Dorsa | | No | 201503 |

**Dorsa's Efforts to Obtain Employment Workpaper**

| File | Email Unique ID | Year | Date | Firm | From | To | Duplicate | No Dorsa or Dorsa to Dorsa | Year/ Month |
|---|---|---|---|---|---|---|---|---|---|
| DORSA-0000540.pdf | 286 | 2015 | 3/21/2015 | Camden Group | Dorsa | Jim Agnew | | No | 201503 |
| DORSA-0000541.pdf | 287 | 2015 | 9/4/2015 | Davita | Kent Thiry | Dorsa | | No | 201509 |
| DORSA-0000541.pdf | 288 | 2015 | 9/1/2015 | Davita | Dorsa | Kent Thiry | 69 | | 201509 |
| DORSA-0000541.pdf | 289 | 2015 | 8/21/2015 | Davita | Kent Thiry | Dorsa | 9 | | 201508 |
| DORSA-0000541.pdf | 290 | 2015 | 8/19/2015 | Davita | Dorsa | Kent Thiry | 8 | | 201508 |
| DORSA-0000543.pdf | 291 | 2015 | 10/15/2015 | Personal | Dorsa | Jim Agnew | | No | 201510 |
| DORSA-0000543.pdf | 292 | 2015 | 10/15/2015 | Personal | Jim Agnew | Dorsa | | No | 201510 |
| DORSA-0000545.pdf | 293 | 2015 | 10/20/2015 | CDI | Greg Flittner | Dorsa | | No | 201510 |
| DORSA-0000545.pdf | 294 | 2015 | 10/20/2015 | CDI | Dorsa | Greg Flittner | 248 | | 201510 |
| DORSA-0000546.pdf | 295 | 2015 | 10/20/2015 | CDI | Greg Flittner | Dorsa | 268 | | 201510 |
| DORSA-0000546.pdf | 296 | 2015 | 10/20/2015 | CDI | Dorsa | Greg Flittner | 248 | | 201510 |
| DORSA-0000547.pdf | 297 | 2015 | 10/20/2015 | CDI | Greg Flittner | Dorsa | | No | 201510 |
| DORSA-0000547.pdf | 298 | 2015 | 10/20/2015 | CDI | Dorsa | Greg Flittner | 267 | | 201510 |
| DORSA-0000547.pdf | 299 | 2015 | 10/20/2015 | CDI | Greg Flittner | Dorsa | 268 | | 201510 |
| DORSA-0000547.pdf | 300 | 2015 | 10/20/2015 | CDI | Dorsa | Greg Flittner | 248 | | 201510 |
| DORSA-0000548.pdf | 301 | 2015 | 10/21/2015 | NCP | Lasca Bird | Dorsa | | No | 201510 |
| DORSA-0000548.pdf | 302 | 2015 | 10/19/2015 | Chartwell Partners | Dorsa | Lana Guidry | | No | 201510 |
| DORSA-0000548.pdf | 303 | 2015 | 10/19/2015 | Chartwell Partners | Lana Guidry | Dorsa | 233 | | 201510 |
| DORSA-0000550.pdf | 304 | 2015 | 10/22/2015 | NVA | Steven Ager | Dorsa | 272 | | 201510 |
| DORSA-0000551.pdf | 305 | 2015 | 10/26/2015 | Chartwell Partners | Lana Guidry | Dorsa | | No | 201510 |
| DORSA-0000551.pdf | 306 | 2015 | 10/23/2015 | Chartwell Partners | Lana Guidry | Dorsa | | No | 201510 |
| DORSA-0000552.pdf | 307 | 2015 | 10/26/2015 | Chartwell Partners | Dorsa | Lana Guidry | | No | 201510 |
| DORSA-0000552.pdf | 308 | 2015 | 10/26/2015 | Chartwell Partners | Lana Guidry | Dorsa | 298 | | 201510 |
| DORSA-0000552.pdf | 309 | 2015 | 10/23/2015 | Chartwell Partners | Lana Guidry | Dorsa | 299 | | 201510 |
| DORSA-0000554.pdf | 310 | 2015 | 10/26/2015 | NVA | Steven Ager | Dorsa | | No | 201510 |
| DORSA-0000555.pdf | 311 | 2015 | 10/26/2015 | NVA | Sarah Hayes | Dorsa | | No | 201510 |
| DORSA-0000556.pdf | 312 | 2015 | 10/27/2015 | NVA | Dorsa | Sarah Hayes | | No | 201510 |
| DORSA-0000556.pdf | 313 | 2015 | 10/26/2015 | NVA | Sarah Hayes | Dorsa | 302 | | 201510 |
| DORSA-0000558.pdf | 314 | 2015 | 10/27/2015 | NVA/Corporate Traveler | Sam Towne | Dorsa | | No | 201510 |
| DORSA-0000558.pdf | 315 | 2015 | 10/26/2015 | NVA/Corporate Traveler | Sarah Hayes | Dorsa | 302 | | 201510 |
| DORSA-0000560.pdf | 316 | 2015 | 10/28/2015 | NCP | Dorsa | Eric Fournet | | No | 201510 |
| DORSA-0000561.pdf | 317 | 2015 | 10/28/2015 | NCP | Dorsa | Ned UNKNOWN | | No | 201510 |
| DORSA-0000562.pdf | 318 | 2015 | 10/30/2015 | CDI | Mark Arnold | Dorsa | | No | 201510 |
| DORSA-0000562.pdf | 319 | 2015 | 10/16/2015 | CDI | Dorsa | Greg Flittner | | No | 201510 |
| DORSA-0000562.pdf | 320 | 2015 | 10/16/2015 | CDI | Greg Flittner | Dorsa | 218 | | 201510 |
| DORSA-0000562.pdf | 321 | 2015 | 10/16/2015 | CDI | Mark Arnold | Dorsa | 214 | | 201510 |
| DORSA-0000562.pdf | 322 | 2015 | 10/10/2015 | CDI | Dorsa | Mark Arnold | 171 | | 201510 |
| DORSA-0000562.pdf | 323 | 2015 | 10/8/2015 | CDI | Blue Beckham | Dorsa | 170 | | 201510 |
| DORSA-0000565.pdf | 324 | 2015 | 10/30/2015 | CDI | Mark Arnold | Dorsa | 317 | | 201510 |
| DORSA-0000565.pdf | 325 | 2015 | 10/16/2015 | CDI | Dorsa | Greg Flittner | 318 | | 201510 |
| DORSA-0000565.pdf | 326 | 2015 | 10/16/2015 | CDI | Greg Flittner | Dorsa | 218 | | 201510 |
| DORSA-0000565.pdf | 327 | 2015 | 10/16/2015 | CDI | Mark Arnold | Dorsa | 214 | | 201510 |
| DORSA-0000565.pdf | 328 | 2015 | 10/10/2015 | CDI | Dorsa | Mark Arnold | 171 | | 201510 |
| DORSA-0000565.pdf | 329 | 2015 | 10/8/2015 | CDI | Blue Beckham | Dorsa | 170 | | 201510 |
| DORSA-0000568.pdf | 330 | 2015 | 10/30/2015 | CDI | Dorsa | Mark Arnold | | No | 201510 |
| DORSA-0000568.pdf | 331 | 2015 | 10/30/2015 | CDI | Mark Arnold | Dorsa | 317 | | 201510 |
| DORSA-0000568.pdf | 332 | 2015 | 10/16/2015 | CDI | Dorsa | Greg Flittner | 318 | | 201510 |
| DORSA-0000568.pdf | 333 | 2015 | 10/16/2015 | CDI | Greg Flittner | Dorsa | 218 | | 201510 |
| DORSA-0000568.pdf | 334 | 2015 | 10/16/2015 | CDI | Mark Arnold | Dorsa | 214 | | 201510 |
| DORSA-0000568.pdf | 335 | 2015 | 10/10/2015 | CDI | Dorsa | Mark Arnold | 171 | | 201510 |
| DORSA-0000568.pdf | 336 | 2015 | 10/8/2015 | CDI | Blue Beckham | Dorsa | 170 | | 201510 |
| DORSA-0000572.pdf | 337 | 2015 | 10/30/2015 | CHS | Dorsa | Michael Culotta | | No | 201510 |
| DORSA-0000573.pdf | Email Attachment - Resume | | | | | | | | |
| DORSA-0000577.pdf | 338 | 2015 | 10/30/2015 | CHS | Dorsa | Michael Culotta | 336 | | 201510 |

**Dorsa's Efforts to Obtain Employment Workpaper**

| File | Email Unique ID | Year | Date | Firm | From | To | Duplicate | No Dorsa or Dorsa to Dorsa | Year/ Month |
|---|---|---|---|---|---|---|---|---|---|
| DORSA-0000578.pdf | Email Attachment - Resume | | | | | | | | |
| DORSA-0000582.pdf | 339 | 2015 | 10/31/2015 | CDI | Dorsa | Tara Daniski | | No | 201510 |
| DORSA-0000582.pdf | 340 | 2015 | 10/30/2015 | CDI | Tara Daniski | Dorsa | | No | 201510 |
| DORSA-0000582.pdf | 341 | 2015 | 10/30/2015 | CDI | Mark Arnold | Dorsa | 317 | | 201510 |
| DORSA-0000582.pdf | 342 | 2015 | 10/16/2015 | CDI | Dorsa | Greg Flittner | 318 | | 201510 |
| DORSA-0000582.pdf | 343 | 2015 | 10/16/2015 | CDI | Greg Flittner | Dorsa | 218 | | 201510 |
| DORSA-0000582.pdf | 344 | 2015 | 10/16/2015 | CDI | Mark Arnold | Dorsa | 214 | | 201510 |
| DORSA-0000582.pdf | 345 | 2015 | 10/10/2015 | CDI | Dorsa | Mark Arnold | 171 | | 201510 |
| DORSA-0000582.pdf | 346 | 2015 | 10/8/2015 | CDI | Blue Beckham | Dorsa | 170 | | 201510 |
| DORSA-0000586.pdf | 347 | 2015 | 10/31/2015 | Chartwell Partners | Dorsa | Stuart Bush | | No | 201510 |
| DORSA-0000586.pdf | 348 | 2015 | 10/30/2015 | Chartwell Partners | Stuart Bush | Dorsa | | No | 201510 |
| DORSA-0000586.pdf | 349 | 2015 | 10/24/2015 | Chartwell Partners | Dorsa | Stuart Bush | 273 | | 201510 |
| DORSA-0000587.pdf | 350 | 2015 | 11/3/2015 | NVA | Sarah Hayes | Dorsa | | No | 201511 |
| DORSA-0000588.pdf | Email Attachment - Other | | | | | | | | |
| DORSA-0000590.pdf | 351 | 2015 | 11/3/2015 | CDI | Dorsa | Tara Daniski | | No | 201511 |
| DORSA-0000590.pdf | 352 | 2015 | 11/3/2015 | CDI | Tara Daniski | Dorsa | | No | 201511 |
| DORSA-0000590.pdf | 353 | 2015 | 11/3/2015 | CDI | Delta Air Lines | Tara Daniski | | Yes | 201511 |
| DORSA-0000596.pdf | 354 | 2015 | 11/3/2015 | NVA | Dorsa | Sarah Hayes | | No | 201511 |
| DORSA-0000596.pdf | 355 | 2015 | 11/3/2015 | NVA | Sarah Hayes | Dorsa | 349 | | 201511 |
| DORSA-0000597.pdf | 356 | 2015 | 11/3/2015 | NVA | Sarah Hayes | Dorsa | | No | 201511 |
| DORSA-0000598.pdf | Email Attachment - Other | | | | | | | | |
| DORSA-0000599.pdf | 357 | 2015 | 11/4/2015 | DGAI | Joseph Crotty | Dorsa | | No | 201511 |
| DORSA-0000600.pdf | 358 | 2015 | 11/4/2015 | DGAI | Dorsa | Joseph Crotty | | No | 201511 |
| DORSA-0000600.pdf | 359 | 2015 | 11/4/2015 | DGAI | Joseph Crotty | Dorsa | 357 | No | 201511 |
| DORSA-0000601.pdf | 360 | 2015 | 11/4/2015 | NCP | Dorsa | Rob Jardeleza | | No | 201511 |
| DORSA-0000602.pdf | 361 | 2015 | 10/30/2015 | CDI | Tara Daniski | Dorsa | 339 | | 201510 |
| DORSA-0000602.pdf | 362 | 2015 | 10/30/2015 | CDI | Mark Arnold | Dorsa | 317 | | 201510 |
| DORSA-0000602.pdf | 363 | 2015 | 10/16/2015 | CDI | Dorsa | Greg Flittner | 318 | | 201510 |
| DORSA-0000602.pdf | 364 | 2015 | 10/16/2015 | CDI | Greg Flittner | Dorsa | 218 | | 201510 |
| DORSA-0000602.pdf | 365 | 2015 | 10/16/2015 | CDI | Mark Arnold | Dorsa | 214 | | 201510 |
| DORSA-0000602.pdf | 366 | 2015 | 10/10/2015 | CDI | Dorsa | Mark Arnold | 171 | | 201510 |
| DORSA-0000602.pdf | 367 | 2015 | 10/8/2015 | CDI | Blue Beckham | Dorsa | 170 | | 201510 |
| DORSA-0000606.pdf | 368 | 2015 | 11/3/2015 | CDI | Tara Daniski | Dorsa | 351 | | 201511 |
| DORSA-0000606.pdf | 369 | 2015 | 11/3/2015 | CDI | Delta Air Lines | Tara Daniski | 352 | | 201511 |
| DORSA-0000611.pdf | 370 | 2015 | 11/18/2015 | CDI | Tara Daniski | Dorsa | | No | 201511 |
| DORSA-0000611.pdf | 371 | 2015 | 11/18/2015 | CDI | Delta Air Lines | Tara Daniski | | Yes | 201511 |
| DORSA-0000614.pdf | 372 | 2015 | 11/20/2015 | CDI | Dorsa | Mark Arnold | | No | 201511 |
| DORSA-0000615.pdf | 373 | 2015 | 11/20/2015 | CDI | Dorsa | Don Jacobsen | | No | 201511 |
| DORSA-0000616.pdf | 374 | 2015 | 11/20/2015 | CDI | Dorsa | Rick Long | | No | 201511 |
| DORSA-0000617.pdf | 375 | 2015 | 11/20/2015 | CDI | Dorsa | Tara Daniski | | No | 201511 |
| DORSA-0000618.pdf | 376 | 2015 | 11/20/2015 | CDI | Tara Daniski | Dorsa | | No | 201511 |
| DORSA-0000618.pdf | 377 | 2015 | 11/20/2015 | CDI | Dorsa | Tara Daniski | 374 | | 201511 |
| DORSA-0000619.pdf | 378 | 2015 | 11/20/2015 | CDI | Don Jacobsen | Dorsa | | No | 201511 |
| DORSA-0000619.pdf | 379 | 2015 | 11/12/2015 | CDI | MJ McMullen | Many | | Yes | 201511 |
| DORSA-0000619.pdf | 380 | 2015 | 11/12/2015 | CDI | Radiology Business | MJ McMullen | | Yes | 201511 |
| DORSA-0000621.pdf | 381 | 2015 | 11/20/2015 | CDI | Mark Arnold | Dorsa | | No | 201511 |
| DORSA-0000621.pdf | 382 | 2015 | 11/20/2015 | CDI | Dorsa | Mark Arnold | 371 | | 201511 |
| DORSA-0000622.pdf | 383 | 2015 | 11/20/2015 | CDI | Rick Long | Dorsa | | No | 201511 |
| DORSA-0000622.pdf | 384 | 2015 | 11/20/2015 | CDI | Dorsa | Rick Long | 373 | | 201511 |
| DORSA-0000623.pdf | 385 | 2015 | 10/10/2015 | CDI | Blue Beckham | Dorsa | 181 | | 201510 |
| DORSA-0000623.pdf | 386 | 2015 | 10/10/2015 | CDI | Dorsa | Blue Beckham | 182 | | 201510 |
| DORSA-0000623.pdf | 387 | 2015 | 10/10/2015 | CDI | Blue Beckham | Dorsa | 183 | | 201510 |
| DORSA-0000623.pdf | 388 | 2015 | 10/10/2015 | CDI | Dorsa | Blue Beckham | 173 | | 201510 |
| DORSA-0000623.pdf | 389 | 2015 | 10/10/2015 | CDI | Dorsa | Mark Arnold | 171 | | 201510 |

