# Exhibit 4

University of Mississippi
eGrove

Guides, Handbooks and Manuals

American Institute of Certified Public Accountants (AICPA) Historical Collection

1-1-2004

# Measuring damages involving individuals : a CPA's litigation service guide with case studies

Holly Sharp

American Institute of Certified Public Accountants

Follow this and additional works at: https://egrove.olemiss.edu/aicpa_guides

Part of the Accounting Commons, and the Taxation Commons

Recommended Citation
Sharp, Holly and American Institute of Certified Public Accountants, "Measuring damages involving individuals : a CPA's litigation service guide with case studies" (2004). *Guides, Handbooks and Manuals*. 292.
https://egrove.olemiss.edu/aicpa_guides/292

This Article is brought to you for free and open access by the American Institute of Certified Public Accountants (AICPA) Historical Collection at eGrove. It has been accepted for inclusion in Guides, Handbooks and Manuals by an authorized administrator of eGrove. For more information, please contact egrove@olemiss.edu.

AICPA
AMERICAN INSTITUTE OF CERTIFIED PUBLIC ACCOUNTANTS

# Measuring Damages Involving Individuals

## A CPA'S LITIGATION SERVICE GUIDE WITH CASE STUDIES

Holly Sharp, CPA, CFP, CFE

Instructions

Text

Internet Links

Read Me

**This CD-ROM contains direct links to all of the Web sites referenced in *Measuring Damages.* To enable the direct links, you must establish an Internet connection. You may access the links through the text of *Measuring Damages,* by clicking on the "Text" button, or by clicking on the "Internet Links" button.**

## Salary Schedules

The company's salary schedules may assist the damages expert in determining where the plaintiff was placed within the salary range for the position. The expert may be able to determine whether the plaintiff was at the top step within the job classification, or whether there was potential for future salary increases that may have occurred automatically based on time on the job but for the incident. Additionally, the salary schedule may reveal the next potential promotional opportunity that could have occurred absent the incident. The schedule also may be used to compare the plaintiff's salary with the salaries of his or her peers and the overall company as tests of equitable treatment. The historical salary schedules will allow the damages expert to calculate annual average wage increases over time, which may be utilized in the damage analysis for the past and future wage growth rates. Salary schedules from the date of incident to the present will indicate the appropriate wage increases in calculating wages that could have been earned during the past damage period. A sufficient historical record of company increases may be used as the basis for projecting future wage increases that could have been earned from the date of trial forward.

## Fringe Benefit and Retirement Plan Summaries

The company's compensation package may have included partially or fully employer-funded fringe benefits, such as health insurance, dental insurance, vision insurance, life insurance, short-term disability coverage, long-term disability coverage, profit sharing, stock option plans, retirement plans, thrift and savings plans, deferred compensation 401(k) plans, education reimbursement, child care, and other miscellaneous benefits. These benefits are often described in some detail in plan summary booklets. Additionally, some companies provide benefit statements quantifying the employer and employee costs of benefits. This is useful in calculating the value of the benefits the plaintiff would have had but for the incident. Any changes in company benefits should become evident by looking at subsequent benefit plan summaries. Many companies will begin to limit employer contributions to medical insurance premium increases as rates have shown large increases.

With respect to defined retirement benefit plans, the plan description may contain information about early retirement and normal retirement benefits and how they are calculated. The formulas for calculating the benefits may be contained in the retirement plan summary or other employment documents.

## Identification of Comparable Pre-incident Employees

The plaintiff's claim of discrimination or wrongful termination may be bolstered or disputed by comparing the plaintiff's qualifications and performance with those of peer employees. Assuming similar qualifications and work experience, fulfillment of objective performance standards by the employee compared to the performance levels of peer employees may or may not substantiate claims of wrongful termination. If the sub-

ject employee's objective job performance was no better or no worse than that of peer employees, claims of wrongful termination may appear to be substantiated.

Peer employees' data may be useful for another purpose—to show that had the plaintiff remained with the company, his or her progress may have mirrored that of the peer employees. This allows assumptions to be made regarding advancement potential and the salary the plaintiff could have received. Or, if peer employees experienced salary freezes, changes in company benefit packages, or layoffs, these possibilities should be discovered and considered.

### Employer's Pre- and Post-incident Employee Population

The demographics of the employer's pre- and post-incident employee population may be important to the case. For example, the plaintiff may allege age discrimination, claiming that older workers were terminated first in companywide layoffs or reductions in force. Demographic analysis will show the company's pre- and post-layoff employee age distribution. A reduction in force statistical analysis may be performed to show the mean age before and after the layoff and standards of deviation in the age of employees. Similar analysis may be performed in comparing company demographics with those of the population in the geographic region. Other demographics frequently challenged are race and gender.

## POST-INCIDENT INCOME

The employer may provide a severance package to a terminated employee which may consist of several weeks of pay. These subsequent earnings should be considered as mitigation after the date of termination and reduce damages.

Disability insurance is sometimes a factor in employment discrimination cases. Some plaintiffs may have claims of stress-related disability during employment with the company, or after the employment has terminated. Therefore, the plaintiff may claim as damages the amount that could have been earned during disability. This amount may be offset by disability benefits in some jurisdictions. The retaining attorney should be consulted as to the proper treatment of disability benefits.

Unemployment compensation may be received by a terminated employee. Again, the retaining attorney should be consulted as to whether this should offset calculated damages.

Worker's compensation generally refers to payments to employees or family members resulting from employment-related accidents. Worker's compensation claims may be filed by a worker for stress-related illnesses or medical conditions arising out of a hostile work environment or the alleged discrimination by the employer. It may be helpful for the damages expert to review the worker's compensation file for information such as the date on which the plaintiff may be released to return to work by worker's compensation, and in what job capacity. Future treatment plans may be revealed in the worker's compensation file. The cost of ongoing therapy or medical treatment may be considered as another element of