**Dorsa's Efforts to Obtain Employment Workpaper**

| File | Email Unique ID | Year | Date | Firm | From | To | Duplicate | No Dorsa or Dorsa to Dorsa | Year/ Month |
|---|---|---|---|---|---|---|---|---|---|
| DORSA-0000623.pdf | 390 | 2015 | 10/8/2015 | CDI | Blue Beckham | Dorsa | 170 | | 201510 |
| DORSA-0000626.pdf | 391 | 2015 | 10/16/2015 | Chartwell Partners | Lana Guidry | Dorsa | 224 | | 201510 |
| DORSA-0000626.pdf | 392 | 2015 | 10/15/2015 | Chartwell Partners | Dorsa | Lana Guidry | 225 | | 201510 |
| DORSA-0000626.pdf | 393 | 2015 | 10/15/2015 | Chartwell Partners | Lana Guidry | Dorsa | 226 | | 201510 |
| DORSA-0000626.pdf | 394 | 2015 | 10/15/2015 | Chartwell Partners | Dorsa | Lana Guidry | 227 | | 201510 |
| DORSA-0000626.pdf | 395 | 2015 | 10/15/2015 | Chartwell Partners | Lana Guidry | Dorsa | 228 | | 201510 |
| DORSA-0000626.pdf | 396 | 2015 | 10/15/2015 | Chartwell Partners | Dorsa | Lana Guidry | 229 | | 201510 |
| DORSA-0000626.pdf | 397 | 2015 | 10/12/2015 | Chartwell Partners | Lana Guidry | Dorsa | 204 | | 201510 |
| DORSA-0000626.pdf | 398 | 2015 | 10/12/2015 | Chartwell Partners | Dorsa | Lana Guidry | 205 | | 201510 |
| DORSA-0000626.pdf | 399 | 2015 | 10/12/2015 | Chartwell Partners | Lana Guidry | Dorsa | 196 | | 201510 |
| DORSA-0000628.pdf | 400 | 2015 | 10/19/2015 | Chartwell Partners | Lana Guidry | Dorsa | | No | 201510 |
| DORSA-0000628.pdf | 401 | 2015 | 10/19/2015 | Chartwell Partners | Dorsa | Lana Guidry | 301 | | 201510 |
| DORSA-0000628.pdf | 402 | 2015 | 10/19/2015 | Chartwell Partners | Lana Guidry | Dorsa | 233 | | 201510 |
| DORSA-0000630.pdf | 403 | 2015 | 10/23/2015 | Chartwell Partners | Lana Guidry | Dorsa | | No | 201510 |
| DORSA-0000631.pdf | 404 | 2015 | 11/6/2015 | DGAI | Joseph Crotty | Dorsa | | No | 201511 |
| DORSA-0000632.pdf | Email Attachment - Other | | | | | | | | |
| DORSA-0000634.pdf | 405 | 2015 | 11/23/2015 | E Plus Cancer Care | Josh Johnson | Dorsa | | No | 201511 |
| DORSA-0000634.pdf | 406 | 2015 | 11/23/2015 | E Plus Cancer Care | Dorsa | Josh Johnson | | No | 201511 |
| DORSA-0000636.pdf | 407 | 2016 | 1/8/2016 | Ross Search | REDACTED | Dorsa | | No | 201601 |
| DORSA-0000636.pdf | 408 | 2016 | 1/7/2016 | Ross Search | Dorsa | REDACTED | | No | 201601 |
| DORSA-0000636.pdf | 409 | 2016 | 1/7/2016 | Ross Search | REDACTED | Dorsa | | No | 201601 |
| DORSA-0000636.pdf | 410 | 2016 | 1/4/2016 | Ross Search | David Woodward Jr. | Dorsa | | No | 201601 |
| DORSA-0000638.pdf | 411 | 2016 | 1/11/2016 | Ross Search | REDACTED | Dorsa | | No | 201601 |
| DORSA-0000638.pdf | 412 | 2016 | 1/10/2016 | Ross Search | Dorsa | REDACTED | | No | 201601 |
| DORSA-0000638.pdf | 413 | 2016 | 1/10/2016 | Ross Search | REDACTED | Dorsa | | No | 201601 |
| DORSA-0000638.pdf | 414 | 2016 | 1/7/2016 | Ross Search | Dorsa | REDACTED | | No | 201601 |
| DORSA-0000638.pdf | 415 | 2016 | 1/7/2016 | Ross Search | REDACTED | Dorsa | 406 | | 201601 |
| DORSA-0000638.pdf | 416 | 2016 | 1/7/2016 | Ross Search | Dorsa | REDACTED | 407 | | 201601 |
| DORSA-0000638.pdf | 417 | 2016 | 1/7/2016 | Ross Search | REDACTED | Dorsa | 408 | | 201601 |
| DORSA-0000638.pdf | 418 | 2016 | 1/4/2016 | Ross Search | David Woodward Jr. | Dorsa | 409 | | 201601 |
| DORSA-0000641.pdf | Email Attachment - Appointment | | | | | | | | |
| DORSA-0000642.pdf | 419 | 2016 | 1/10/2016 | Ross Search | Dorsa | REDACTED | 411 | | 201601 |
| DORSA-0000642.pdf | 420 | 2016 | 1/10/2016 | Ross Search | REDACTED | Dorsa | 412 | | 201601 |
| DORSA-0000642.pdf | 421 | 2016 | 1/7/2016 | Ross Search | Dorsa | REDACTED | 413 | | 201601 |
| DORSA-0000642.pdf | 422 | 2016 | 1/7/2016 | Ross Search | REDACTED | Dorsa | 406 | | 201601 |
| DORSA-0000642.pdf | 423 | 2016 | 1/7/2016 | Ross Search | Dorsa | REDACTED | 407 | | 201601 |
| DORSA-0000642.pdf | 424 | 2016 | 1/7/2016 | Ross Search | REDACTED | Dorsa | 408 | | 201601 |
| DORSA-0000642.pdf | 425 | 2016 | 1/4/2016 | Ross Search | David Woodward Jr. | Dorsa | 409 | | 201601 |
| DORSA-0000645.pdf | Email Attachment - Appointment | | | | | | | | |
| DORSA-0000646.pdf | 426 | 2016 | 1/10/2016 | Ross Search | Dorsa | REDACTED | 411 | | 201601 |
| DORSA-0000646.pdf | 427 | 2016 | 1/10/2016 | Ross Search | REDACTED | Dorsa | 412 | | 201601 |
| DORSA-0000646.pdf | 428 | 2016 | 1/7/2016 | Ross Search | Dorsa | REDACTED | 413 | | 201601 |
| DORSA-0000646.pdf | 429 | 2016 | 1/7/2016 | Ross Search | REDACTED | Dorsa | 406 | | 201601 |
| DORSA-0000646.pdf | 430 | 2016 | 1/7/2016 | Ross Search | Dorsa | REDACTED | 407 | | 201601 |
| DORSA-0000646.pdf | 431 | 2016 | 1/7/2016 | Ross Search | REDACTED | Dorsa | 408 | | 201601 |
| DORSA-0000646.pdf | 432 | 2016 | 1/4/2016 | Ross Search | David Woodward Jr. | Dorsa | 409 | | 201601 |
| DORSA-0000649.pdf | 433 | 2015 | 12/14/2015 | Ross Search | David Woodward Jr. | Dorsa | | No | 201512 |
| DORSA-0000650.pdf | Email Attachment - Other | | | | | | | | |
| DORSA-0000651.pdf | 434 | 2015 | 12/14/2015 | Ross Search | David Woodward Jr. | Dorsa | | No | 201512 |
| DORSA-0000651.pdf | 435 | 2015 | 12/14/2015 | Ross Search | Dorsa | David Woodward Jr. | | No | 201512 |
| DORSA-0000651.pdf | 436 | 2015 | 12/14/2015 | Ross Search | David Woodward Jr. | Dorsa | 432 | | 201512 |
| DORSA-0000653.pdf | 437 | 2015 | 12/18/2015 | Ardent Health | Jeff DeMordaunt | Dorsa | | No | 201512 |
| DORSA-0000654.pdf | Email Attachment - Other | | | | | | | | |
| DORSA-0000656.pdf | 438 | 2016 | 1/4/2016 | Ross Search | David Woodward Jr. | Dorsa | | No | 201601 |

**Dorsa's Efforts to Obtain Employment Workpaper**

| File | Email Unique ID | Year | Date | Firm | From | To | Duplicate | No Dorsa or Dorsa to Dorsa | Year/ Month |
|---|---|---|---|---|---|---|---|---|---|
| DORSA-0000657.pdf | Email Attachment - Appointment | | | | | | | | |
| DORSA-0000658.pdf | 439 | 2016 | 1/20/2016 | Ardent Health | Jeff DeMordaunt | Dorsa | | No | 201601 |
| DORSA-0000658.pdf | 440 | 2016 | 1/12/2016 | Ardent Health | Dorsa | Jeff DeMordaunt | | No | 201601 |
| DORSA-0000659.pdf | 441 | 2016 | 2/26/2016 | Ardent Health | Jeff DeMordaunt | Dorsa | | No | 201602 |
| DORSA-0000660.pdf | 442 | 2013 | 9/16/2013 | Korn Ferry | Rachel Sharp | Dorsa | | No | 201309 |
| DORSA-0000661.pdf | 443 | 2013 | 9/17/2013 | Korn Ferry | Rachel Sharp | Dorsa | | No | 201309 |
| DORSA-0000662.pdf | Email Attachment - Other | | | | | | | | |
| DORSA-0000663.pdf | 444 | 2013 | 9/18/2013 | DHR | Dorsa | Ryan Chatley | | No | 201309 |
| DORSA-0000663.pdf | 445 | 2013 | 9/18/2013 | DHR | Ryan Chatley | Dorsa | | No | 201309 |
| DORSA-0000664.pdf | Email Attachment - Resume | | | | | | | | |
| DORSA-0000667.pdf | 446 | 2013 | 9/21/2013 | USAP | Barry Toren | Dorsa | | No | 201309 |
| DORSA-0000668.pdf | 447 | 2013 | 9/21/2013 | USAP | Dorsa | Kris Bratberg | | No | 201309 |
| DORSA-0000669.pdf | 448 | 2013 | 9/22/2013 | USAP | Kris Bratberg | Dorsa | | No | 201309 |
| DORSA-0000670.pdf | 449 | 2013 | 9/25/2013 | Korn Ferry | Dorsa | Rachel Sharp | | No | 201309 |
| DORSA-0000670.pdf | 450 | 2013 | 9/24/2013 | Korn Ferry | Rachel Sharp | Dorsa | | No | 201309 |
| DORSA-0000671.pdf | 451 | 2013 | 9/27/2013 | Korn Ferry | Barry Toren | Dorsa | | No | 201309 |
| DORSA-0000671.pdf | 452 | 2013 | 9/25/2013 | Korn Ferry | Dorsa | Barry Toren | | No | 201309 |
| DORSA-0000671.pdf | 453 | 2013 | 9/25/2013 | Korn Ferry | Barry Toren | Dorsa | | No | 201309 |
| DORSA-0000671.pdf | 454 | 2013 | 9/25/2013 | Korn Ferry | Dorsa | Barry Toren | | No | 201309 |
| DORSA-0000671.pdf | 455 | 2013 | 9/25/2013 | Korn Ferry | Barry Toren | Dorsa | | No | 201309 |
| DORSA-0000673.pdf | 456 | 2013 | 9/30/2013 | Korn Ferry | Barry Toren | Dorsa | | No | 201309 |
| DORSA-0000673.pdf | 457 | 2013 | 9/30/2013 | Korn Ferry | Dorsa | Barry Toren | | No | 201309 |
| DORSA-0000673.pdf | 458 | 2013 | 9/30/2013 | Korn Ferry | Barry Toren | Dorsa | | No | 201309 |
| DORSA-0000673.pdf | 459 | 2013 | 9/30/2013 | Korn Ferry/Welsh Carson | Brian Regan | Barry Toren | | Yes | 201309 |
| DORSA-0000673.pdf | 460 | 2013 | 9/30/2013 | Korn Ferry/Welsh Carson | Barry Toren | Brian Regan | | Yes | 201309 |
| DORSA-0000674.pdf | 461 | 2013 | 9/30/2013 | Korn Ferry | Barry Toren | Dorsa | | No | 201309 |
| DORSA-0000674.pdf | 462 | 2013 | 9/30/2013 | Korn Ferry/USAP | Kris Bratberg | Barry Toren | | Yes | 201309 |
| DORSA-0000675.pdf | 463 | 2013 | 10/1/2013 | Focus Search Partners | Dorsa | Paul Frankenberg | | No | 201310 |
| DORSA-0000675.pdf | 464 | 2013 | 9/30/2013 | Focus Search Partners | Paul Frankenberg | Dorsa | | No | 201309 |
| DORSA-0000676.pdf | 465 | 2013 | 10/2/2013 | Russel Reynolds | Dorsa | Jim Agnew | | No | 201310 |
| DORSA-0000676.pdf | 466 | 2013 | 10/1/2013 | Russel Reynolds | Jim Agnew | Dorsa | | No | 201310 |
| DORSA-0000676.pdf | 467 | 2013 | 9/30/2013 | Russel Reynolds | Jim Agnew | Jim Agnew | | Yes | 201309 |
| DORSA-0000676.pdf | 468 | 2013 | 8/21/2013 | Russel Reynolds | John Schultz | Jim Agnew | | Yes | 201308 |
| DORSA-0000678.pdf | 469 | 2013 | 10/4/2013 | Korn Ferry | Barry Toren | Dorsa | | No | 201310 |
| DORSA-0000678.pdf | 470 | 2013 | 10/4/2013 | Korn Ferry | Dorsa | Barry Toren | | No | 201310 |
| DORSA-0000678.pdf | 471 | 2013 | 9/30/2013 | Korn Ferry | Barry Toren | Dorsa | 460 | | 201309 |
| DORSA-0000678.pdf | 472 | 2013 | 9/30/2013 | Korn Ferry/USAP | Kris Bratberg | Barry Toren | 461 | | 201309 |
| DORSA-0000680.pdf | Email Attachment - Other | | | | | | | | |
| DORSA-0000681.pdf | 473 | 2013 | 10/5/2013 | Korn Ferry/USAP | Barry Toren | Dorsa | | No | 201310 |
| DORSA-0000681.pdf | 474 | 2013 | 10/5/2013 | Korn Ferry/USAP | Kris Bratberg | Barry Toren | | Yes | 201310 |
| DORSA-0000681.pdf | 475 | 2013 | 10/4/2013 | Korn Ferry/USAP | Barry Toren | Kris Bratberg | | Yes | 201310 |
| DORSA-0000681.pdf | 476 | 2013 | 9/30/2013 | Korn Ferry/USAP | Kris Bratberg | Barry Toren | 461 | | 201309 |
| DORSA-0000683.pdf | 477 | 2013 | 10/8/2013 | Korn Ferry | Barry Toren | Dorsa | | No | 201310 |
| DORSA-0000684.pdf | Email Attachment - Other | | | | | | | | |
| DORSA-0000686.pdf | 478 | 2013 | 10/14/2013 | Regional Care | Dorsa | Kent Wallace | | No | 201310 |
| DORSA-0000687.pdf | Email Attachment - Resume | | | | | | | | |
| DORSA-0000691.pdf | 479 | 2013 | 10/15/2013 | System 1 Search | Kevin Fagan | Dorsa | | No | 201310 |
| DORSA-0000691.pdf | 480 | 2013 | 10/15/2013 | System 1 Search | Dorsa | Kevin Fagan | | No | 201310 |
| DORSA-0000691.pdf | 481 | 2013 | 10/15/2013 | System 1 Search | Kevin Fagan | Dorsa | | No | 201310 |
| DORSA-0000692.pdf | 482 | 2013 | 10/23/2013 | Witt Fieffer | Dorsa | Andrew Chastain | | No | 201310 |
| DORSA-0000693.pdf | Email Attachment - Resume | | | | | | | | |
| DORSA-0000697.pdf | 483 | 2013 | 10/23/2013 | Witt Fieffer | Andrew Chastain | Dorsa | | No | 201310 |
| DORSA-0000697.pdf | 484 | 2013 | 10/23/2013 | Witt Fieffer | Dorsa | Andrew Chastain | 481 | | 201310 |
| DORSA-0000698.pdf | 485 | 2013 | 10/23/2013 | Witt Fieffer | Dorsa | Andrew Chastain | | No | 201310 |

**Dorsa's Efforts to Obtain Employment Workpaper**

| File | Email Unique ID | Year | Date | Firm | From | To | Duplicate | No Dorsa or Dorsa to Dorsa | Year/ Month |
|---|---|---|---|---|---|---|---|---|---|
| DORSA-0000698.pdf | 486 | 2013 | 10/23/2013 | Witt Fieffer | Andrew Chastain | Dorsa | 482 | | 201310 |
| DORSA-0000698.pdf | 487 | 2013 | 10/23/2013 | Witt Fieffer | Dorsa | Andrew Chastain | 481 | | 201310 |
| DORSA-0000699.pdf | 488 | 2013 | 10/23/2013 | Witt Fieffer | Andrew Chastain | Dorsa | | No | 201310 |
| DORSA-0000699.pdf | 489 | 2013 | 10/23/2013 | Witt Fieffer | Dorsa | Andrew Chastain | 484 | | 201310 |
| DORSA-0000699.pdf | 490 | 2013 | 10/23/2013 | Witt Fieffer | Andrew Chastain | Dorsa | 482 | | 201310 |
| DORSA-0000699.pdf | 491 | 2013 | 10/23/2013 | Witt Fieffer | Dorsa | Andrew Chastain | 481 | | 201310 |
| DORSA-0000700.pdf | 492 | 2013 | 10/25/2013 | QHR | Dorsa | Angela Cobb | | No | 201310 |
| DORSA-0000701.pdf | 493 | 2013 | 10/25/2013 | Aris Radiology | Dorsa | Stephen Houff | | No | 201310 |
| DORSA-0000702.pdf | Email Attachment - Resume | | | | | | | | |
| DORSA-0000706.pdf | 494 | 2013 | 10/25/2013 | Aris Radiology | Stephen Houff | Dorsa | | No | 201310 |
| DORSA-0000707.pdf | Email Attachment - Other | | | | | | | | |
| DORSA-0000711.pdf | 495 | 2013 | 10/25/2013 | Aris Radiology | Dorsa | Stephen Houff | 493 | No | 201310 |
| DORSA-0000711.pdf | 496 | 2013 | 10/25/2013 | Aris Radiology | Stephen Houff | Dorsa | 494 | No | 201310 |
| DORSA-0000712.pdf | 497 | 2013 | 10/25/2013 | Focus Search Partners | Paul Frankenberg | Dorsa | | No | 201310 |
| DORSA-0000713.pdf | Email Attachment - Other | | | | | | | | |
| DORSA-0000717.pdf | 498 | 2013 | 10/25/2013 | Apex HG | Dorsa | Mark Harrison | | No | 201310 |
| DORSA-0000718.pdf | Email Attachment - Resume | | | | | | | | |
| DORSA-0000722.pdf | 499 | 2013 | 10/26/2013 | Focus Search Partners | Dorsa | Paul Frankenberg | | No | 201310 |
| DORSA-0000722.pdf | 500 | 2013 | 10/25/2013 | Focus Search Partners | Paul Frankenberg | Dorsa | 496 | | 201310 |
| DORSA-0000723.pdf | 501 | 2013 | 10/28/2013 | Huron | Dorsa | Jim Agnew | | No | 201310 |
| DORSA-0000723.pdf | 502 | 2013 | 10/28/2013 | Huron | Jim Agnew | Dorsa | | No | 201310 |
| DORSA-0000723.pdf | 503 | 2013 | 10/22/2013 | Huron | Dorsa | Jim Agnew | | No | 201310 |
| DORSA-0000724.pdf | 504 | 2013 | 10/28/2013 | Aris Radiology | Dorsa | Stephen Houff | | No | 201310 |
| DORSA-0000724.pdf | 505 | 2013 | 10/28/2013 | Aris Radiology | Stephen Houff | Dorsa | | No | 201310 |
| DORSA-0000724.pdf | 506 | 2013 | 10/25/2013 | Aris Radiology | Dorsa | Stephen Houff | 494 | | 201310 |
| DORSA-0000724.pdf | 507 | 2013 | 10/25/2013 | Aris Radiology | Stephen Houff | Dorsa | 495 | | 201310 |
| DORSA-0000725.pdf | 508 | 2013 | 10/29/2013 | Aris Radiology | Adam Dolder | Dorsa | | No | 201310 |
| DORSA-0000725.pdf | 509 | 2013 | 10/28/2013 | Aris Radiology | Dorsa | Stephen Houff | 503 | | 201310 |
| DORSA-0000725.pdf | 510 | 2013 | 10/28/2013 | Aris Radiology | Stephen Houff | Dorsa | 495 | | 201310 |
| DORSA-0000725.pdf | 511 | 2013 | 10/25/2013 | Aris Radiology | Dorsa | Stephen Houff | 494 | | 201310 |
| DORSA-0000725.pdf | 512 | 2013 | 10/25/2013 | Aris Radiology | Stephen Houff | Dorsa | 495 | | 201310 |
| DORSA-0000727.pdf | 513 | 2013 | 10/29/2013 | Aris Radiology | Dorsa | Adam Dolder | | No | 201310 |
| DORSA-0000727.pdf | 514 | 2013 | 10/29/2013 | Aris Radiology | Adam Dolder | Dorsa | 507 | | 201310 |
| DORSA-0000727.pdf | 515 | 2013 | 10/28/2013 | Aris Radiology | Dorsa | Stephen Houff | 503 | | 201310 |
| DORSA-0000727.pdf | 516 | 2013 | 10/28/2013 | Aris Radiology | Stephen Houff | Dorsa | 495 | | 201310 |
| DORSA-0000727.pdf | 517 | 2013 | 10/25/2013 | Aris Radiology | Dorsa | Stephen Houff | 494 | | 201310 |
| DORSA-0000727.pdf | 518 | 2013 | 10/25/2013 | Aris Radiology | Stephen Houff | Dorsa | 495 | | 201310 |
| DORSA-0000729.pdf | 519 | 2013 | 10/29/2013 | Aris Radiology | Dorsa | Janel Griffin | | No | 201310 |
| DORSA-0000729.pdf | 520 | 2013 | 10/29/2013 | Aris Radiology | Janel Griffin | Dorsa | | No | 201310 |
| DORSA-0000729.pdf | 521 | 2013 | 10/29/2013 | Aris Radiology | Dorsa | Adam Dolder | 512 | | 201310 |
| DORSA-0000729.pdf | 522 | 2013 | 10/29/2013 | Aris Radiology | Adam Dolder | Dorsa | 507 | | 201310 |
| DORSA-0000729.pdf | 523 | 2013 | 10/28/2013 | Aris Radiology | Dorsa | Stephen Houff | 503 | | 201310 |
| DORSA-0000729.pdf | 524 | 2013 | 10/28/2013 | Aris Radiology | Stephen Houff | Dorsa | 495 | | 201310 |
| DORSA-0000729.pdf | 525 | 2013 | 10/25/2013 | Aris Radiology | Dorsa | Stephen Houff | 494 | | 201310 |
| DORSA-0000729.pdf | 526 | 2013 | 10/25/2013 | Aris Radiology | Stephen Houff | Dorsa | 495 | | 201310 |
| DORSA-0000732.pdf | 527 | 2013 | 10/29/2013 | USAP | Dorsa | Kris Bratberg | | No | 201310 |
| DORSA-0000733.pdf | 528 | 2013 | 10/29/2013 | USAP | Dorsa | Kris Bratberg | | No | 201310 |
| DORSA-0000733.pdf | 529 | 2013 | 10/29/2013 | USAP | Kris Bratberg | Dorsa | | No | 201310 |
| DORSA-0000733.pdf | 530 | 2013 | 10/29/2013 | USAP | Dorsa | Kris Bratberg | 526 | | 201310 |
| DORSA-0000735.pdf | Email Attachment - Appointment | | | | | | | | |
| DORSA-0000736.pdf | 531 | 2013 | 10/31/2013 | Aris Radiology | Dorsa | Janel Griffin | | No | 201310 |
| DORSA-0000736.pdf | 532 | 2013 | 10/31/2013 | Aris Radiology | Janel Griffin | Dorsa | | No | 201310 |
| DORSA-0000738.pdf | 533 | 2013 | 10/31/2013 | Aris Radiology | Dorsa | Adam Dolder | | No | 201310 |
| DORSA-0000739.pdf | 534 | 2013 | 10/31/2013 | Aris Radiology | Stephen Houff | Dorsa | | No | 201310 |

**Dorsa's Efforts to Obtain Employment Workpaper**

| File | Email Unique ID | Year | Date | Firm | From | To | Duplicate | No Dorsa or Dorsa to Dorsa | Year/ Month |
|---|---|---|---|---|---|---|---|---|---|
| DORSA-0000739.pdf | 535 | 2013 | 10/29/2013 | Aris Radiology | Dorsa | Janel Griffin | 518 | | 201310 |
| DORSA-0000739.pdf | 536 | 2013 | 10/29/2013 | Aris Radiology | Janel Griffin | Dorsa | 519 | | 201310 |
| DORSA-0000739.pdf | 537 | 2013 | 10/29/2013 | Aris Radiology | Dorsa | Adam Dolder | 512 | | 201310 |
| DORSA-0000739.pdf | 538 | 2013 | 10/29/2013 | Aris Radiology | Adam Dolder | Dorsa | 507 | | 201310 |
| DORSA-0000739.pdf | 539 | 2013 | 10/28/2013 | Aris Radiology | Dorsa | Stephen Houff | 503 | | 201310 |
| DORSA-0000739.pdf | 540 | 2013 | 10/28/2013 | Aris Radiology | Stephen Houff | Dorsa | 495 | | 201310 |
| DORSA-0000739.pdf | 541 | 2013 | 10/25/2013 | Aris Radiology | Dorsa | Stephen Houff | 494 | | 201310 |
| DORSA-0000739.pdf | 542 | 2013 | 10/25/2013 | Aris Radiology | Stephen Houff | Dorsa | 495 | | 201310 |
| DORSA-0000742.pdf | 543 | 2013 | 11/2/2013 | Aris Radiology | Dorsa | Rohan Saikia | | No | 201311 |
| DORSA-0000742.pdf | 544 | 2013 | 11/2/2013 | Aris Radiology | Rohan Saikia | Dorsa | | No | 201311 |
| DORSA-0000742.pdf | 545 | 2013 | 10/31/2013 | Aris Radiology | Adam Dolder | Dorsa | | No | 201310 |
| DORSA-0000742.pdf | 546 | 2013 | 10/31/2013 | Aris Radiology | Dorsa | Adam Dolder | 532 | | 201310 |
| DORSA-0000749.pdf | 547 | 2013 | 11/2/2013 | Aris Radiology | Dorsa | Adam Dolder | | No | 201311 |
| DORSA-0000749.pdf | 548 | 2013 | 10/31/2013 | Aris Radiology | Adam Dolder | Dorsa | 544 | | 201310 |
| DORSA-0000749.pdf | 549 | 2013 | 10/31/2013 | Aris Radiology | Dorsa | Adam Dolder | 532 | | 201310 |
| DORSA-0000751.pdf | 550 | 2013 | 11/5/2013 | Aris Radiology | Dorsa | Lydia Toperzer | | No | 201311 |
| DORSA-0000751.pdf | 551 | 2013 | 11/4/2013 | Aris Radiology | Lydia Toperzer | Dorsa | | No | 201311 |
| DORSA-0000751.pdf | 552 | 2013 | 11/2/2013 | Aris Radiology | Dorsa | Adam Dolder | 546 | | 201311 |
| DORSA-0000751.pdf | 553 | 2013 | 10/31/2013 | Aris Radiology | Adam Dolder | Dorsa | 544 | | 201310 |
| DORSA-0000751.pdf | 554 | 2013 | 10/31/2013 | Aris Radiology | Dorsa | Adam Dolder | 532 | | 201310 |
| DORSA-0000755.pdf | 555 | 2013 | 11/5/2013 | Aris Radiology | Dorsa | Rohan Saikia | | No | 201311 |
| DORSA-0000755.pdf | 556 | 2013 | 11/5/2013 | Aris Radiology | Rohan Saikia | Dorsa | | No | 201311 |
| DORSA-0000755.pdf | 557 | 2013 | 11/5/2013 | Aris Radiology | Dorsa | Rohan Saikia | | No | 201311 |
| DORSA-0000755.pdf | 558 | 2013 | 11/5/2013 | Aris Radiology | Rohan Saikia | Dorsa | | No | 201311 |
| DORSA-0000755.pdf | 559 | 2013 | 11/5/2013 | Aris Radiology | Dorsa | Rohan Saikia | | No | 201311 |
| DORSA-0000759.pdf | 560 | 2013 | 11/7/2013 | Manning Search Group | Dorsa | Roger Manning | | No | 201311 |
| DORSA-0000759.pdf | 561 | 2013 | 11/6/2013 | Manning Search Group | Roger Manning | Dorsa | | No | 201311 |
| DORSA-0000760.pdf | 562 | 2013 | 11/11/2013 | Manning Search Group | Roger Manning | Dorsa | | No | 201311 |
| DORSA-0000761.pdf | Email Attachment - Other | | | | | | | | |
| DORSA-0000763.pdf | 563 | 2013 | 11/11/2013 | Aris Radiology | Lydia Toperzer | Dorsa | | No | 201311 |
| DORSA-0000763.pdf | 564 | 2013 | 11/4/2013 | Aris Radiology | Dorsa | Lydia Toperzer | 549 | | 201311 |
| DORSA-0000763.pdf | 565 | 2013 | 11/4/2013 | Aris Radiology | Lydia Toperzer | Dorsa | 550 | | 201311 |
| DORSA-0000763.pdf | 566 | 2013 | 11/2/2013 | Aris Radiology | Dorsa | Adam Dolder | 546 | | 201311 |
| DORSA-0000763.pdf | 567 | 2013 | 10/31/2013 | Aris Radiology | Adam Dolder | Dorsa | 544 | | 201310 |
| DORSA-0000763.pdf | 568 | 2013 | 10/31/2013 | Aris Radiology | Dorsa | Adam Dolder | 532 | | 201310 |
| DORSA-0000767.pdf | 569 | 2013 | 11/11/2013 | Aris Radiology | Dorsa | Lydia Toperzer | | No | 201311 |
| DORSA-0000767.pdf | 570 | 2013 | 11/11/2013 | Aris Radiology | Lydia Toperzer | Dorsa | 562 | | 201311 |
| DORSA-0000767.pdf | 571 | 2013 | 11/4/2013 | Aris Radiology | Dorsa | Lydia Toperzer | 549 | | 201311 |
| DORSA-0000767.pdf | 572 | 2013 | 11/4/2013 | Aris Radiology | Lydia Toperzer | Dorsa | 550 | | 201311 |
| DORSA-0000767.pdf | 573 | 2013 | 11/2/2013 | Aris Radiology | Dorsa | Adam Dolder | 546 | | 201311 |
| DORSA-0000767.pdf | 574 | 2013 | 10/31/2013 | Aris Radiology | Adam Dolder | Dorsa | 544 | | 201310 |
| DORSA-0000767.pdf | 575 | 2013 | 10/31/2013 | Aris Radiology | Dorsa | Adam Dolder | 532 | | 201310 |
| DORSA-0000771.pdf | 576 | 2013 | 11/11/2013 | Manning Search Group | Dorsa | Roger Manning | | No | 201311 |
| DORSA-0000771.pdf | 577 | 2013 | 11/11/2013 | Manning Search Group | Roger Manning | Dorsa | 561 | | 201311 |
| DORSA-0000772.pdf | Email Attachment - Resume | | | | | | | | |
| DORSA-0000776.pdf | 578 | 2013 | 11/11/2013 | Manning Search Group | Roger Manning | Dorsa | | No | 201311 |
| DORSA-0000776.pdf | 579 | 2013 | 11/11/2013 | Manning Search Group | Dorsa | Roger Manning | 575 | | 201311 |
| DORSA-0000776.pdf | 580 | 2013 | 11/11/2013 | Manning Search Group | Roger Manning | Dorsa | 561 | | 201311 |
| DORSA-0000778.pdf | 581 | 2013 | 11/12/2013 | Manning Search Group | Dorsa | Roger Manning | | No | 201311 |
| DORSA-0000778.pdf | 582 | 2013 | 11/11/2013 | Manning Search Group | Roger Manning | Dorsa | 561 | | 201311 |
| DORSA-0000779.pdf | Email Attachment - Other | | | | | | | | |
| DORSA-0000781.pdf | 583 | 2013 | 11/12/2013 | Hammond Hanlon Camp | Jason Horowitz | Dorsa | | No | 201311 |
| DORSA-0000782.pdf | 584 | 2013 | 11/12/2013 | Manning Search Group | Roger Manning | Dorsa | | No | 201311 |
| DORSA-0000782.pdf | 585 | 2013 | 11/12/2013 | Manning Search Group | Dorsa | Roger Manning | 580 | | 201311 |

**Dorsa's Efforts to Obtain Employment Workpaper**

| File | Email Unique ID | Year | Date | Firm | From | To | Duplicate | No Dorsa or Dorsa to Dorsa | Year/ Month |
|---|---|---|---|---|---|---|---|---|---|
| DORSA-0000782.pdf | 586 | 2013 | 11/11/2013 | Manning Search Group | Roger Manning | Dorsa | 561 | | 201311 |
| DORSA-0000784.pdf | 587 | 2013 | 11/12/2013 | Hammond Hanlon Camp | Dorsa | Jason Horowitz | | No | 201311 |
| DORSA-0000784.pdf | 588 | 2013 | 11/12/2013 | Hammond Hanlon Camp | Jason Horowitz | Dorsa | 582 | | 201311 |
| DORSA-0000785.pdf | Email Attachment - Resume | | | | | | | | |
| DORSA-0000789.pdf | 589 | 2013 | 11/12/2013 | Aris Radiology | Dorsa | Lydia Toperzer | | No | 201311 |
| DORSA-0000789.pdf | 590 | 2013 | 11/12/2013 | Aris Radiology | Lydia Toperzer | Dorsa | | No | 201311 |
| DORSA-0000789.pdf | 591 | 2013 | 11/12/2013 | Aris Radiology | Dorsa | Lydia Toperzer | | No | 201311 |
| DORSA-0000789.pdf | 592 | 2013 | 11/12/2013 | Aris Radiology | Lydia Toperzer | Dorsa | | No | 201311 |
| DORSA-0000789.pdf | 593 | 2013 | 11/12/2013 | Aris Radiology | Dorsa | Lydia Toperzer | | No | 201311 |
| DORSA-0000789.pdf | 594 | 2013 | 11/12/2013 | Aris Radiology | Lydia Toperzer | Dorsa | | No | 201311 |
| DORSA-0000789.pdf | 595 | 2013 | 11/11/2013 | Aris Radiology | Dorsa | Lydia Toperzer | 568 | | 201311 |
| DORSA-0000789.pdf | 596 | 2013 | 11/11/2013 | Aris Radiology | Lydia Toperzer | Dorsa | 562 | | 201311 |
| DORSA-0000789.pdf | 597 | 2013 | 11/4/2013 | Aris Radiology | Dorsa | Lydia Toperzer | 549 | | 201311 |
| DORSA-0000789.pdf | 598 | 2013 | 11/4/2013 | Aris Radiology | Lydia Toperzer | Dorsa | 550 | | 201311 |
| DORSA-0000789.pdf | 599 | 2013 | 11/2/2013 | Aris Radiology | Dorsa | Adam Dolder | 546 | | 201311 |
| DORSA-0000789.pdf | 600 | 2013 | 10/31/2013 | Aris Radiology | Adam Dolder | Dorsa | 544 | | 201310 |
| DORSA-0000789.pdf | 601 | 2013 | 10/31/2013 | Aris Radiology | Dorsa | Adam Dolder | 532 | | 201310 |
| DORSA-0000795.pdf | 602 | 2013 | 11/13/2013 | QHR | Dorsa | Angela Cobb | | No | 201311 |
| DORSA-0000795.pdf | 603 | 2013 | 10/28/2013 | QHR | Angela Cobb | Dorsa | | No | 201310 |
| DORSA-0000795.pdf | 604 | 2013 | 10/25/2013 | QHR | Dorsa | Angela Cobb | 491 | | 201310 |
| DORSA-0000797.pdf | 605 | 2013 | 11/13/2013 | Focus Search Partners | Caryn Yair | Dorsa | | No | 201311 |
| DORSA-0000798.pdf | 606 | 2013 | 11/13/2013 | Mission Point | Corrine Dennison | Dorsa | | No | 201311 |
| DORSA-0000799.pdf | 607 | 2013 | 11/13/2013 | Manning Search Group | Roger Manning | Dorsa | | No | 201311 |
| DORSA-0000800.pdf | 608 | 2013 | 11/14/2013 | Mission Point | Dorsa | Corrine Dennison | | No | 201311 |
| DORSA-0000800.pdf | 609 | 2013 | 11/13/2013 | Mission Point | Corrine Dennison | Dorsa | 605 | | 201311 |
| DORSA-0000802.pdf | Email Attachment - Other | | | | | | | | |
| DORSA-0000803.pdf | Email Attachment - Other | | | | | | | | |
| DORSA-0000804.pdf | 610 | 2013 | 11/14/2013 | Focus Search Partners | Caryn Yair | Dorsa | | No | 201311 |
| DORSA-0000804.pdf | 611 | 2013 | 11/14/2013 | Focus Search Partners | Dorsa | Caryn Yair | | No | 201311 |
| DORSA-0000804.pdf | 612 | 2013 | 11/13/2013 | Focus Search Partners | Caryn Yair | Dorsa | 604 | | 201311 |
| DORSA-0000806.pdf | 613 | 2013 | 11/14/2013 | Manning Search Group | Dorsa | Roger Manning | | No | 201311 |
| DORSA-0000806.pdf | 614 | 2013 | 11/13/2013 | Manning Search Group | Roger Manning | Dorsa | 606 | | 201311 |
| DORSA-0000807.pdf | 615 | 2013 | 11/14/2013 | Focus Search Partners | Dorsa | Caryn Yair | | No | 201311 |
| DORSA-0000807.pdf | 616 | 2013 | 11/14/2013 | Focus Search Partners | Caryn Yair | Dorsa | 609 | | 201311 |
| DORSA-0000807.pdf | 617 | 2013 | 11/14/2013 | Focus Search Partners | Dorsa | Caryn Yair | 610 | | 201311 |
| DORSA-0000807.pdf | 618 | 2013 | 11/13/2013 | Focus Search Partners | Caryn Yair | Dorsa | 604 | | 201311 |
| DORSA-0000809.pdf | 619 | 2013 | 11/14/2013 | QHR | Angela Cobb | Dorsa | | No | 201311 |
| DORSA-0000809.pdf | 620 | 2013 | 11/13/2013 | QHR | Dorsa | Angela Cobb | 601 | | 201311 |
| DORSA-0000809.pdf | 621 | 2013 | 10/28/2013 | QHR | Angela Cobb | Dorsa | 602 | | 201310 |
| DORSA-0000809.pdf | 622 | 2013 | 10/25/2013 | QHR | Dorsa | Angela Cobb | 491 | | 201310 |
| DORSA-0000811.pdf | 623 | 2013 | 11/14/2013 | QHR | Dorsa | Angela Cobb | | No | 201311 |
| DORSA-0000811.pdf | 624 | 2013 | 11/14/2013 | QHR | Angela Cobb | Dorsa | 618 | | 201311 |
| DORSA-0000811.pdf | 625 | 2013 | 11/13/2013 | QHR | Dorsa | Angela Cobb | 601 | | 201311 |
| DORSA-0000811.pdf | 626 | 2013 | 10/28/2013 | QHR | Angela Cobb | Dorsa | 602 | | 201310 |
| DORSA-0000811.pdf | 627 | 2013 | 10/25/2013 | QHR | Dorsa | Angela Cobb | 491 | | 201310 |
| DORSA-0000814.pdf | 628 | 2013 | 11/14/2013 | Mission Point | Dorsa | Corrine Dennison | | No | 201311 |
| DORSA-0000814.pdf | 629 | 2013 | 11/14/2013 | Mission Point | Corrine Dennison | Dorsa | | No | 201311 |
| DORSA-0000814.pdf | 630 | 2013 | 11/14/2013 | Mission Point | Dorsa | Corrine Dennison | | No | 201311 |
| DORSA-0000814.pdf | 631 | 2013 | 11/14/2013 | Mission Point | Corrine Dennison | Dorsa | | No | 201311 |
| DORSA-0000814.pdf | 632 | 2013 | 11/14/2013 | Mission Point | Dorsa | Corrine Dennison | 607 | | 201311 |
| DORSA-0000814.pdf | 633 | 2013 | 11/13/2013 | Mission Point | Corrine Dennison | Dorsa | 605 | | 201311 |
| DORSA-0000817.pdf | 634 | 2013 | 11/14/2013 | Manning Search Group | Roger Manning | Dorsa | | No | 201311 |
| DORSA-0000817.pdf | 635 | 2013 | 11/14/2013 | Manning Search Group | Dorsa | Roger Manning | | No | 201311 |
| DORSA-0000817.pdf | 636 | 2013 | 11/14/2013 | Manning Search Group | Roger Manning | Dorsa | | No | 201311 |

**Dorsa's Efforts to Obtain Employment Workpaper**

| File | Email Unique ID | Year | Date | Firm | From | To | Duplicate | No Dorsa or Dorsa to Dorsa | Year/ Month |
|---|---|---|---|---|---|---|---|---|---|
| DORSA-0000817.pdf | 637 | 2013 | 11/14/2013 | Manning Search Group | Dorsa | Roger Manning | | No | 201311 |
| DORSA-0000817.pdf | 638 | 2013 | 11/14/2013 | Manning Search Group | Roger Manning | Dorsa | | No | 201311 |
| DORSA-0000817.pdf | 639 | 2013 | 11/14/2013 | Manning Search Group | Dorsa | Roger Manning | 612 | | 201311 |
| DORSA-0000817.pdf | 640 | 2013 | 11/13/2013 | Manning Search Group | Roger Manning | Dorsa | 606 | | 201311 |
| DORSA-0000820.pdf | 641 | 2013 | 11/15/2013 | Aris Radiology | Lydia Toperzer | Dorsa | | No | 201311 |
| DORSA-0000820.pdf | 642 | 2013 | 11/12/2013 | Aris Radiology | Dorsa | Lydia Toperzer | 588 | | 201311 |
| DORSA-0000820.pdf | 643 | 2013 | 11/12/2013 | Aris Radiology | Lydia Toperzer | Dorsa | 589 | | 201311 |
| DORSA-0000820.pdf | 644 | 2013 | 11/12/2013 | Aris Radiology | Dorsa | Lydia Toperzer | 590 | | 201311 |
| DORSA-0000820.pdf | 645 | 2013 | 11/12/2013 | Aris Radiology | Lydia Toperzer | Dorsa | 591 | | 201311 |
| DORSA-0000820.pdf | 646 | 2013 | 11/12/2013 | Aris Radiology | Dorsa | Lydia Toperzer | 592 | | 201311 |
| DORSA-0000820.pdf | 647 | 2013 | 11/12/2013 | Aris Radiology | Lydia Toperzer | Dorsa | 593 | | 201311 |
| DORSA-0000820.pdf | 648 | 2013 | 11/11/2013 | Aris Radiology | Dorsa | Lydia Toperzer | 568 | | 201311 |
| DORSA-0000820.pdf | 649 | 2013 | 11/11/2013 | Aris Radiology | Lydia Toperzer | Dorsa | 562 | | 201311 |
| DORSA-0000820.pdf | 650 | 2013 | 11/4/2013 | Aris Radiology | Dorsa | Lydia Toperzer | 549 | | 201311 |
| DORSA-0000820.pdf | 651 | 2013 | 11/4/2013 | Aris Radiology | Lydia Toperzer | Dorsa | 550 | | 201311 |
| DORSA-0000820.pdf | 652 | 2013 | 11/2/2013 | Aris Radiology | Dorsa | Adam Dolder | 546 | | 201311 |
| DORSA-0000820.pdf | 653 | 2013 | 10/31/2013 | Aris Radiology | Adam Dolder | Dorsa | 544 | | 201310 |
| DORSA-0000820.pdf | 654 | 2013 | 10/31/2013 | Aris Radiology | Dorsa | Adam Dolder | 532 | | 201310 |
| DORSA-0000826.pdf | Email Attachment - Other | | | | | | | | |
| DORSA-0000827.pdf | 655 | 2013 | 11/15/2013 | USAP | Kris Bratberg | Dorsa | | No | 201311 |
| DORSA-0000827.pdf | 656 | 2013 | 11/15/2013 | USAP | Dorsa | Kris Bratberg | | No | 201311 |
| DORSA-0000828.pdf | 657 | 2013 | 11/19/2013 | QHR | Dorsa | Michael Halstead | | No | 201311 |
| DORSA-0000829.pdf | 658 | 2013 | 11/19/2013 | Aris Radiology | Dorsa | Rohan Saikia | | No | 201311 |
| DORSA-0000830.pdf | 659 | 2013 | 11/19/2013 | Aris Radiology | Dorsa | Adam Dolder | | No | 201311 |
| DORSA-0000831.pdf | 660 | 2013 | 11/19/2013 | QHR | Dorsa | John Kaszuba | | No | 201311 |
| DORSA-0000831.pdf | 661 | 2013 | 11/18/2013 | QHR | John Kaszuba | Dorsa | | No | 201311 |
| DORSA-0000831.pdf | 662 | 2013 | 11/17/2013 | QHR | Dorsa | John Kaszuba | | No | 201311 |
| DORSA-0000832.pdf | 663 | 2013 | 11/19/2013 | Aris Radiology | Dorsa | Stephen Houff | | No | 201311 |
| DORSA-0000833.pdf | 664 | 2013 | 11/19/2013 | Manning Search Group | Dorsa | Roger Manning | | No | 201311 |
| DORSA-0000833.pdf | 665 | 2013 | 11/19/2013 | Manning Search Group | Roger Manning | Dorsa | | No | 201311 |
| DORSA-0000833.pdf | 666 | 2013 | 11/19/2013 | Manning Search Group | Dorsa | Roger Manning | | No | 201311 |
| DORSA-0000833.pdf | 667 | 2013 | 11/14/2013 | Alliance Oncology | Dana Darling | Dorsa | | No | 201311 |
| DORSA-0000835.pdf | 668 | 2013 | 11/19/2013 | Aris Radiology | Dorsa | Carl Kozlowski | | No | 201311 |
| DORSA-0000836.pdf | 669 | 2013 | 11/20/2013 | Aris Radiology | Dorsa | Jeffery Jay | | No | 201311 |
| DORSA-0000837.pdf | 670 | 2013 | 11/21/2013 | Aris Radiology | Dorsa | Carl Kozlowski | | No | 201311 |
| DORSA-0000837.pdf | 671 | 2013 | 11/21/2013 | Aris Radiology | Carl Kozlowski | Dorsa | | No | 201311 |
| DORSA-0000837.pdf | 672 | 2013 | 11/20/2013 | Aris Radiology | Dorsa | Carl Kozlowski | | No | 201311 |
| DORSA-0000837.pdf | 673 | 2013 | 11/20/2013 | Aris Radiology | Carl Kozlowski | Dorsa | | No | 201311 |
| DORSA-0000837.pdf | 674 | 2013 | 11/20/2013 | Aris Radiology | Dorsa | Carl Kozlowski | | No | 201311 |
| DORSA-0000837.pdf | 675 | 2013 | 11/20/2013 | Aris Radiology | Carl Kozlowski | Dorsa | | No | 201311 |
| DORSA-0000837.pdf | 676 | 2013 | 11/19/2013 | Aris Radiology | Dorsa | Carl Kozlowski | 666 | | 201311 |
| DORSA-0000840.pdf | 677 | 2013 | 11/22/2013 | Manning Search Group | Dorsa | Roger Manning | | No | 201311 |
| DORSA-0000840.pdf | 678 | 2013 | 11/14/2013 | Manning Search Group | Roger Manning | Dorsa | 633 | | 201311 |
| DORSA-0000840.pdf | 679 | 2013 | 11/14/2013 | Manning Search Group | Dorsa | Roger Manning | 634 | | 201311 |
| DORSA-0000840.pdf | 680 | 2013 | 11/14/2013 | Manning Search Group | Roger Manning | Dorsa | 635 | | 201311 |
| DORSA-0000840.pdf | 681 | 2013 | 11/14/2013 | Manning Search Group | Dorsa | Roger Manning | 636 | | 201311 |
| DORSA-0000840.pdf | 682 | 2013 | 11/14/2013 | Manning Search Group | Roger Manning | Dorsa | 637 | | 201311 |
| DORSA-0000840.pdf | 683 | 2013 | 11/14/2013 | Manning Search Group | Dorsa | Roger Manning | 612 | | 201311 |
| DORSA-0000840.pdf | 684 | 2013 | 11/13/2013 | Manning Search Group | Roger Manning | Dorsa | 606 | | 201311 |
| DORSA-0000844.pdf | 685 | 2013 | 11/22/2013 | Manning Search Group | Dorsa | Roger Manning | | No | 201311 |
| DORSA-0000844.pdf | 686 | 2013 | 11/22/2013 | Manning Search Group | Roger Manning | Dorsa | | No | 201311 |
| DORSA-0000844.pdf | 687 | 2013 | 11/22/2013 | Manning Search Group | Dorsa | Roger Manning | 675 | | 201311 |
| DORSA-0000844.pdf | 688 | 2013 | 11/14/2013 | Manning Search Group | Roger Manning | Dorsa | 633 | | 201311 |
| DORSA-0000844.pdf | 689 | 2013 | 11/14/2013 | Manning Search Group | Dorsa | Roger Manning | 634 | | 201311 |

**Dorsa's Efforts to Obtain Employment Workpaper**

| File | Email Unique ID | Year | Date | Firm | From | To | Duplicate | No Dorsa or Dorsa to Dorsa | Year/ Month |
|---|---|---|---|---|---|---|---|---|---|
| DORSA-0000844.pdf | 690 | 2013 | 11/14/2013 | Manning Search Group | Roger Manning | Dorsa | 635 | | 201311 |
| DORSA-0000844.pdf | 691 | 2013 | 11/14/2013 | Manning Search Group | Dorsa | Roger Manning | 636 | | 201311 |
| DORSA-0000844.pdf | 692 | 2013 | 11/14/2013 | Manning Search Group | Roger Manning | Dorsa | 637 | | 201311 |
| DORSA-0000844.pdf | 693 | 2013 | 11/14/2013 | Manning Search Group | Dorsa | Roger Manning | 612 | | 201311 |
| DORSA-0000844.pdf | 694 | 2013 | 11/13/2013 | Manning Search Group | Roger Manning | Dorsa | 606 | | 201311 |
| DORSA-0000848.pdf | 695 | 2013 | 11/22/2013 | Alliance Oncology | Dorsa | Greg Spurlock | | No | 201311 |
| DORSA-0000849.pdf | 696 | 2013 | 11/22/2013 | Alliance Oncology | Dorsa | Cindy Winker | | No | 201311 |
| DORSA-0000850.pdf | 697 | 2013 | 12/5/2013 | Korn Ferry | Giles Caver | Dorsa | | No | 201312 |
| DORSA-0000850.pdf | 698 | 2013 | 12/4/2013 | Korn Ferry | Demetrius UNKNOWN | Giles Caver | | Yes | 201312 |
| DORSA-0000850.pdf | 699 | 2013 | 12/4/2013 | Korn Ferry | Ben Grover | Demetrius UNKNOWN | | Yes | 201312 |
| DORSA-0000852.pdf | 700 | 2013 | 12/11/2013 | Linden Capital Partners | Dorsa | Brian Miller | | No | 201312 |
| DORSA-0000852.pdf | 701 | 2013 | 12/9/2013 | Linden Capital Partners | Brian Miller | Dorsa | | No | 201312 |
| DORSA-0000852.pdf | 702 | 2013 | 12/7/2013 | Linden Capital Partners | Dorsa | Brian Miller | | No | 201312 |
| DORSA-0000852.pdf | 703 | 2013 | 12/6/2013 | Linden Capital Partners | Brian Miller | Dorsa | | No | 201312 |
| DORSA-0000854.pdf | 704 | 2013 | 12/11/2013 | UNKNOWN 3 | Dorsa | Susan Wright | | No | 201312 |
| DORSA-0000855.pdf | 705 | 2013 | 12/11/2013 | The Visibility Company / Propel Wellness | Dorsa | Bob Layne | | No | 201312 |
| DORSA-0000856.pdf | 706 | 2013 | 12/11/2013 | New Mountain Capital | Dorsa | Vignesh Aier | | No | 201312 |
| DORSA-0000856.pdf | 707 | 2013 | 5/29/2013 | New Mountain Capital | Dorsa | Vignesh Aier | | No | 201305 |
| DORSA-0000856.pdf | 708 | 2013 | 5/29/2013 | New Mountain Capital | Vignesh Aier | Dorsa | | No | 201305 |
| DORSA-0000858.pdf | 709 | 2013 | 12/11/2013 | Focus Search Partners | Dorsa | Paul Frankenberg | | No | 201312 |
| DORSA-0000858.pdf | 710 | 2013 | 12/11/2013 | Focus Search Partners | Paul Frankenberg | Dorsa | | No | 201312 |
| DORSA-0000859.pdf | 711 | 2013 | 12/12/2013 | Aris Radiology | Stephen Houff | Dorsa | | No | 201312 |
| DORSA-0000860.pdf | Email Attachment - Other | | | | | | | | |
| DORSA-0000861.pdf | Email Attachment - Other | | | | | | | | |
| DORSA-0000862.pdf | 712 | 2013 | 12/13/2013 | Aris Radiology | Dorsa | Stephen Houff | | No | 201312 |
| DORSA-0000862.pdf | 713 | 2013 | 12/12/2013 | Aris Radiology | Stephen Houff | Dorsa | 709 | | 201312 |
| DORSA-0000863.pdf | 714 | 2013 | 12/13/2013 | Linden Capital Partners | Dorsa | Brian Miller | | No | 201312 |
| DORSA-0000863.pdf | 715 | 2013 | 12/10/2013 | Linden Capital Partners | Brian Miller | Dorsa | | No | 201312 |
| DORSA-0000863.pdf | 716 | 2013 | 12/10/2013 | Linden Capital Partners | Dorsa | Brian Miller | 698 | | 201312 |
| DORSA-0000863.pdf | 717 | 2013 | 12/9/2013 | Linden Capital Partners | Brian Miller | Dorsa | 699 | | 201312 |
| DORSA-0000863.pdf | 718 | 2013 | 12/7/2013 | Linden Capital Partners | Dorsa | Brian Miller | 700 | | 201312 |
| DORSA-0000863.pdf | 719 | 2013 | 12/6/2013 | Linden Capital Partners | Brian Miller | Dorsa | 701 | | 201312 |
| DORSA-0000865.pdf | 720 | 2013 | 12/13/2013 | New Mountain Capital | Vignesh Aier | Dorsa | | No | 201312 |
| DORSA-0000865.pdf | 721 | 2013 | 12/11/2013 | New Mountain Capital | Dorsa | Vignesh Aier | 704 | | 201312 |
| DORSA-0000865.pdf | 722 | 2013 | 5/29/2013 | New Mountain Capital | Dorsa | Vignesh Aier | 705 | | 201305 |
| DORSA-0000865.pdf | 723 | 2013 | 5/29/2013 | New Mountain Capital | Vignesh Aier | Dorsa | 706 | | 201305 |
| DORSA-0000867.pdf | 724 | 2013 | 12/16/2013 | Aris Radiology | Stephen Houff | Dorsa | | No | 201312 |
| DORSA-0000867.pdf | 725 | 2013 | 12/16/2013 | Aris Radiology | Dorsa | Stephen Houff | | No | 201312 |
| DORSA-0000867.pdf | 726 | 2013 | 12/16/2013 | Aris Radiology | Stephen Houff | Dorsa | | No | 201312 |
| DORSA-0000867.pdf | 727 | 2013 | 12/14/2013 | Aris Radiology | Dorsa | Stephen Houff | | No | 201312 |
| DORSA-0000867.pdf | 728 | 2013 | 12/12/2013 | Aris Radiology | Stephen Houff | Dorsa | | No | 201312 |
| DORSA-0000867.pdf | 729 | 2013 | 12/12/2013 | Aris Radiology | Dorsa | Stephen Houff | 710 | | 201312 |
| DORSA-0000867.pdf | 730 | 2013 | 12/12/2013 | Aris Radiology | Stephen Houff | Dorsa | 709 | | 201312 |
| DORSA-0000869.pdf | 731 | 2013 | 12/19/2013 | QHR | Dorsa | Angela Cobb | | No | 201312 |
| DORSA-0000869.pdf | 732 | 2013 | 12/19/2013 | QHR | Angela Cobb | Dorsa | | No | 201312 |
| DORSA-0000869.pdf | 733 | 2013 | 12/11/2013 | QHR | Dorsa | Angela Cobb | | No | 201312 |
| DORSA-0000869.pdf | 734 | 2013 | 12/11/2013 | QHR | Angela Cobb | Dorsa | | No | 201312 |
| DORSA-0000869.pdf | 735 | 2013 | 12/11/2013 | QHR | Dorsa | Angela Cobb | | No | 201312 |
| DORSA-0000869.pdf | 736 | 2013 | 11/14/2013 | QHR | Angela Cobb | Dorsa | 618 | | 201311 |
| DORSA-0000869.pdf | 737 | 2013 | 11/13/2013 | QHR | Dorsa | Angela Cobb | 601 | | 201311 |
| DORSA-0000869.pdf | 738 | 2013 | 10/28/2013 | QHR | Angela Cobb | Dorsa | 602 | | 201310 |
| DORSA-0000869.pdf | 739 | 2013 | 10/25/2013 | QHR | Dorsa | Angela Cobb | 491 | | 201310 |
| DORSA-0000873.pdf | 740 | 2013 | 12/25/2013 | Korn Ferry | Dorsa | Ben Grover | | No | 201312 |
| DORSA-0000873.pdf | 741 | 2013 | 12/23/2013 | Korn Ferry | Ben Grover | Dorsa | | No | 201312 |

**Dorsa's Efforts to Obtain Employment Workpaper**

| File | Email Unique ID | Year | Date | Firm | From | To | Duplicate | No Dorsa or Dorsa to Dorsa | Year/ Month |
|---|---|---|---|---|---|---|---|---|---|
| DORSA-0000875.pdf | 742 | 2013 | 12/26/2013 | Aris Radiology | Dorsa | Stephen Houff | | No | 201312 |
| DORSA-0000875.pdf | 743 | 2013 | 12/22/2013 | Aris Radiology | Stephen Houff | Dorsa | | No | 201312 |
| DORSA-0000875.pdf | 744 | 2013 | 12/21/2013 | Aris Radiology | Dorsa | Stephen Houff | | No | 201312 |
| DORSA-0000876.pdf | 745 | 2013 | 12/26/2013 | Aris Radiology | Stephen Houff | Dorsa | | No | 201312 |
| DORSA-0000876.pdf | 746 | 2013 | 12/26/2013 | Aris Radiology | Dorsa | Stephen Houff | 740 | | 201312 |
| DORSA-0000876.pdf | 747 | 2013 | 12/22/2013 | Aris Radiology | Stephen Houff | Dorsa | 741 | | 201312 |
| DORSA-0000876.pdf | 748 | 2013 | 12/21/2013 | Aris Radiology | Dorsa | Stephen Houff | 742 | | 201312 |
| DORSA-0000877.pdf | 749 | 2013 | 12/26/2013 | Focus Search Partners | Paul Frankenberg | Dorsa | | No | 201312 |
| DORSA-0000878.pdf | 750 | 2013 | 12/30/2013 | Aris Radiology | Carl Kozlowski | Dorsa | | No | 201312 |
| DORSA-0000879.pdf | Email Attachment - Other | | | | | | | | |
| DORSA-0000900.pdf | 751 | 2013 | 12/30/2013 | Focus Search Partners | Paul Frankenberg | Dorsa | | No | 201312 |
| DORSA-0000900.pdf | 752 | 2013 | 12/29/2013 | Focus Search Partners | Dorsa | Paul Frankenberg | | No | 201312 |
| DORSA-0000900.pdf | 753 | 2013 | 12/26/2013 | Focus Search Partners | Paul Frankenberg | Dorsa | 747 | | 201312 |
| DORSA-0000901.pdf | 754 | 2013 | 12/30/2013 | Focus Search Partners | Dorsa | Paul Frankenberg | | No | 201312 |
| DORSA-0000901.pdf | 755 | 2013 | 12/30/2013 | Focus Search Partners | Paul Frankenberg | Dorsa | 749 | | 201312 |
| DORSA-0000901.pdf | 756 | 2013 | 12/29/2013 | Focus Search Partners | Dorsa | Paul Frankenberg | 750 | | 201312 |
| DORSA-0000901.pdf | 757 | 2013 | 12/26/2013 | Focus Search Partners | Paul Frankenberg | Dorsa | 747 | | 201312 |
| DORSA-0000903.pdf | Email Attachment - Resume | | | | | | | | |
| DORSA-0000907.pdf | 758 | 2013 | 12/30/2013 | E Plus Cancer Care | Dorsa | Tom Weiss | | No | 201312 |
| DORSA-0000908.pdf | Email Attachment - Resume | | | | | | | | |
| DORSA-0000912.pdf | 759 | 2013 | 12/30/2013 | E Plus Cancer Care | Tom Weiss | Dorsa | | No | 201312 |
| DORSA-0000913.pdf | Email Attachment - Contact | | | | | | | | |
| DORSA-0000914.pdf | 760 | 2013 | 12/30/2013 | Russel Reynolds | Tom Weiss | Dorsa | | No | 201312 |
| DORSA-0000914.pdf | 761 | 2013 | 12/30/2013 | Russel Reynolds | Tom Weiss | Sarah Eames | | Yes | 201312 |
| DORSA-0000915.pdf | Email Attachment - Resume | | | | | | | | |
| DORSA-0000919.pdf | 762 | 2013 | 12/30/2013 | Russel Reynolds | Dorsa | Tom Weiss | | No | 201312 |
| DORSA-0000919.pdf | 763 | 2013 | 12/30/2013 | Russel Reynolds | Tom Weiss | Dorsa | 758 | | 201312 |
| DORSA-0000919.pdf | 764 | 2013 | 12/30/2013 | Russel Reynolds | Tom Weiss | Sarah Eames | 759 | | 201312 |
| DORSA-0000921.pdf | 765 | 2013 | 12/30/2013 | Focus Search Partners | Dorsa | Nicole Inkrote | | No | 201312 |
| DORSA-0000921.pdf | 766 | 2013 | 12/30/2013 | Focus Search Partners | Nicole Inkrote | Dorsa | | No | 201312 |
| DORSA-0000921.pdf | 767 | 2013 | 12/30/2013 | Focus Search Partners | Dorsa | Nicole Inkrote | | No | 201312 |
| DORSA-0000921.pdf | 768 | 2013 | 12/30/2013 | Focus Search Partners | Nicole Inkrote | Dorsa | | No | 201312 |
| DORSA-0000921.pdf | 769 | 2013 | 12/26/2013 | Focus Search Partners | Dorsa | Paul Frankenberg | | No | 201312 |
| DORSA-0000921.pdf | 770 | 2013 | 12/26/2013 | Focus Search Partners | Paul Frankenberg | Dorsa | 747 | | 201312 |
| DORSA-0000923.pdf | 771 | 2013 | 12/31/2013 | Focus Search Partners | Rachel Anderson | Dorsa | | No | 201312 |
| DORSA-0000923.pdf | 772 | 2013 | 12/30/2013 | Focus Search Partners | Paul Frankenberg | Rachel Anderson | | Yes | 201312 |
| DORSA-0000923.pdf | 773 | 2013 | 12/30/2013 | Focus Search Partners | Rachel Anderson | Nicole Inkrote | | Yes | 201312 |
| DORSA-0000924.pdf | 774 | 2013 | 12/31/2013 | PharMerica Corporation | Michael Culotta | Dorsa | | No | 201312 |
| DORSA-0000924.pdf | 775 | 2013 | 12/30/2013 | PharMerica Corporation | Dorsa | Michael Culotta | | No | 201312 |
| DORSA-0000925.pdf | 776 | 2013 | 12/31/2013 | Aris Radiology | Stephen Houff | Dorsa | | No | 201312 |
| DORSA-0000925.pdf | 777 | 2013 | 12/31/2013 | Aris Radiology | Dorsa | Stephen Houff | | No | 201312 |
| DORSA-0000926.pdf | 778 | 2014 | 1/2/2014 | McDermott Will & Emery | Dorsa | Gary Gertler | | No | 201401 |
| DORSA-0000926.pdf | 779 | 2014 | 1/1/2014 | McDermott Will & Emery | Gary Gertler | Dorsa | | No | 201401 |
| DORSA-0000926.pdf | 780 | 2013 | 9/12/2013 | McDermott Will & Emery | Dorsa | Gary Gertler | | No | 201309 |
| DORSA-0000928.pdf | 781 | 2014 | 1/2/2014 | Spencer Sterwart | Dorsa | Sid Prashar | | No | 201401 |
| DORSA-0000928.pdf | 782 | 2013 | 10/31/2013 | Spencer Sterwart | UNKNOWN | Jim Agnew | | Yes | 201310 |
| DORSA-0000930.pdf | Email Attachment - Resume | | | | | | | | |
| DORSA-0000934.pdf | 783 | 2014 | 1/2/2014 | Spencer Sterwart | Dorsa | Myia T. | | No | 201401 |
| DORSA-0000934.pdf | 784 | 2014 | 1/2/2014 | Spencer Sterwart | Dorsa | Sid Prashar | 780 | | 201401 |
| DORSA-0000934.pdf | 785 | 2013 | 10/31/2013 | Spencer Sterwart | UNKNOWN | Jim Agnew | 781 | | 201310 |
| DORSA-0000936.pdf | Email Attachment - Resume | | | | | | | | |
| DORSA-0000940.pdf | 786 | 2014 | 1/2/2014 | Spencer Sterwart | Myia Turbyfill | Dorsa | | No | 201401 |
| DORSA-0000940.pdf | 787 | 2014 | 1/2/2014 | Spencer Sterwart | Dorsa | Myia Turbyfill | 782 | | 201401 |
| DORSA-0000940.pdf | 788 | 2014 | 1/2/2014 | Spencer Sterwart | Dorsa | Sid Prashar | 780 | | 201401 |

**Dorsa's Efforts to Obtain Employment Workpaper**

| File | Email Unique ID | Year | Date | Firm | From | To | Duplicate | No Dorsa or Dorsa to Dorsa | Year/ Month |
|---|---|---|---|---|---|---|---|---|---|
| DORSA-0000940.pdf | 789 | 2013 | 10/31/2013 | Spencer Sterwart | UNKNOWN | Jim Agnew | 781 | | 201310 |
| DORSA-0000942.pdf | 790 | 2014 | 1/2/2014 | UNKNOWN 4 | Dorsa | Matt Lowney | | No | 201401 |
| DORSA-0000942.pdf | 791 | 2014 | 1/2/2014 | UNKNOWN 4 | Matt Lowney | Dorsa | | No | 201401 |
| DORSA-0000942.pdf | 792 | 2014 | 1/2/2014 | UNKNOWN 4 | Dorsa | Matt Lowney | | No | 201401 |
| DORSA-0000944.pdf | 793 | 2014 | 1/2/2014 | Spencer Sterwart | Dorsa | Myia Turbyfill | | No | 201401 |
| DORSA-0000944.pdf | 794 | 2014 | 1/2/2014 | Spencer Sterwart | Myia Turbyfill | Dorsa | 785 | | 201401 |
| DORSA-0000944.pdf | 795 | 2014 | 1/2/2014 | Spencer Sterwart | Dorsa | Myia Turbyfill | 782 | | 201401 |
| DORSA-0000944.pdf | 796 | 2014 | 1/2/2014 | Spencer Sterwart | Dorsa | Sid Prashar | 780 | | 201401 |
| DORSA-0000944.pdf | 797 | 2013 | 10/31/2013 | Spencer Sterwart | UNKNOWN | Jim Agnew | 781 | | 201310 |
| DORSA-0000947.pdf | 798 | 2014 | 1/7/2014 | Focus Search Partners | Paul Frankenberg | Dorsa | | No | 201401 |
| DORSA-0000948.pdf | 799 | 2014 | 1/8/2014 | Radiology Partners | Dorsa | Rich Whitney | | No | 201401 |
| DORSA-0000948.pdf | 800 | 2014 | 1/7/2014 | Radiology Partners | Rich Whitney | Dorsa | | No | 201401 |
| DORSA-0000948.pdf | 801 | 2014 | 1/7/2014 | Radiology Partners | Dorsa | Rich Whitney | | No | 201401 |
| DORSA-0000948.pdf | 802 | 2014 | 1/7/2014 | Radiology Partners | Rich Whitney | Dorsa | | No | 201401 |
| DORSA-0000948.pdf | 803 | 2013 | 11/21/2013 | Radiology Partners | Dorsa | Rich Whitney | | No | 201311 |
| DORSA-0000950.pdf | 804 | 2014 | 1/8/2014 | Physicians Endoscopy | Dorsa | Barry Tanner | | No | 201401 |
| DORSA-0000951.pdf | 805 | 2014 | 1/8/2014 | Focus Search Partners | Dorsa | Paul Frankenberg | | No | 201401 |
| DORSA-0000951.pdf | 806 | 2014 | 1/8/2014 | Physicians Endoscopy | Dorsa | Barry Tanner | 803 | | 201401 |
| DORSA-0000952.pdf | 807 | 2014 | 1/8/2014 | Focus Search Partners | Dorsa | Paul Frankenberg | | No | 201401 |
| DORSA-0000952.pdf | 808 | 2014 | 1/8/2014 | Focus Search Partners | Paul Frankenberg | Dorsa | | No | 201401 |
| DORSA-0000952.pdf | 809 | 2014 | 1/7/2014 | Focus Search Partners | Dorsa | Paul Frankenberg | | No | 201401 |
| DORSA-0000952.pdf | 810 | 2014 | 1/7/2014 | Focus Search Partners | Paul Frankenberg | Dorsa | 797 | | 201401 |
| DORSA-0000954.pdf | 811 | 2014 | 1/8/2014 | Physicians Endoscopy | Barry Tanner | Dorsa | | No | 201401 |
| DORSA-0000954.pdf | 812 | 2014 | 1/8/2014 | Physicians Endoscopy | Dorsa | Barry Tanner | 803 | | 201401 |
| DORSA-0000955.pdf | 813 | 2014 | 1/9/2014 | Regional Care | Dorsa | Kent Wallace | | No | 201401 |
| DORSA-0000955.pdf | 814 | 2013 | 10/14/2013 | Regional Care | Dorsa | Kent Wallace | 477 | | 201310 |
| DORSA-0000956.pdf | 815 | 2014 | 1/10/2014 | IntegraMed | Bill Hughson | Dorsa | | No | 201401 |
| DORSA-0000956.pdf | 816 | 2014 | 1/9/2014 | IntegraMed | Dorsa | Bill Hughson | | No | 201401 |
| DORSA-0000957.pdf | 817 | 2014 | 1/11/2014 | Accelecare | Robin Walsh | Dorsa | | No | 201401 |
| DORSA-0000957.pdf | 818 | 2014 | 1/2/2014 | Accelecare | Dorsa | Robin Walsh | | No | 201401 |
| DORSA-0000959.pdf | Email Attachment - Resume | | | | | | | | |
| DORSA-0000962.pdf | 819 | 2014 | 1/11/2014 | Accelecare | Dorsa | Robin Walsh | | No | 201401 |
| DORSA-0000962.pdf | 820 | 2014 | 1/11/2014 | Accelecare | Robin Walsh | Dorsa | 816 | | 201401 |
| DORSA-0000962.pdf | 821 | 2014 | 1/2/2014 | Accelecare | Dorsa | Robin Walsh | 817 | | 201401 |
| DORSA-0000964.pdf | Email Attachment - Resume | | | | | | | | |
| DORSA-0000968.pdf | 822 | 2014 | 1/11/2014 | IntegraMed | Dorsa | Bill Hughson | | No | 201401 |
| DORSA-0000968.pdf | 823 | 2014 | 1/10/2014 | IntegraMed | Bill Hughson | Dorsa | 814 | | 201401 |
| DORSA-0000968.pdf | 824 | 2014 | 1/9/2014 | IntegraMed | Dorsa | Bill Hughson | 815 | | 201401 |
| DORSA-0000969.pdf | Email Attachment - Other | | | | | | | | |
| DORSA-0000970.pdf | Email Attachment - Other | | | | | | | | |
| DORSA-0000971.pdf | Email Attachment - Resume | | | | | | | | |
| DORSA-0000975.pdf | 825 | 2014 | 1/14/2014 | QHR | Angela Cobb | Dorsa | | No | 201401 |
| DORSA-0000975.pdf | 826 | 2014 | 1/13/2014 | QHR | Dorsa | Angela Cobb | | No | 201401 |
| DORSA-0000975.pdf | 827 | 2013 | 12/19/2013 | QHR | Angela Cobb | Dorsa | 731 | | 201312 |
| DORSA-0000975.pdf | 828 | 2013 | 12/11/2013 | QHR | Dorsa | Angela Cobb | 732 | | 201312 |
| DORSA-0000975.pdf | 829 | 2013 | 12/11/2013 | QHR | Angela Cobb | Dorsa | 733 | | 201312 |
| DORSA-0000975.pdf | 830 | 2013 | 12/11/2013 | QHR | Dorsa | Angela Cobb | 734 | | 201312 |
| DORSA-0000975.pdf | 831 | 2013 | 11/14/2013 | QHR | Angela Cobb | Dorsa | 618 | | 201311 |
| DORSA-0000975.pdf | 832 | 2013 | 11/13/2013 | QHR | Dorsa | Angela Cobb | 601 | | 201311 |
| DORSA-0000975.pdf | 833 | 2013 | 10/28/2013 | QHR | Angela Cobb | Dorsa | 602 | | 201310 |
| DORSA-0000975.pdf | 834 | 2013 | 10/25/2013 | QHR | Dorsa | Angela Cobb | 491 | | 201310 |
| DORSA-0000980.pdf | 835 | 2014 | 1/14/2014 | Accelecare | Dorsa | Robin Walsh | | No | 201401 |
| DORSA-0000981.pdf | 836 | 2014 | 1/14/2014 | Accelecare | Robin Walsh | Dorsa | | No | 201401 |
| DORSA-0000981.pdf | 837 | 2014 | 1/14/2014 | Accelecare | Dorsa | Robin Walsh | 834 | | 201401 |

**Dorsa's Efforts to Obtain Employment Workpaper**

| File | Email Unique ID | Year | Date | Firm | From | To | Duplicate | No Dorsa or Dorsa to Dorsa | Year/ Month |
|---|---|---|---|---|---|---|---|---|---|
| DORSA-0000982.pdf | 838 | 2014 | 1/16/2014 | Korn Ferry | Ben Grover | Dorsa | | No | 201401 |
| DORSA-0000982.pdf | 839 | 2014 | 1/11/2014 | Korn Ferry | Dorsa | Ben Grover | | No | 201401 |
| DORSA-0000982.pdf | 840 | 2014 | 1/11/2014 | Korn Ferry | Ben Grover | Dorsa | | No | 201401 |
| DORSA-0000982.pdf | 841 | 2014 | 1/11/2014 | Korn Ferry | Dorsa | Ben Grover | | No | 201401 |
| DORSA-0000982.pdf | 842 | 2014 | 1/11/2014 | Korn Ferry | Ben Grover | Dorsa | | No | 201401 |
| DORSA-0000982.pdf | 843 | 2013 | 12/25/2013 | Korn Ferry | Dorsa | Ben Grover | 739 | | 201312 |
| DORSA-0000982.pdf | 844 | 2013 | 12/23/2013 | Korn Ferry | Ben Grover | Dorsa | 740 | | 201312 |
| DORSA-0000985.pdf | 845 | 2014 | 1/16/2014 | Korn Ferry | Dorsa | Ben Grover | | No | 201401 |
| DORSA-0000985.pdf | 846 | 2014 | 1/16/2014 | Korn Ferry | Ben Grover | Dorsa | 837 | | 201401 |
| DORSA-0000985.pdf | 847 | 2014 | 1/11/2014 | Korn Ferry | Dorsa | Ben Grover | 838 | | 201401 |
| DORSA-0000985.pdf | 848 | 2014 | 1/11/2014 | Korn Ferry | Ben Grover | Dorsa | 839 | | 201401 |
| DORSA-0000985.pdf | 849 | 2014 | 1/11/2014 | Korn Ferry | Dorsa | Ben Grover | 840 | | 201401 |
| DORSA-0000985.pdf | 850 | 2014 | 1/11/2014 | Korn Ferry | Ben Grover | Dorsa | 841 | | 201401 |
| DORSA-0000985.pdf | 851 | 2013 | 12/25/2013 | Korn Ferry | Dorsa | Ben Grover | 739 | | 201312 |
| DORSA-0000985.pdf | 852 | 2013 | 12/23/2013 | Korn Ferry | Ben Grover | Dorsa | 740 | | 201312 |
| DORSA-0000988.pdf | 853 | 2014 | 1/17/2014 | Korn Ferry | Ben Grover | Dorsa | | No | 201401 |
| DORSA-0000988.pdf | 854 | 2014 | 1/16/2014 | Korn Ferry | Dorsa | Ben Grover | 844 | | 201401 |
| DORSA-0000988.pdf | 855 | 2014 | 1/16/2014 | Korn Ferry | Ben Grover | Dorsa | 837 | | 201401 |
| DORSA-0000988.pdf | 856 | 2014 | 1/11/2014 | Korn Ferry | Dorsa | Ben Grover | 838 | | 201401 |
| DORSA-0000988.pdf | 857 | 2014 | 1/11/2014 | Korn Ferry | Ben Grover | Dorsa | 839 | | 201401 |
| DORSA-0000988.pdf | 858 | 2014 | 1/11/2014 | Korn Ferry | Dorsa | Ben Grover | 840 | | 201401 |
| DORSA-0000988.pdf | 859 | 2014 | 1/11/2014 | Korn Ferry | Ben Grover | Dorsa | 841 | | 201401 |
| DORSA-0000988.pdf | 860 | 2013 | 12/25/2013 | Korn Ferry | Dorsa | Ben Grover | 739 | | 201312 |
| DORSA-0000988.pdf | 861 | 2013 | 12/23/2013 | Korn Ferry | Ben Grover | Dorsa | 740 | | 201312 |
| DORSA-0000991.pdf | 862 | 2014 | 1/17/2014 | Korn Ferry | Dorsa | Ben Grover | | No | 201401 |
| DORSA-0000991.pdf | 863 | 2014 | 1/16/2014 | Korn Ferry | Ben Grover | Dorsa | 852 | | 201401 |
| DORSA-0000991.pdf | 864 | 2014 | 1/16/2014 | Korn Ferry | Dorsa | Ben Grover | 844 | | 201401 |
| DORSA-0000991.pdf | 865 | 2014 | 1/16/2014 | Korn Ferry | Ben Grover | Dorsa | 837 | | 201401 |
| DORSA-0000991.pdf | 866 | 2014 | 1/11/2014 | Korn Ferry | Dorsa | Ben Grover | 838 | | 201401 |
| DORSA-0000991.pdf | 867 | 2014 | 1/11/2014 | Korn Ferry | Ben Grover | Dorsa | 839 | | 201401 |
| DORSA-0000991.pdf | 868 | 2014 | 1/11/2014 | Korn Ferry | Dorsa | Ben Grover | 840 | | 201401 |
| DORSA-0000991.pdf | 869 | 2014 | 1/11/2014 | Korn Ferry | Ben Grover | Dorsa | 841 | | 201401 |
| DORSA-0000991.pdf | 870 | 2013 | 12/25/2013 | Korn Ferry | Dorsa | Ben Grover | 739 | | 201312 |
| DORSA-0000991.pdf | 871 | 2013 | 12/23/2013 | Korn Ferry | Ben Grover | Dorsa | 740 | | 201312 |
| DORSA-0000995.pdf | 872 | 2014 | 1/17/2014 | Korn Ferry | Amy Eichberger | Dorsa | | No | 201401 |
| DORSA-0000995.pdf | 873 | 2014 | 1/16/2014 | Korn Ferry | Dorsa | Ben Grover | 861 | | 201401 |
| DORSA-0000995.pdf | 874 | 2014 | 1/16/2014 | Korn Ferry | Ben Grover | Dorsa | 852 | | 201401 |
| DORSA-0000995.pdf | 875 | 2014 | 1/16/2014 | Korn Ferry | Dorsa | Ben Grover | 844 | | 201401 |
| DORSA-0000995.pdf | 876 | 2014 | 1/16/2014 | Korn Ferry | Ben Grover | Dorsa | 837 | | 201401 |
| DORSA-0000995.pdf | 877 | 2014 | 1/11/2014 | Korn Ferry | Dorsa | Ben Grover | 838 | | 201401 |
| DORSA-0000995.pdf | 878 | 2014 | 1/11/2014 | Korn Ferry | Ben Grover | Dorsa | 839 | | 201401 |
| DORSA-0000995.pdf | 879 | 2014 | 1/11/2014 | Korn Ferry | Dorsa | Ben Grover | 840 | | 201401 |
| DORSA-0000995.pdf | 880 | 2014 | 1/11/2014 | Korn Ferry | Ben Grover | Dorsa | 841 | | 201401 |
| DORSA-0000995.pdf | 881 | 2013 | 12/25/2013 | Korn Ferry | Dorsa | Ben Grover | 739 | | 201312 |
| DORSA-0000995.pdf | 882 | 2013 | 12/23/2013 | Korn Ferry | Ben Grover | Dorsa | 740 | | 201312 |
| DORSA-0001000.pdf | 883 | 2014 | 1/17/2014 | Korn Ferry | Dorsa | Amy Eichberger | | No | 201401 |
| DORSA-0001000.pdf | 884 | 2014 | 1/17/2014 | Korn Ferry | Amy Eichberger | Dorsa | 871 | | 201401 |
| DORSA-0001000.pdf | 885 | 2014 | 1/16/2014 | Korn Ferry | Dorsa | Ben Grover | 861 | | 201401 |
| DORSA-0001000.pdf | 886 | 2014 | 1/16/2014 | Korn Ferry | Ben Grover | Dorsa | 852 | | 201401 |
| DORSA-0001000.pdf | 887 | 2014 | 1/16/2014 | Korn Ferry | Dorsa | Ben Grover | 844 | | 201401 |
| DORSA-0001000.pdf | 888 | 2014 | 1/16/2014 | Korn Ferry | Ben Grover | Dorsa | 837 | | 201401 |
| DORSA-0001000.pdf | 889 | 2014 | 1/11/2014 | Korn Ferry | Dorsa | Ben Grover | 838 | | 201401 |
| DORSA-0001000.pdf | 890 | 2014 | 1/11/2014 | Korn Ferry | Ben Grover | Dorsa | 839 | | 201401 |
| DORSA-0001000.pdf | 891 | 2014 | 1/11/2014 | Korn Ferry | Dorsa | Ben Grover | 840 | | 201401 |

**Dorsa's Efforts to Obtain Employment Workpaper**

| File | Email Unique ID | Year | Date | Firm | From | To | Duplicate | No Dorsa or Dorsa to Dorsa | Year/ Month |
|---|---|---|---|---|---|---|---|---|---|
| DORSA-0001000.pdf | 892 | 2014 | 1/11/2014 | Korn Ferry | Ben Grover | Dorsa | 841 | | 201401 |
| DORSA-0001000.pdf | 893 | 2013 | 12/25/2013 | Korn Ferry | Dorsa | Ben Grover | 739 | | 201312 |
| DORSA-0001000.pdf | 894 | 2013 | 12/23/2013 | Korn Ferry | Ben Grover | Dorsa | 740 | | 201312 |
| DORSA-0001005.pdf | 895 | 2014 | 1/18/2014 | Accelecare | Robin Walsh | Dorsa | | No | 201401 |
| DORSA-0001005.pdf | 896 | 2014 | 1/17/2014 | Accelecare | Dorsa | Robin Walsh | | No | 201401 |
| DORSA-0001005.pdf | 897 | 2014 | 1/10/2014 | Accelecare | Robin Walsh | Dorsa | | No | 201401 |
| DORSA-0001005.pdf | 898 | 2014 | 1/10/2014 | Accelecare | Dorsa | Robin Walsh | 818 | | 201401 |
| DORSA-0001005.pdf | 899 | 2014 | 1/10/2014 | Accelecare | Robin Walsh | Dorsa | 816 | | 201401 |
| DORSA-0001005.pdf | 900 | 2014 | 1/2/2014 | Accelecare | Dorsa | Robin Walsh | 817 | | 201401 |
| DORSA-0001008.pdf | 901 | 2014 | 1/18/2014 | IntegraMed | Dorsa | Bill Hughson | | No | 201401 |
| DORSA-0001009.pdf | 902 | 2014 | 1/18/2014 | Linden Capital Partners | Brian Miller | Dorsa | | No | 201401 |
| DORSA-0001009.pdf | 903 | 2014 | 1/17/2014 | Linden Capital Partners | Dorsa | Brian Miller | | No | 201401 |
| DORSA-0001009.pdf | 904 | 2013 | 12/19/2013 | Linden Capital Partners | Brian Miller | Dorsa | | No | 201312 |
| DORSA-0001009.pdf | 905 | 2013 | 12/12/2013 | Linden Capital Partners | Dorsa | Brian Miller | 713 | | 201312 |
| DORSA-0001009.pdf | 906 | 2013 | 12/10/2013 | Linden Capital Partners | Brian Miller | Dorsa | 714 | | 201312 |
| DORSA-0001009.pdf | 907 | 2013 | 12/10/2013 | Linden Capital Partners | Dorsa | Brian Miller | 698 | | 201312 |
| DORSA-0001009.pdf | 908 | 2013 | 12/9/2013 | Linden Capital Partners | Brian Miller | Dorsa | 699 | | 201312 |
| DORSA-0001009.pdf | 909 | 2013 | 12/7/2013 | Linden Capital Partners | Dorsa | Brian Miller | 700 | | 201312 |
| DORSA-0001009.pdf | 910 | 2013 | 12/6/2013 | Linden Capital Partners | Brian Miller | Dorsa | 701 | | 201312 |
| DORSA-0001011.pdf | 911 | 2014 | 1/19/2014 | Linden Capital Partners | Dorsa | Brian Miller | | No | 201401 |
| DORSA-0001011.pdf | 912 | 2014 | 1/18/2014 | Linden Capital Partners | Brian Miller | Dorsa | 901 | | 201401 |
| DORSA-0001012.pdf | 913 | 2014 | 1/20/2014 | IntegraMed | Bill Hughson | Dorsa | | No | 201401 |
| DORSA-0001012.pdf | 914 | 2014 | 1/18/2014 | IntegraMed | Dorsa | Bill Hughson | 900 | | 201401 |
| DORSA-0001013.pdf | 915 | 2014 | 1/20/2014 | Focus Search Partners | Nicole Inkrote | Dorsa | | No | 201401 |
| DORSA-0001015.pdf | 916 | 2014 | 1/21/2014 | IntegraMed | Dorsa | Bill Hughson | | No | 201401 |
| DORSA-0001015.pdf | 917 | 2014 | 1/19/2014 | IntegraMed | Bill Hughson | Dorsa | 912 | | 201401 |
| DORSA-0001015.pdf | 918 | 2014 | 1/18/2014 | IntegraMed | Dorsa | Bill Hughson | 900 | | 201401 |
| DORSA-0001017.pdf | Email Attachment - Other | | | | | | | | |
| DORSA-0001018.pdf | 919 | 2014 | 1/21/2014 | Korn Ferry | Dorsa | Amy Eichberger | | No | 201401 |
| DORSA-0001018.pdf | 920 | 2014 | 1/19/2014 | Korn Ferry | Amy Eichberger | Dorsa | | No | 201401 |
| DORSA-0001018.pdf | 921 | 2014 | 1/17/2014 | Korn Ferry | Dorsa | Amy Eichberger | 882 | | 201401 |
| DORSA-0001018.pdf | 922 | 2014 | 1/17/2014 | Korn Ferry | Amy Eichberger | Dorsa | 871 | | 201401 |
| DORSA-0001018.pdf | 923 | 2014 | 1/16/2014 | Korn Ferry | Dorsa | Ben Grover | 861 | | 201401 |
| DORSA-0001018.pdf | 924 | 2014 | 1/16/2014 | Korn Ferry | Ben Grover | Dorsa | 852 | | 201401 |
| DORSA-0001018.pdf | 925 | 2014 | 1/16/2014 | Korn Ferry | Dorsa | Ben Grover | 844 | | 201401 |
| DORSA-0001018.pdf | 926 | 2014 | 1/16/2014 | Korn Ferry | Ben Grover | Dorsa | 837 | | 201401 |
| DORSA-0001018.pdf | 927 | 2014 | 1/11/2014 | Korn Ferry | Dorsa | Ben Grover | 838 | | 201401 |
| DORSA-0001018.pdf | 928 | 2014 | 1/11/2014 | Korn Ferry | Ben Grover | Dorsa | 839 | | 201401 |
| DORSA-0001018.pdf | 929 | 2014 | 1/11/2014 | Korn Ferry | Dorsa | Ben Grover | 840 | | 201401 |
| DORSA-0001018.pdf | 930 | 2014 | 1/11/2014 | Korn Ferry | Ben Grover | Dorsa | 841 | | 201401 |
| DORSA-0001018.pdf | 931 | 2013 | 12/25/2013 | Korn Ferry | Dorsa | Ben Grover | 739 | | 201312 |
| DORSA-0001018.pdf | 932 | 2013 | 12/23/2013 | Korn Ferry | Ben Grover | Dorsa | 740 | | 201312 |
| DORSA-0001024.pdf | 933 | 2014 | 1/21/2014 | Korn Ferry | Amy Eichberger | Dorsa | | No | 201401 |
| DORSA-0001024.pdf | 934 | 2014 | 1/21/2014 | Korn Ferry | Dorsa | Amy Eichberger | 918 | | 201401 |
| DORSA-0001024.pdf | 935 | 2014 | 1/19/2014 | Korn Ferry | Amy Eichberger | Dorsa | 919 | | 201401 |
| DORSA-0001024.pdf | 936 | 2014 | 1/17/2014 | Korn Ferry | Dorsa | Amy Eichberger | 882 | | 201401 |
| DORSA-0001024.pdf | 937 | 2014 | 1/17/2014 | Korn Ferry | Amy Eichberger | Dorsa | 871 | | 201401 |
| DORSA-0001024.pdf | 938 | 2014 | 1/16/2014 | Korn Ferry | Dorsa | Ben Grover | 861 | | 201401 |
| DORSA-0001024.pdf | 939 | 2014 | 1/16/2014 | Korn Ferry | Ben Grover | Dorsa | 852 | | 201401 |
| DORSA-0001024.pdf | 940 | 2014 | 1/16/2014 | Korn Ferry | Dorsa | Ben Grover | 844 | | 201401 |
| DORSA-0001024.pdf | 941 | 2014 | 1/16/2014 | Korn Ferry | Ben Grover | Dorsa | 837 | | 201401 |
| DORSA-0001024.pdf | 942 | 2014 | 1/11/2014 | Korn Ferry | Dorsa | Ben Grover | 838 | | 201401 |
| DORSA-0001024.pdf | 943 | 2014 | 1/11/2014 | Korn Ferry | Ben Grover | Dorsa | 839 | | 201401 |
| DORSA-0001024.pdf | 944 | 2014 | 1/11/2014 | Korn Ferry | Dorsa | Ben Grover | 840 | | 201401 |

**Dorsa's Efforts to Obtain Employment Workpaper**

| File | Email Unique ID | Year | Date | Firm | From | To | Duplicate | No Dorsa or Dorsa to Dorsa | Year/ Month |
|---|---|---|---|---|---|---|---|---|---|
| DORSA-0001024.pdf | 945 | 2014 | 1/11/2014 | Korn Ferry | Ben Grover | Dorsa | 841 | | 201401 |
| DORSA-0001024.pdf | 946 | 2013 | 12/25/2013 | Korn Ferry | Dorsa | Ben Grover | 739 | | 201312 |
| DORSA-0001024.pdf | 947 | 2013 | 12/23/2013 | Korn Ferry | Ben Grover | Dorsa | 740 | | 201312 |
| DORSA-0001030.pdf | 948 | 2014 | 1/21/2014 | Linden Capital Partners | Brian Miller | Dorsa | | No | 201401 |
| DORSA-0001030.pdf | 949 | 2014 | 1/19/2014 | Linden Capital Partners | Dorsa | Brian Miller | 910 | | 201401 |
| DORSA-0001030.pdf | 950 | 2014 | 1/18/2014 | Linden Capital Partners | Brian Miller | Dorsa | 901 | | 201401 |
| DORSA-0001031.pdf | 951 | 2014 | 1/22/2014 | QHR | QHR Human Resources | Dorsa | | No | 201401 |
| DORSA-0001032.pdf | Email Attachment - Other | | | | | | | | |
| DORSA-0001033.pdf | 952 | 2014 | 1/22/2014 | Accelecare | Robin Walsh | Dorsa | | No | 201401 |
| DORSA-0001033.pdf | 953 | 2014 | 1/22/2014 | Accelecare | Dorsa | Robin Walsh | | No | 201401 |
| DORSA-0001033.pdf | 954 | 2014 | 1/22/2014 | Accelecare | Robin Walsh | Dorsa | | No | 201401 |
| DORSA-0001033.pdf | 955 | 2014 | 1/17/2014 | Accelecare | Dorsa | Robin Walsh | 895 | | 201401 |
| DORSA-0001033.pdf | 956 | 2014 | 1/10/2014 | Accelecare | Robin Walsh | Dorsa | 896 | | 201401 |
| DORSA-0001033.pdf | 957 | 2014 | 1/10/2014 | Accelecare | Dorsa | Robin Walsh | 818 | | 201401 |
| DORSA-0001033.pdf | 958 | 2014 | 1/10/2014 | Accelecare | Robin Walsh | Dorsa | 816 | | 201401 |
| DORSA-0001033.pdf | 959 | 2014 | 1/2/2014 | Accelecare | Dorsa | Robin Walsh | 817 | | 201401 |
| DORSA-0001037.pdf | 960 | 2014 | 1/23/2014 | Linden Capital Partners | Jennifer Johnson | Dorsa | | No | 201401 |
| DORSA-0001037.pdf | 961 | 2014 | 1/23/2014 | Linden Capital Partners | Dorsa | Jennifer Johnson | | No | 201401 |
| DORSA-0001037.pdf | 962 | 2014 | 1/23/2014 | Linden Capital Partners | Jennifer Johnson | Dorsa | | No | 201401 |
| DORSA-0001037.pdf | 963 | 2014 | 1/21/2014 | Linden Capital Partners | Brian Miller | Dorsa | 947 | | 201401 |
| DORSA-0001037.pdf | 964 | 2014 | 1/19/2014 | Linden Capital Partners | Dorsa | Brian Miller | 910 | | 201401 |
| DORSA-0001037.pdf | 965 | 2014 | 1/18/2014 | Linden Capital Partners | Brian Miller | Dorsa | 901 | | 201401 |
| DORSA-0001039.pdf | 966 | 2014 | 1/23/2014 | Accelecare | Dorsa | Thom Herrmann | | No | 201401 |
| DORSA-0001039.pdf | 967 | 2014 | 1/23/2014 | Accelecare | Thom Herrmann | Dorsa | | No | 201401 |
| DORSA-0001040.pdf | 968 | 2014 | 1/23/2014 | Accelecare | Thom Herrmann | Dorsa | | No | 201401 |
| DORSA-0001040.pdf | 969 | 2014 | 1/23/2014 | Accelecare | Dorsa | Thom Herrmann | 965 | | 201401 |
| DORSA-0001040.pdf | 970 | 2014 | 1/23/2014 | Accelecare | Thom Herrmann | Dorsa | 966 | | 201401 |
| DORSA-0001041.pdf | 971 | 2014 | 1/23/2014 | Linden Capital Partners | Dorsa | Brian Miller | | No | 201401 |
| DORSA-0001041.pdf | 972 | 2014 | 1/21/2014 | Linden Capital Partners | Brian Miller | Dorsa | 947 | | 201401 |
| DORSA-0001041.pdf | 973 | 2014 | 1/19/2014 | Linden Capital Partners | Dorsa | Brian Miller | 910 | | 201401 |
| DORSA-0001041.pdf | 974 | 2014 | 1/18/2014 | Linden Capital Partners | Brian Miller | Dorsa | 901 | | 201401 |
| DORSA-0001042.pdf | 975 | 2014 | 1/24/2014 | Accelecare | Dorsa | Robin Walsh | | No | 201401 |
| DORSA-0001042.pdf | 976 | 2014 | 1/22/2014 | Accelecare | Robin Walsh | Dorsa | | No | 201401 |
| DORSA-0001042.pdf | 977 | 2014 | 1/22/2014 | Accelecare | Dorsa | Robin Walsh | | No | 201401 |
| DORSA-0001042.pdf | 978 | 2014 | 1/22/2014 | Accelecare | Robin Walsh | Dorsa | 951 | | 201401 |
| DORSA-0001042.pdf | 979 | 2014 | 1/22/2014 | Accelecare | Dorsa | Robin Walsh | 952 | | 201401 |
| DORSA-0001042.pdf | 980 | 2014 | 1/22/2014 | Accelecare | Robin Walsh | Dorsa | 953 | | 201401 |
| DORSA-0001042.pdf | 981 | 2014 | 1/17/2014 | Accelecare | Dorsa | Robin Walsh | 895 | | 201401 |
| DORSA-0001042.pdf | 982 | 2014 | 1/10/2014 | Accelecare | Robin Walsh | Dorsa | 896 | | 201401 |
| DORSA-0001042.pdf | 983 | 2014 | 1/10/2014 | Accelecare | Dorsa | Robin Walsh | 818 | | 201401 |
| DORSA-0001042.pdf | 984 | 2014 | 1/10/2014 | Accelecare | Robin Walsh | Dorsa | 816 | | 201401 |
| DORSA-0001042.pdf | 985 | 2014 | 1/2/2014 | Accelecare | Dorsa | Robin Walsh | 817 | | 201401 |
| DORSA-0001047.pdf | 986 | 2014 | 1/24/2014 | Accelecare | Robin Walsh | Dorsa | | No | 201401 |
| DORSA-0001047.pdf | 987 | 2014 | 1/24/2014 | Accelecare | Dorsa | Robin Walsh | 974 | | 201401 |
| DORSA-0001047.pdf | 988 | 2014 | 1/22/2014 | Accelecare | Robin Walsh | Dorsa | 975 | | 201401 |
| DORSA-0001047.pdf | 989 | 2014 | 1/22/2014 | Accelecare | Dorsa | Robin Walsh | 976 | | 201401 |
| DORSA-0001047.pdf | 990 | 2014 | 1/22/2014 | Accelecare | Robin Walsh | Dorsa | 951 | | 201401 |
| DORSA-0001047.pdf | 991 | 2014 | 1/22/2014 | Accelecare | Dorsa | Robin Walsh | 952 | | 201401 |
| DORSA-0001047.pdf | 992 | 2014 | 1/22/2014 | Accelecare | Robin Walsh | Dorsa | 953 | | 201401 |
| DORSA-0001047.pdf | 993 | 2014 | 1/17/2014 | Accelecare | Dorsa | Robin Walsh | 895 | | 201401 |
| DORSA-0001047.pdf | 994 | 2014 | 1/10/2014 | Accelecare | Robin Walsh | Dorsa | 896 | | 201401 |
| DORSA-0001047.pdf | 995 | 2014 | 1/10/2014 | Accelecare | Dorsa | Robin Walsh | 818 | | 201401 |
| DORSA-0001047.pdf | 996 | 2014 | 1/10/2014 | Accelecare | Robin Walsh | Dorsa | 816 | | 201401 |
| DORSA-0001047.pdf | 997 | 2014 | 1/2/2014 | Accelecare | Dorsa | Robin Walsh | 817 | | 201401 |

**Dorsa's Efforts to Obtain Employment Workpaper**

| File | Email Unique ID | Year | Date | Firm | From | To | Duplicate | No Dorsa or Dorsa to Dorsa | Year/ Month |
|---|---|---|---|---|---|---|---|---|---|
| DORSA-0001052.pdf | 998 | 2014 | 1/24/2014 | Focus Search Partners | Dorsa | Nicole Inkrote | | No | 201401 |
| DORSA-0001054.pdf | Email Attachment - Other | | | | | | | | |
| DORSA-0001056.pdf | Email Attachment - Other | | | | | | | | |
| DORSA-0001057.pdf | 999 | 2014 | 1/24/2014 | Aris Radiology | Dorsa | Stephen Houff | | No | 201401 |
| DORSA-0001058.pdf | 1000 | 2014 | 1/24/2014 | McDermott Will & Emery | Dorsa | Gary Gertler | | No | 201401 |
| DORSA-0001059.pdf | Email Attachment - Resume | | | | | | | | |
| DORSA-0001063.pdf | 1001 | 2014 | 1/27/2014 | Korn Ferry | Amy Eichberger | Dorsa | | No | 201401 |
| DORSA-0001063.pdf | 1002 | 2014 | 1/27/2014 | Korn Ferry | Amy Eichberger | Dorsa | | No | 201401 |
| DORSA-0001066.pdf | Email Attachment - Other | | | | | | | | |
| DORSA-0001067.pdf | 1003 | 2014 | 1/28/2014 | Prime Healthcare | Dorsa | Roberta Hamilton | | No | 201401 |
| DORSA-0001068.pdf | 1004 | 2014 | 1/29/2014 | Prime Healthcare | Dorsa | Roberta Hamilton | | No | 201401 |
| DORSA-0001068.pdf | 1005 | 2014 | 1/28/2014 | Prime Healthcare | Roberta Hamilton | Dorsa | | No | 201401 |
| DORSA-0001068.pdf | 1006 | 2014 | 1/28/2014 | Prime Healthcare | Dorsa | Roberta Hamilton | 1002 | | 201401 |
| DORSA-0001070.pdf | 1007 | 2014 | 1/29/2014 | WJ Goss | William Goss | Dorsa | | No | 201401 |
| DORSA-0001071.pdf | Email Attachment - Other | | | | | | | | |
| DORSA-0001072.pdf | 1008 | 2014 | 1/30/2014 | WJ Goss | Dorsa | Willaim Goss | | No | 201401 |
| DORSA-0001072.pdf | 1009 | 2014 | 1/29/2014 | WJ Goss | William Goss | Dorsa | 1006 | | 201401 |
| DORSA-0001074.pdf | Email Attachment - Resume | | | | | | | | |
| DORSA-0001078.pdf | 1010 | 2014 | 1/30/2014 | NSH | Dorsa | David Crane | | No | 201401 |
| DORSA-0001079.pdf | 1011 | 2014 | 1/30/2014 | WJ Goss | William Goss | Dorsa | | No | 201401 |
| DORSA-0001079.pdf | 1012 | 2014 | 1/30/2014 | WJ Goss | Dorsa | Willaim Goss | 1007 | | 201401 |
| DORSA-0001079.pdf | 1013 | 2014 | 1/29/2014 | WJ Goss | William Goss | Dorsa | 1006 | | 201401 |
| DORSA-0001081.pdf | 1014 | 2014 | 1/31/2014 | NSH | Dorsa | Dennis Solheim | | No | 201401 |
| DORSA-0001082.pdf | 1015 | 2014 | 1/31/2014 | NSH | Dorsa | Bernie Presutti | | No | 201401 |
| DORSA-0001083.pdf | 1016 | 2014 | 1/31/2014 | NSH | Dorsa | Connor Lawrie | | No | 201401 |
| DORSA-0001084.pdf | 1017 | 2014 | 1/31/2014 | Focus Search Partners | Dorsa | Paul Frankenberg | | No | 201401 |
| DORSA-0001084.pdf | 1018 | 2014 | 1/24/2014 | Focus Search Partners | Dorsa | Nicole Inkrote | 997 | | 201401 |
| DORSA-0001088.pdf | Email Attachment - Other | | | | | | | | |
| DORSA-0001089.pdf | 1019 | 2014 | 1/31/2014 | NSH | Dennis Solheim | Dorsa | | No | 201401 |
| DORSA-0001089.pdf | 1020 | 2014 | 1/31/2014 | NSH | Dorsa | Dennis Solheim | 1014 | | 201401 |
| DORSA-0001090.pdf | 1021 | 2014 | 2/1/2014 | Beecher Reagan Advisors | Dorsa | John Wittorf | | No | 201402 |
| DORSA-0001090.pdf | 1022 | 2014 | 1/31/2014 | Beecher Reagan Advisors | John Wittorf | Dorsa | | No | 201401 |
| DORSA-0001091.pdf | 1023 | 2014 | 2/1/2014 | Prime Healthcare | Dorsa | Roberta Hamilton | | No | 201402 |
| DORSA-0001091.pdf | 1024 | 2014 | 1/28/2014 | Prime Healthcare | Roberta Hamilton | Dorsa | 1004 | | 201401 |
| DORSA-0001091.pdf | 1025 | 2014 | 1/28/2014 | Prime Healthcare | Dorsa | Roberta Hamilton | 1002 | | 201401 |
| DORSA-0001093.pdf | 1026 | 2014 | 2/4/2014 | Accelecare | Jennifer Pastores | Dorsa | | No | 201402 |
| DORSA-0001093.pdf | 1027 | 2014 | 2/3/2014 | Accelecare | Dorsa | Thom Herrmann | | No | 201402 |
| DORSA-0001093.pdf | 1028 | 2014 | 2/3/2014 | Accelecare | Thom Herrmann | Dorsa | | No | 201402 |
| DORSA-0001095.pdf | Email Attachment - Other | | | | | | | | |
| DORSA-0001097.pdf | Email Attachment - Other | | | | | | | | |
| DORSA-0001098.pdf | 1029 | 2014 | 2/5/2014 | IntegraMed | Bill Hughson | Dorsa | | No | 201402 |
| DORSA-0001099.pdf | 1030 | 2014 | 2/6/2014 | IntegraMed | Dorsa | Bill Hughson | | No | 201402 |
| DORSA-0001099.pdf | 1031 | 2014 | 2/6/2014 | IntegraMed | Bill Hughson | Dorsa | | No | 201402 |
| DORSA-0001099.pdf | 1032 | 2014 | 2/6/2014 | IntegraMed | Bill Hughson | Sheri Raymer | | Yes | 201402 |
| DORSA-0001099.pdf | 1033 | 2014 | 2/5/2014 | IntegraMed | Sheri Raymer | Shaun Rader | | Yes | 201402 |
| DORSA-0001103.pdf | 1034 | 2014 | 2/7/2014 | IntegraMed | Bill Hughson | Dorsa | | No | 201402 |
| DORSA-0001103.pdf | 1035 | 2014 | 2/6/2014 | IntegraMed | Dorsa | Bill Hughson | 1030 | | 201402 |
| DORSA-0001103.pdf | 1036 | 2014 | 2/6/2014 | IntegraMed | Bill Hughson | Dorsa | 1031 | | 201402 |
| DORSA-0001103.pdf | 1037 | 2014 | 2/6/2014 | IntegraMed | Bill Hughson | Sheri Raymer | 1032 | | 201402 |
| DORSA-0001103.pdf | 1038 | 2014 | 2/5/2014 | IntegraMed | Sheri Raymer | Shaun Rader | 1033 | | 201402 |
| DORSA-0001107.pdf | 1039 | 2014 | 2/10/2014 | Prime Healthcare Management | Mike Sarian | Dorsa | | No | 201402 |
| DORSA-0001107.pdf | 1040 | 2014 | 2/10/2014 | Prime Healthcare Management | Dorsa | Mike Sarian | | No | 201402 |
| DORSA-0001107.pdf | 1041 | 2014 | 2/10/2014 | Prime Healthcare Management | Mike Sarian | Dorsa | | No | 201402 |
| DORSA-0001107.pdf | 1042 | 2014 | 2/7/2014 | Prime Healthcare Management | Dorsa | Mike Sarian | | No | 201402 |

**Dorsa's Efforts to Obtain Employment Workpaper**

| File | Email Unique ID | Year | Date | Firm | From | To | Duplicate | No Dorsa or Dorsa to Dorsa | Year/ Month |
|---|---|---|---|---|---|---|---|---|---|
| DORSA-0001107.pdf | 1043 | 2014 | 2/7/2014 | Prime Healthcare Management | Roberta Hamilton | Dorsa | | No | 201402 |
| DORSA-0001110.pdf | 1044 | 2014 | 2/12/2014 | Sagard Capital | Bill Hughson | Dorsa | | No | 201402 |
| DORSA-0001111.pdf | 1045 | 2014 | 2/12/2014 | Personal | Dorsa | Dorsa | | Yes | 201402 |
| DORSA-0001112.pdf | Email Attachment - Resume | | | | | | | | |
| DORSA-0001116.pdf | 1046 | 2014 | 2/12/2014 | IntegraMed | Shaun Francis | Dorsa | | No | 201402 |
| DORSA-0001116.pdf | 1047 | 2014 | 2/12/2014 | IntegraMed | Dorsa | Shaun Francis | | No | 201402 |
| DORSA-0001117.pdf | 1048 | 2014 | 2/13/2014 | NSH | Michael Mathis | Dorsa | | No | 201402 |
| DORSA-0001117.pdf | 1049 | 2014 | 2/11/2014 | NSH | Dorsa | Ben Grover | | No | 201402 |
| DORSA-0001118.pdf | 1050 | 2014 | 2/13/2014 | Prime Healthcare Management | Roberta Hamilton | Dorsa | | No | 201402 |
| DORSA-0001118.pdf | 1051 | 2014 | 2/7/2014 | Prime Healthcare Management | Roberta Hamilton | Dorsa | 1043 | No | 201402 |
| DORSA-0001119.pdf | Email Attachment - Other | | | | | | | | |
| DORSA-0001127.pdf | 1052 | 2014 | 2/14/2014 | Sagard Capital | Bill Hughson | Dorsa | | No | 201402 |
| DORSA-0001127.pdf | 1053 | 2014 | 2/12/2014 | Sagard Capital | Anil Shrivastava | Bill Hughson | | Yes | 201402 |
| DORSA-0001129.pdf | 1054 | 2014 | 2/14/2014 | Sagard Capital | Bill Hughson | Dorsa | | No | 201402 |
| DORSA-0001129.pdf | 1055 | 2014 | 2/12/2014 | Sagard Capital | Dorsa | Bill Hughson | | No | 201402 |
| DORSA-0001129.pdf | 1056 | 2014 | 2/12/2014 | Sagard Capital | Bill Hughson | Dorsa | 1044 | | 201402 |
| DORSA-0001131.pdf | 1057 | 2014 | 2/14/2014 | Sagard Capital | Bill Hughson | Dorsa | | No | 201402 |
| DORSA-0001131.pdf | 1058 | 2014 | 2/14/2014 | Sagard Capital | Dorsa | Bill Hughson | | No | 201402 |
| DORSA-0001131.pdf | 1059 | 2014 | 2/13/2014 | Sagard Capital | Bill Hughson | Dorsa | 1052 | | 201402 |
| DORSA-0001131.pdf | 1060 | 2014 | 2/12/2014 | Sagard Capital | Anil Shrivastava | Bill Hughson | 1053 | | 201402 |
| DORSA-0001134.pdf | 1061 | 2014 | 2/17/2014 | IntegraMed | Bill Hughson | Dorsa | | No | 201402 |
| DORSA-0001135.pdf | 1062 | 2014 | 2/18/2014 | IntegraMed | Bill Hughson | Dorsa | | No | 201402 |
| DORSA-0001136.pdf | 1063 | 2014 | 2/18/2014 | IntegraMed | Bill Hughson | Dorsa | | No | 201402 |
| DORSA-0001137.pdf | 1064 | 2014 | 2/18/2014 | IntegraMed | Bill Hughson | Dorsa | | No | 201402 |
| DORSA-0001137.pdf | 1065 | 2014 | 2/18/2014 | IntegraMed | Dorsa | Bill Hughson | | No | 201402 |
| DORSA-0001137.pdf | 1066 | 2014 | 2/18/2014 | IntegraMed | Bill Hughson | Dorsa | 1063 | | 201402 |
| DORSA-0001139.pdf | 1067 | 2014 | 2/18/2014 | IntegraMed | Bill Hughson | Dorsa | | No | 201402 |
| DORSA-0001140.pdf | Email Attachment - Other | | | | | | | | |
| DORSA-0001143.pdf | 1068 | 2014 | 2/18/2014 | IntegraMed | Bill Hughson | Dorsa | | No | 201402 |
| DORSA-0001144.pdf | 1069 | 2014 | 2/19/2014 | IntegraMed | Shaun Francis | Dorsa | | No | 201402 |
| DORSA-0001145.pdf | Email Attachment - Other | | | | | | | | |
| DORSA-0001148.pdf | 1070 | 2014 | 2/20/2014 | JJR Partners | Joe Rademacher | Dorsa | | No | 201402 |
| DORSA-0001149.pdf | 1071 | 2016 | 8/12/2016 | Heidrick & Struggles | Phyllis Schneble | Dorsa | | No | 201608 |
| DORSA-0001150.pdf | Email Attachment - Other | | | | | | | | |
| DORSA-0001158.pdf | Email Attachment - Other | | | | | | | | |
| DORSA-0001159.pdf | 1072 | 2016 | 8/12/2016 | Heidrick & Struggles | Dorsa | Phyllis Schneble | | No | 201608 |
| DORSA-0001159.pdf | 1073 | 2016 | 8/12/2016 | Heidrick & Struggles | Phyllis Schneble | Dorsa | 1071 | | 201608 |
| DORSA-0001160.pdf | Email Attachment - Resume | | | | | | | | |
| DORSA-0001164.pdf | 1074 | 2018 | 1/11/2018 | Russel Reynolds | Dorsa | Amy Saddington | | No | 201801 |
| DORSA-0001164.pdf | 1075 | 2018 | 1/9/2018 | Russel Reynolds | Amy Saddington | Dorsa | | No | 201801 |
| DORSA-0001165.pdf | Email Attachment - Resume | | | | | | | | |
| DORSA-0001169.pdf | 1076 | 2018 | 1/30/2018 | Find Great People | Dorsa | Allison Boozer | | No | 201801 |
| DORSA-0001169.pdf | 1077 | 2018 | 1/29/2018 | Find Great People | Allison Boozer | Dorsa | | No | 201801 |
| DORSA-0001170.pdf | 1078 | 2018 | 1/30/2018 | Find Great People | Dorsa | Allison Boozer | | No | 201801 |
| DORSA-0001170.pdf | 1079 | 2018 | 1/30/2018 | Find Great People | Allison Boozer | Dorsa | | No | 201801 |
| DORSA-0001170.pdf | 1080 | 2018 | 1/30/2018 | Find Great People | Dorsa | Allison Boozer | 1076 | | 201801 |
| DORSA-0001170.pdf | 1081 | 2018 | 1/29/2018 | Find Great People | Allison Boozer | Dorsa | 1077 | | 201801 |
| DORSA-0001172.pdf | 1082 | 2018 | 1/19/2018 | Find Great People | Dorsa | Allison Boozer | | No | 201801 |
| DORSA-0001172.pdf | 1083 | 2018 | 1/18/2018 | Find Great People | Allison Boozer | Dorsa | | No | 201801 |
| DORSA-0001172.pdf | 1084 | 2018 | 1/3/2018 | Find Great People | Dorsa | Allison Boozer | | No | 201801 |
| DORSA-0001172.pdf | 1085 | 2018 | 1/2/2018 | Find Great People | Allison Boozer | Dorsa | | No | 201801 |
| DORSA-0001172.pdf | 1086 | 2017 | 12/15/2017 | Find Great People | Allison Boozer | Dorsa | | No | 201712 |
| DORSA-0001172.pdf | 1087 | 2017 | 12/14/2017 | Find Great People | Dorsa | Allison Boozer | | No | 201712 |
| DORSA-0001175.pdf | 1088 | 2018 | 1/23/2018 | Find Great People | Dorsa | Allison Boozer | | No | 201801 |

**Dorsa's Efforts to Obtain Employment Workpaper**

| File | Email Unique ID | Year | Date | Firm | From | To | Duplicate | No Dorsa or Dorsa to Dorsa | Year/ Month |
|---|---|---|---|---|---|---|---|---|---|
| DORSA-0001175.pdf | 1089 | 2018 | 1/19/2018 | Find Great People | Allison Boozer | Dorsa | | No | 201801 |
| DORSA-0001175.pdf | 1090 | 2018 | 1/19/2018 | Find Great People | Dorsa | Allison Boozer | 1082 | | 201801 |
| DORSA-0001175.pdf | 1091 | 2018 | 1/18/2018 | Find Great People | Allison Boozer | Dorsa | 1083 | | 201801 |
| DORSA-0001175.pdf | 1092 | 2018 | 1/3/2018 | Find Great People | Dorsa | Allison Boozer | 1084 | | 201801 |
| DORSA-0001175.pdf | 1093 | 2018 | 1/2/2018 | Find Great People | Allison Boozer | Dorsa | 1085 | | 201801 |
| DORSA-0001175.pdf | 1094 | 2017 | 12/15/2017 | Find Great People | Allison Boozer | Dorsa | 1086 | | 201712 |
| DORSA-0001175.pdf | 1095 | 2017 | 12/14/2017 | Find Great People | Dorsa | Allison Boozer | 1087 | | 201712 |
| DORSA-0001179.pdf | 1096 | 2018 | 1/12/2018 | Russel Reynolds | Dorsa | Christina Caudell | | No | 201801 |
| DORSA-0001179.pdf | 1097 | 2018 | 1/12/2018 | Russel Reynolds | Christina Caudell | Dorsa | | No | 201801 |
| DORSA-0001179.pdf | 1098 | 2018 | 1/12/2018 | Russel Reynolds | Dorsa | Christina Caudell | | No | 201801 |
| DORSA-0001179.pdf | 1099 | 2018 | 1/12/2018 | Russel Reynolds | Christina Caudell | Dorsa | | No | 201801 |
| DORSA-0001181.pdf | 1100 | 2018 | 2/3/2018 | Find Great People | Dorsa | Allison Boozer | | No | 201802 |
| DORSA-0001181.pdf | 1101 | 2018 | 2/2/2018 | Find Great People | Allison Boozer | Dorsa | | No | 201802 |
| DORSA-0001182.pdf | 1102 | 2018 | 2/6/2018 | MEDNAX | Dorsa | Lourdes Valdes | | No | 201802 |
| DORSA-0001182.pdf | 1103 | 2018 | 2/5/2018 | MEDNAX | Lourdes Valdes | Dorsa | | No | 201802 |
| DORSA-0001187.pdf | 1104 | 2018 | 1/12/2018 | Russel Reynolds | Dorsa | Christina Caudell | 1098 | | 201801 |
| DORSA-0001187.pdf | 1105 | 2018 | 1/12/2018 | Russel Reynolds | Christina Caudell | Dorsa | 1099 | | 201801 |
| DORSA-0001188.pdf | 1106 | 2018 | 2/5/2018 | MEDNAX | Dorsa | Lourdes Valdes | | No | 201802 |
| DORSA-0001188.pdf | 1107 | 2018 | 2/4/2018 | MEDNAX | Lourdes Valdes | Dorsa | | No | 201802 |
| DORSA-0001188.pdf | 1108 | 2018 | 2/4/2018 | MEDNAX | Dorsa | Lourdes Valdes | | No | 201802 |
| DORSA-0001188.pdf | 1109 | 2018 | 2/3/2018 | MEDNAX | Lourdes Valdes | Dorsa | | No | 201802 |
| DORSA-0001188.pdf | 1110 | 2018 | 2/3/2018 | Find Great People | Allison Boozer | Dorsa | | No | 201802 |
| DORSA-0001188.pdf | 1111 | 2018 | 2/3/2018 | Find Great People | Dorsa | Allison Boozer | 1100 | | 201802 |
| DORSA-0001188.pdf | 1112 | 2018 | 2/2/2018 | Find Great People | Allison Boozer | Dorsa | 1101 | | 201802 |
| DORSA-0001191.pdf | 1113 | 2018 | 1/18/2018 | Russel Reynolds | Dorsa | Christina Caudell | | No | 201801 |
| DORSA-0001191.pdf | 1114 | 2018 | 1/18/2018 | Russel Reynolds | Christina Caudell | Dorsa | | No | 201801 |
| DORSA-0001192.pdf | Email Attachment - Other | | | | | | | | |
| DORSA-0001205.pdf | Email Attachment - Other | | | | | | | | |
| DORSA-0001220.pdf | Email Attachment - Other | | | | | | | | |
| DORSA-0001319.pdf | 1115 | 2020 | 9/21/2020 | APO Holdings | Dorsa | Michelle Attias | | No | 202009 |
| DORSA-0001320.pdf | Email Attachment - Resume | | | | | | | | |
| DORSA-0001324.pdf | Email Attachment - Other | | | | | | | | |
| DORSA-0001325.pdf | 1116 | 2020 | 9/21/2020 | APO Holdings | Dorsa | Michelle Attias | | No | 202009 |
| DORSA-0001326.pdf | Email Attachment - Resume | | | | | | | | |
| DORSA-0001330.pdf | 1117 | 2022 | 5/19/2022 | HCA Healthcare | Dorsa | Tom Neal | | No | 202205 |
| DORSA-0001331.pdf | Email Attachment - Resume | | | | | | | | |
| DORSA-0001335.pdf | 1118 | 2021 | 9/10/2021 | Korn Ferry | Dorsa | Susan Streeter | | No | 202109 |
| DORSA-0001335.pdf | 1119 | 2021 | 9/6/2021 | Korn Ferry | Dorsa | Susan Streeter | | No | 202109 |
| DORSA-0001336.pdf | Email Attachment - Resume | | | | | | | | |
| DORSA-0001340.pdf | 1120 | 2021 | 9/4/2021 | Korn Ferry | Dorsa | Susan Streeter | | No | 202109 |
| DORSA-0001340.pdf | 1121 | 2021 | 9/4/2021 | Korn Ferry | Susan Streeter | Dorsa | | No | 202109 |
| DORSA-0001340.pdf | 1122 | 2021 | 9/2/2021 | Korn Ferry | Dorsa | Susan Streeter | | No | 202109 |
| DORSA-0001340.pdf | 1123 | 2021 | 9/1/2021 | Korn Ferry | Susan Streeter | Dorsa | | No | 202109 |
| DORSA-0001340.pdf | 1124 | 2021 | 9/1/2021 | Korn Ferry | Dorsa | Susan Streeter | | No | 202109 |
| DORSA-0001340.pdf | 1125 | 2021 | 9/1/2021 | Korn Ferry | Susan Streeter | Dorsa | | No | 202109 |
| DORSA-0001340.pdf | 1126 | 2021 | 8/31/2021 | Korn Ferry | Dorsa | Susan Streeter | | No | 202108 |
| DORSA-0001340.pdf | 1127 | 2021 | 8/31/2021 | Korn Ferry | Susan Streeter | Dorsa | | No | 202108 |
| DORSA-0001340.pdf | 1128 | 2021 | 8/31/2021 | Korn Ferry | Dorsa | Susan Streeter | | No | 202108 |
| DORSA-0001340.pdf | 1129 | 2021 | 8/31/2021 | Korn Ferry | Susan Streeter | Dorsa | | No | 202108 |